ORIGINAL

ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
SEP 13 2006
U.S. COURT OF FEDERAL CLAIMS

**HASLER, INC.**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA**

Defendant.

No. 06-653 C

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiff, Hasler, Inc., hereby provides the following disclosure statement:

Hasler, Inc. is a wholly owned subsidiary of Mailroom Holding, Inc., which is in turn a wholly owned subsidiary of Neopost, S.A. Neopost, S.A. is publicly traded in France, but is not publicly traded in the United States.

Respectfully submitted,

Richard P. Rector
Attorney of Record for Plaintiff,
Hasler, Inc.

DLA PIPER US LLP
1200 Nineteenth Street, NW
Washington, DC 20036
TEL (202) 861-6426
FAX (202) 223-2085

Dated: September 13, 2006