IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HASLER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-653C |
| v. | ) | |
| | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Timothy P. McIlmail as attorney of record for the United States.

TIMOTHY P. MCILMAIL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

Dated: September 21, 2006

Certificate of Filing

I hereby certify that on September 21, 2006, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail