# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **HASLER, INC.** | |
| **Plaintiffs,** | **No. 06-653** |
| **v.** | **Filed: October 27, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

## O R D E R

To discuss future proceedings in this case, the court **ORDERS** the parties to appear at a status conference on **Wednesday, November 15, 2006, at 10:30 a.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 861-6426, and defendant's counsel at (202) 616-0342. Counsel for both parties may appear by telephone.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**