# In the United States Court of Federal Claims

| | |
|---|---|
| HASLER, INC.<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 06-653C<br>Filed: November 16, 2006 |

**O R D E R**

The court held a status conference in the above-captioned case on November 15, 2006. As discussed with the parties at the conference, the claims which have not been properly presented to the cognizant contracting officer for a final decision are **DISMISSED**, without prejudice, to permit plaintiff to satisfy this requirement. The claims which have been the subject of a contracting officer's final decision are not dismissed, and remain pending under case no. 06-653C. After review and decision by the contracting officer, if plaintiff should seek to bring any of the claims before the court, plaintiff has leave to file an amended complaint. Defendant shall file an individual status report on or before **Friday, December 15, 2006**, reflecting the status of the contracting officer's review of the dismissed claims. On or before **Wednesday, January 31, 2007**, the parties shall file a joint status report reflecting the status of the dismissed claims.

To discuss settlement prospects, discovery needs, and future proceedings in this case, the court **SCHEDULES** a status conference for **Wednesday, February 7, 2007, at 10:30 a.m. EST**. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 861-6426, and defendant's counsel at (202) 616-0342. In light of the status conferences and status reports, the court **WAIVES** the requirement for the parties to file a joint preliminary status report.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**