IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HASLER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-653C |
| v. | ) | |
| | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to the Court's November 16, 2006 order, defendant, the United States, reports that, on December 6, 2006, plaintiff, Hasler, Inc. ("Hasler"), submitted "Claim and Request for Final Decision Under Contract No. 102591-03-P-0454" to the contracting officer. Hasler's December 6, 2006 letter to the contracting officer and claim certification are electronically attached to this report. The contracting officer has not completed her review of that submission, but informs us that she will attempt to complete that review within 60 days of the date of the submission of the claim.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
by s/Donald E. Kinner
FRANKLIN E. WHITE, JR.
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL
MELISSA MORTIMER
Attorney
United States Postal Service
Washington, D.C.

Attorneys for Defendant

December 15, 2006

Certificate of Filing

I hereby certify that on December 15, 2006, a copy of the foregoing Defendant's Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail