# In the United States Court of Federal Claims

| | |
|---|---|
| **HASLER, INC.**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 06-653C**<br>**Filed: February 8, 2007** |

## O R D E R

The court held a status conference in the above-captioned case on February 7, 2007. As discussed at the conference, the court establishes the following **SCHEDULE**. On or before **Wednesday, February 21, 2007**, plaintiff shall file an amended complaint. Also on or before **Wednesday, February 21, 2007**, the parties shall file a joint status report which indicates whether or not either party believes there are lingering jurisdictional defects. The joint status report shall have as an enclosure a complete copy of the plaintiff's December 6, 2006 claim to the contracting officer, to include the 23 attachments to the claim.

If either party believes there to be lingering jurisdictional defects, on or before **Friday, March 2, 2007**, the parties, simultaneously, shall brief the jurisdictional issue, including a comparison of what is required to be included in a claim presented to the contracting officer versus what is required to be included in a complaint filed at the United States Court of Federal Claims, applying these requirements to the facts of this case. Furthermore, if the jurisdictional concerns have not been resolved and the parties have briefed the jurisdictional issue, the court schedules a status conference to discuss the issue for **Tuesday, March 6, 2007, at 10:30 a.m.** The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 861-6426, and defendant's counsel at (202) 616-0342.

Discovery shall close on or before **Friday, June 8, 2007**. Also on or before **Friday, June 8, 2007**, the parties shall file a joint status report, proposing future proceedings for resolving this case, with proposed milestones and a proposed time line. The court schedules a status conference for **Thursday, June 14, 2007, at 10:30 a.m.** The parties may appear for the conference by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 861-6426, and defendant's counsel at (202) 616-0342. The parties shall refrain from filing motions for summary judgment until after the June 14, 2007 status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**