**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HASLER, INC.** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-653C** |
| **UNITED STATES OF AMERICA** | ) | **(Judge Horn)** |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the court's February 8, 2007 order, the parties have conferred regarding defendant's concern that there are lingering jurisdictional defects in the above-referenced action.

Plaintiff has agreed to address defendant's concern by revising and re-submitting portions of its claim to the contracting officer, providing greater specificity regarding the following four changes addressed in the claim: changes in the Statement of Work and specifications; added work to support testing of the electronic data exchange between the U.S. Postal Service and plaintiff; added work to develop installation and training documentation; and acceleration of delivery and program schedules. These changes correspond to items (b)-(e) in both paragraph 54 of the Complaint and in Section VI, "Contract Changes" (page 10) of the claim submitted by the plaintiff to the contracting officer on December 6, 2006. As required by the court's order, a complete copy of plaintiff's December 6, 2006 claim, including the 23 attachments, is provided as an enclosure to this Joint Status Report.

Plaintiff will submit a revised claim addressing the four items described above to the contracting officer on or before March 16, 2007. Upon issuance of the contracting officer's final

decision, plaintiff will submit a Second Amended Complaint, if necessary, addressing the contract changes identified in the revised claim.

Assuming that the allegations set forth in plaintiff's to-be-filed First Amended Complaint are restricted to the claims set forth in plaintiff's December 6, 2006 submission to the contracting officer and do not include the contract changes asserted in sections VI(b) through (e) of page ten of plaintiff's December 6, 2006 letter to the contracting officer, defendant does not expect that the First Amended Complaint will present jurisdictional defects for this case.

Counsel for defendant has reviewed and consented to the filing of this Joint Status Report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

RICHARD P. RECTOR, ESQ.
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036
Tel: (202) 861-6426
Fax: (202) 223-2085

Attorney for Plaintiff

February 21, 2007

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0342
Fax: (202) 514-7965

OF COUNSEL
MELISSA MORTIMER
Attorney
United States Postal Service
Washington, D.C.

Attorneys for Defendant

February 21, 2007

**Certificate of Filing**

I hereby certify that on February 21, 2007, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the system.

Richard P. Rector