# Exhibit 16

HASLER Mailing Systems and Solutions
America's better choice.™

November 10, 2005

*Ms. Caroline Z. Conway*
Category Manager, Retail Products and Services
Travel, Rental and Customer
UNITED STATES POSTAL SERVICES
3300 S. Parker Rd. Suite 400
Aurora, CO 80014-3500

Dear Caroline:

We are in receipt of your letter dated September 14, 2005, regarding the USPS position on the Hasler claims. Prior to proceeding to the next steps outlined in your letter we would like to ask the USPS to reconsider our claim. Following our discussion with Mr. Keith Strange on November 4, 2005, we wanted to provide the USPS with a response to several open questions presented during the meeting.

A. Remaining Invoice Value

It is our understanding that the remaining value under agreement for Contract No. 102591-03-P-0454 is $149,539.97. (Summary breakdown below) This value does not include consideration for: Hasler claims outlined in our August 8, 2005 letter; Invoices for lost, damaged or meters not returned under the original delivery orders; Invoices for additional supplies or Compensation for incurred expenses not identified in the August 8, 2005 claims.

*Program Invoice Values (Past and Future)*

| | |
|---|---|
| 18 month lease term 1,800 units @ $69.71 | 2,258,604.00 |
| 3 month extension for 227 units @ $69.71 | 47,472.51 |
| Mod M12 extensions | 38,828.47 |
| Keeper unit extensions (till Sept. 30, 2005) | 34,994.42 |
| Movement Fee – 1680 units @ $50 per unit | 84,000.00 |
| Meter Movement Fee 76 units @ $50.00 per unit | 3,800.00 |
| Keeper units 10/1/05 till 12/31/05 | 15,092.22 |
| *Total Program Invoice Value* | *$2,482,791.62* |
| Less meter payment received as of Sept. 14, 2005 (Does not include $60,661.72 in non meter payments) | (1,637,955.90) |
| Less meter payments received October, 2005 | (695,295.75) |
| *Remaining Program Value to be billed* | *$ 149,539.97* |

HASLER Mailing Systems and Solutions

*America's better choice.™*

B. **Carrying Cost for Inventory build up**

In speaking with our Cost Accountant, I was informed that our inventory carrying cost of 15% was included in the claim for $ 776,506.19.

C. **The Information Security Assurance (ISA) process publication**

The ISA documentation you identified in your September 14th was not included with the 9/30/2002 contract award and was still under development at the time of the award. The ISA documentation in Draft versions that were made available to Hasler post award included:

1) Handbook AS-805-A -- 8. Information Resources Security Test Plan Version 2.8, dated October 18, 2002. (Copt Attached)
2) Handbook AS-805-A -- 7. Information Resource Security Plan Version 2.8, dated October 4, 2002. (Copy Attached)

D. **Estimated costs for ISA**

Because of the compressed development schedule, Hasler needed to make changes to the architecture product and processes on the fly and was not able to full document changes. Please note the award date moved from August 23rd to October 1st, while the February 1st, 2002 introduction stayed firm.

Based on discussions with the engineers and outside consultants, review of the architecture and site changes, effort required to conform with the ISA requirements, and investment of time and cost to review and produce the ISA documentation, Hasler estimates that the cost of conformance and compliance with ISA requirements amounted to just under half of the total development effort.

E. **Extension outside the agreement**

During our discussions with Mr. Strange, he asked for clarification on any renewal terms outside of the contract option. We stated that while the contract clearly stated the terms of the agreement as an 18-month base term with four – one-year options, the USPS requested a 3-month extension for 227 units during the "business review" period. Hasler agreed to provide a three-month extension in our ongoing support for our partnership, even though the contract specified 12 month renew periods.

HASLER Mailing Systems and Solutions
America's better choice.™

**F. Union Associated Contract Risks**

For the record, at no time during the solicitation, contract award, product development or product rollout was Hasler informed of possible union disputes or pressures that could jeopardize the program or result in its termination. The pricing proposal did not reflect exposure to such risk. Hasler believes that the Postal Service had an obligation to notify us of such risk, particularly in light of its prior experience with the dissolution of the Sears CPU program, which was not otherwise known to us until publication of an article in Business Mailers Review on October 11th, 2004.

As we discussed during our meetings and in our proposals, there were many changes during the contract period. Because of our long-term partnership with the USPS and the expectation for long-term partnership with the Hallmark and USPS on this project, we did not submit individual change requests for payment.

Thank you for all your time and effort towards settlement of this project.

We look forward to the opportunity to move these negotiations forward with Mr. Strange and you. If you or any member of your Postal Service team requires additional information, please do not hesitate to contact me directly at (203) 925-2412.

Sincerely,

*George Hesse*

George H Hesse III
Director Business Operations
Hasler, Inc.

CC: Mr. Keith Strange -- Vice President, Supply Management -- USPS
Mr. Frank Crudo – Chief Financial Officer - Hasler

UNITED STATES
POSTAL SERVICE™

# Handbook AS-805-A,
# 7. Information Resource
# Security Plan

Version 2.8

October 4, 2002

UNITED STATES POSTAL SERVICE™

# Handbook AS-805-A, 8. Information Resource Security Test Plan

Version 2.8

October 18, 2002

This page is intentionally left blank.

# TABLE OF CONTENTS

8 INFORMATION RESOURCE SECURITY TEST PLAN ..ERROR! BOOKMARK NOT DEFINED.

8.1 Introduction ........ 1
- 8.1.1 What This Document Contains ........ 1
- 8.1.2 What A Security Test Plan Is ........ 1
- 8.1.3 Why A Security Test Plan is Important ........ 1
- 8.1.4 When A Security Test Plan is Done ........ 1
- 8.1.5 What Definitions you Need to Know ........ 1
- 8.1.6 How Security Test Plan Relates to Other Processes ........ 1

8.2 Roles and Responsibilities ........ 3
- 8.2.1 Executive Sponsors ........ 3
- 8.2.2 Portfolio/Business Managers ........ 3
- 8.2.3 Information Systems Security Officers ........ 3
- 8.2.4 Information Systems Security Representatives ........ 3

8.3 Security Test Plan Instructions ........ 4
- 8.3.1 What the Security Test Plan is Based On ........ 4
- 8.3.2 What the Security Test Plan Template Contains ........ 4

8.4 Completing the Security Test Plan ........ 4
- 8.4.1 General ........ 4
- 8.4.2 Deliverables ........ 4
- 8.4.3 Acknowledging Security Test Plan Acceptance ........ 4

APPENDIX A-INFORMATION RESOURCE SECURITY TEST PLAN TEMPLATE

This page is intentionally left blank.

# 8 INFORMATION RESOURCE SECURITY TEST PLAN

The security test plan reflects the tests that will be performed on controls established for an information resource as documented in the security plan.

## 8.1 INTRODUCTION

### 8.1.1 WHAT THIS DOCUMENT CONTAINS

This document contains an explanation of the function of the security test plan, the roles and responsibilities of individuals routinely associated with the completion of the security test plan, instructions for completing the security test plan, and the security test plan template.

### 8.1.2 WHAT A SECURITY TEST PLAN IS

The security plan, which was done earlier, provides an overview of the security requirements of the information resource and describes the controls in place or planned for meeting those requirements. The security test plan reflects the functionality testing of the controls that were established in the security plan. An executed security test plan documents the test results and indicates any additional mitigating controls that must be established to protect the information resource. Additional controls must then be documented in the security plan.

### 8.1.3 WHY A SECURITY TEST PLAN IS IMPORTANT

Security test plans and test results are used by individuals at the information resource (system) level and at the organizational management level to obtain security-related information about the resource and to effectively maintain the required security posture.

### 8.1.4 WHEN A SECURITY TEST PLAN IS DONE

The security test plan is initiated at the beginning of Phase 3 of the Information Security Assurance (ISA) process. Each requirement identified earlier during the Business Impact Assessment (BIA) process is addressed in the security plan, either with a narrative of the control that is being implemented or with a reference to another ISA document completed for the information resource. The security plan should reflect the actual information resource configuration and the controls that are currently in place to protect that resource. Testing is performed on the established controls for specified requirements.

### 8.1.5 WHAT DEFINITIONS YOU NEED TO KNOW

*Information resource* is all information and computer applications. Information resources include, but are not limited to, operating systems, applications, products, services, telecommunications networks, computer-controlled mail processing equipment, and related resources and are sponsored by, endorsed by, developed for, maintained and/or operated on behalf of the Postal Service whether the information resources are located at a postal or non-postal facility.

*Safeguard* is synonymous with security control.

*Security control* is a policy, method, procedure, or device that is intended to protect the confidentiality, integrity and availability of the information resource.

*Security control weakness* is defined as a situation where a security control that is needed is either not implemented, is insufficient, or is not applied in all cases when it should be.

*Security Requirement* is identified security needs.

### 8.1.6 HOW SECURITY TEST PLAN RELATES TO OTHER PROCESSES

#### 8.1.6.1 Information Security Assurance

The Information Security Assurance (ISA) process provides the management framework within which appropriate security is integrated within new information resources and is maintained throughout the lifecycle of the information resource.

### 8.1.6.2 Business Impact Assessment

The BIA identifies appropriate security requirements.

### 8.1.6.3 Security Plan

The Postal Service security plan provides an overview of the security requirements for an information resource and describes the controls in place or planned for meeting those requirements.

A security plan provides management and system level individuals with the information they need about how to maintain the required security posture for a specific information resource. The security plan is initiated during Phase 2 of the information security assurance (ISA) process and updated throughout Phases 2 and 3. They require periodic reviews, modifications, and milestones for security controls to be implemented. Security plans provide:

Responsibilities for functional end users, information owners, and system administrators.

Responsibilities and expected behavior of all individuals who access the information resource.

Requirements identified by the business impact assessment (BIA), along with appropriate narrative and references

Information resource configuration and the protection controls in place.

### 8.1.6.4 Security Test Plan

Controls for identified security requirements are tested for functionality to ensure the control consistently and functions as it is intended, and ensure that it does not perform any additional functions that could negatively affect the security stance of the information resource. A number of controls defined in the security plan are not included in the test plan because they are administrative or physical in nature, although verification of the implementation of a process, procedure or physical security control is beneficial.

If there are additional requirements that the development team, ISSO, ISSR, or executive sponsor feel should be tested, then additional testing plan items can be developed and attached to the current template.

## 8.2 Roles and Responsibilities

### 8.2.1 Executive Sponsors

Executive sponsors are the business managers with oversight (funding, development, production, and maintenance) of the information resources, and are responsible for the following:

a) Providing resources, including personnel, financial, and physical assets, to meet information security requirements.

a) Ensuring hardware, software, and application security through the implementation of appropriate controls.

b) Implementing configuration management for information resources.

c) Ensuring completion of a security test plan.

d) Ensuring that information resources within their purview are capable of enforcing appropriate levels of security services, and providing resources to ensure controls are properly tested.

e) Ensure the results of the security test are appropriately documented.

### 8.2.2 Portfolio/Business Managers

Portfolio/business managers are responsible for the following:

a) Functioning as the liaison between executive sponsors and the information technology providers.

a) Supporting the executive sponsor in the completion of the security test plan.

### 8.2.3 Information Systems Security Officers

Information systems security officers (ISSOs) are responsible for the following:

f) Providing advice and consulting support to executive sponsors regarding the security test plan.

g) Guiding decisions related to the selection of security requirement.

### 8.2.4 Information Systems Security Representatives

Information systems security representatives (ISSRs) are responsible for the following:

h) Providing support to the executive sponsor as required.

Notifying the executive sponsor and ISSO of any additional security requirements or concerns that emerge during development or acquisition of the information resource.

## 8.3 Security Test Plan Instructions

### 8.3.1 What the Security Test Plan is Based On

The security test plan addresses a selected subset of the security requirements identified during the business impact assessment and agreed to by the executive sponsor.

### 8.3.2 What the Security Test Plan Template Contains

The template, which is included in this document as Appendix A, contains only those sections from the security plan that contain controls that will be tested. Those sections are as follows:

a) Section 1—General Information.

b) Section 3—Information Classification and Control.

c) Section 5—Acceptable Use.

d) Section 9—Security Services.

e) Section 10—Software and Hardware Security.

f) Section 11—Networks and Communications.

g) Section 12—Business Continuity Planning.

h) Section 14—Compliance and Monitoring.

## 8.4 Completing the Security Test Plan

### 8.4.1 General

Baseline requirements are pre-marked with a Yes response, where applicable. If certain requirements are not applicable, then mark the test item as not applicable. If there are additional requirements that the development team, ISSO, ISSR, or executive sponsor feel should be tested, then additional testing plan items can be developed and attached to the current template.

### 8.4.2 Deliverables

a) Using Appendix A of AS-805-A, Information Security Assurance Overview, as a guide, identifies the controls necessary to satisfy those security requirements.

b) Document the security controls selected to satisfy each of the requirements in the information resource's security test plan. If there is more than one control for a requirement, copy the format and complete the information for each control being tested.

c) Test each of the controls and document the results in the security test plan.

d) If the control fails the test, indicate what other remediation actions or controls will be established to compensate for the inability of the control to function at the expected level of performance to ensure the information resource is adequately protected.

### 8.4.3 Acknowledging Security Test Plan Acceptance

Both the ISSO and the executive sponsor or designee must sign the *Acknowledgement of Security Test Results Review*, which is included in the template, to indicate that they have reviewed and accept the test results as meeting the requirements identified in the security plan for the subject information resource.

# APPENDIX A-INFORMATION RESOURCE SECURITY TEST PLAN TEMPLATE

UNITED STATES POSTAL SERVICE™

# Information Resource Security Test Plan Template

Version 2.8

October 18, 2002

INFORMATION RESOURCE NAME: Contractors and Partners Payment System (CPPS) Partners

# Acknowledgement of Security Test Results Review

Note: Additional security requirements not listed here may be required due to changes in technology, changes in the Postal Service mission, and the discovery of new vulnerabilities in applications and infrastructure during the risk assessment and should be added to the security plan and tested.

I have reviewed these security test results and concur with the test results of the controls established to meet the identified requirements.

Claudia O. Barnett __________ ____________________ ____________________
Executive Sponsor Title Date (MM/DD/YYYY)

I have reviewed these security test results.

Thomas Verdun, Jr. ____________________ ____________________
ISSO Date (MM/DD/YYYY)

# 1 GENERAL INFORMATION

## 1.1 CONTACT INFORMATION

| | |
|---|---|
| EIR Number | 1285.01 |
| ISA Number | [Determined by ISS] DR2002141091236 |
| Information Resource Name | Contractors and Partners Payment System (CPPS) Partners |
| Sub-System Name (If Applicable) | CPPSPART |
| Acronym | CPPS Partners |
| Program Manager (Development Responsibility) | Larry Voss, IP Program Manager |
| Executive Sponsor (Development Responsibility) | Claudia O. Barnett, Manager, HQ Retail Planning & Development |
| VP IT/CIO | John Wargo, VP Service & Market Development |
| VP Operations | James Buie, IP Portfolio Manager, HQ CTO Delivery & Retails Sys |
| Name of Business Partner (If Applicable) | Hallmark Gold Crown Retailers |
| Development Site(s) | San Mateo, CA |
| Production or Processing Site(s) | San Mateo, CA |
| Scheduled Deployment Date | 2 Jan 2003 |
| Project Plan Amended with ISA Milestones? | ☐ Yes ☐ No |

| |
|---|
| SENSITIVITY: |
| Business Controlled Sensitive |
| CRITICALITY: |
| Business Controlled Critical |

RECOVERY TIME OBJECTIVE (RTO): 72H

## 1.1 DESCRIPTION OF TEST ENVIRONMENT

| | |
|---|---|
| Hardware/Software Version/Release | Mainframe/ COBOL and CICS |
| Environment Information | Testing will be performed at the Business Partner site, Hallmark Retailer. |
| Freeze Dates | Application testing is scheduled to begin August 1, 2002 through Sept. 20th.<br>Security Test Plan has a target completion date August 24th, with reviews, updates and finalization scheduled for October 15th. Deployment is scheduled for January 2, 2003. |
| Pilot or Production Environment | Mainframe CICS Test Region is the development environment. Production environment is SM COSC. |
| Technical Architecture Version/Release | CPPS Partners interfaces with Hallmark, MATS, postage meter providers and the Walker Payment System in St Louis. At the vendor site, data is routed through a Ravlin 10 box, which encrypts the data through the USPS VPN into Ravlin, and into the mainframe in Eagan. Each vendor has an ACF2 logon, which allows him or her to catalog files on the mainframe. |

## 1.2 TEST TEAM MEMBERS

| | |
|---|---|
| Test Team Lead | Name: Kuang Ho, Business Project Leader<br>Organization: San Mateo IBSSC<br>Telephone Number: 650-377-1348<br>Email: kho@email.usps.gov |
| Test Team Member | Name: Jimmy Yu<br>Organization: San Mateo IBSSC<br>Telephone Number: 650-377-1186<br>Email:jyu@email.usps.gov |
| Test Team Member | Name: Cheryl Lee<br>Organization: San Mateo IBSSC<br>Telephone Number: 650-377-1448<br>Email:clee@email.usps.gov |
| Test Team Member (CAT Test) | Name: Mary-Ann Lew, Project Manager/ Brenda Dudley, CAT Coordinator<br>Organization: IP – D&RS<br>Telephone Number: 703- 280-7057<br>Email: Mlew@email.usps.gov |
| Test Team Member (CAT Test) | Name: Michael Cohn<br>Organization: San Mateo IBSSC<br>Telephone Number: 650-377-1328<br>Email: Mcohn@email.usps.gov |

# 1 INFORMATION CLASSIFICATION AND CONTROL

## 3.5 REQUIREMENT: ADD "RESTRICTED INFORMATION" TO COMPUTER SCREEN DISPLAY (AS-805 3.5.1)

APPLICABLE: No

Control: N/A

Test Criteria: N/A

Response to Test (Pass/Fail): N/A

Remediation (if failed): N/A

Comments: N/A

# 5 ACCEPTABLE USE

5.2 REQUIREMENT: EVALUATE THE USE OF COOKIES AND OTHER USER TRACKING MECHANISMS (AS-805, 5.9.3.1, 5.9.3.2)

APPLICABLE: No

Control: N/A

Test Criteria: N/A

Response to Test (Pass/Fail): N/A

Remediation (if failed): N/A

Comments: N/A

5.5 REQUIREMENT: NOTIFY CUSTOMERS BEFORE TRANSFER TO AN EXTERNAL SITE NOT UNDER POSTAL SERVICE CONTROL (AS-805, 5.9.3.3)

APPLICABLE: Yes

Control: Transfer to Another Site (AS-805, section 5.9.3.3)

Test Criteria: N/A

Response to Test (Pass/Fail): N/A

Remediation (if failed):N/A

Comments: CPPS Partners files are not transferred to an external site. They are always under USPS control.

# 9 SECURITY SERVICES

## 9.1 REQUIREMENT: PROTECT DATA FROM MODIFICATION OR DELETION BY UNAUTHORIZED USERS (AS-805, 9.9.2)

APPLICABLE: Yes

Control: Data Integrity (AS-805, Section 9.9.2)

Test Criteria: CPPS Partners must comply with data integrity requirements including, but not limited to, the following:

a. Must be able to ensure that data is not modified, altered, or deleted without authorization in either storage or transit
b. Unauthorized modification of data must yield an audible security-related event
c. Must identify the originator of any information before that information is used in the restricted function
d. Must log any attempt by the administrator to authorize any user to bypass the administrator-configured data integrity controls
e. Must protect data by performing data integrity checks
f. When data integrity checks fail, the system must reject the data

Response to Test (Pass/Fail): Passed

Remediation (if failed): N/A

Comments: Data integrity controls were tested, and whenever invalid or unauthorized data was entered, it was rejected by the system and yielded an appropriate security-related event or message. (see test results output for details)

## 9.2 REQUIREMENT: UNIQUELY IDENTIFY AND AUTHENTICATE EACH USER (AS-805, 9.6, 9.7)

APPLICABLE: Yes

Control: Identification & Authentication (As-805, Section 9.6and 9.7)

Test Criteria: An unique login ID is used to identify each user. The 6-character login ID contains the 1st letter of the first name and up to 5 letters of the last name or other alphanumeric characters. Only authorized users will be able to access the system.

Response to Test (Pass/Fail): Passed

Remediation (if failed): Contact the system administrator

Comments: Unauthorized login IDs and Passwords were used to test this requirement. Users are authenticated by a unique login ID and password. After 3 unsuccessful attempts to login, the system is locked. (see test results output for details).

9.3 REQUIREMENT: RESTRICT SUPERVISORY AND ADMINISTRATIVE PRIVILEGES (AS-805, 9.5.2.2)

APPLICABLE: Yes

Control: Network Accountability (AS-805, Section 5.2.2)

Test Criteria: The network associates users or information resources with a specific network or logical sub-net to a network. Privileged accounts are assigned to a unique individual, and restricted in number and in the type of work that can be performed.

Response to Test (Pass/Fail):Passed

Remediation (If failed):N/A

Comments: SM COSC/Security determines network accountability & proper access authorization through the 1357 form. Logical access security controls were implemented to control access within the PMSC, HQ/Area (Retail) office, and the District. Once the 1357 form is signed by a manager in the Retail Planning & Development office, it is sent to Eagan for implementation. Levels of access are assigned as follows: PMCS – this is the highest level of access for contract administration & payment authorization; HQ/Area & Retail Unit – has read access and limited access to non-monetary fields, with the exception of Retail which is responsible for pay adjustments; District – this is the lowest level of access, where only read and reporting capability are authorized.

9.4 REQUIREMENT: IMPLEMENT SESSION MANAGEMENT INCLUDING TIMEOUTS OR SCREEN SAVERS WHERE THE PLATFORM PERMITS (AS-805, 9.7.9)

APPLICABLE: Yes

Control: Session Management (AS-805, Section 9.7.9)

Test Criteria: After 15 minutes of inactivity, CPPS Partners will time-out and automatically engage a screen saver or blank screen and lock the keyboard. Manual re-authentication must be done before access is reestablished.

Response to Test (Pass/Fail): Passed

Remediation (if failed): Call 800 numbers in Eagan if unable to re-login.

Comments: Standard mainframe will timeout due to inactivity and a "terminal lock" message will appear on the screen. User must enter password to re-access mainframe.

### 9.5 REQUIREMENT: IMPLEMENT APPROVED ENCRYPTION BASED ON POSTAL SERVICE ENCRYPTION AND KEY RECOVERY POLICIES (AS-805, 9.8.1, 5.6.3)

APPLICABLE: Yes

Control: Confidentiality & Encryption (AS-805, Section 9.8.1)

Test Criteria: Verify that the minimum encryption standard for the Postal Service, a triple DES with 128-bit encryption key, is realized. Encryption solutions must either support key recovery or keys must be registered with authorized personnel.

Response to Test (Pass/Fail):Passed

Remediation (if failed):N/A

Comments: This requirement is not applicable to mainframe applications. There is no encryption product for mainframe systems in the USPS. For data transmission, Ravlin is the preferred hardware solution for CPPS-Partners. Connectivity between the Ravlin devices at meter vendor and San Mateo IBSSC locations were successfully pre-tested by Eagan for handshake and validation.

### 9.6 REQUIREMENT: IMPLEMENT LOGICAL ACCESS SECURITY (AS-805, 9.11)

APPLICABLE: Yes

Control: Security Administration (AS-805, Section 9.11)

Test Criteria: Access to the information resource is limited to 4 levels of access:

- PMSC
- Area/HQ
- District, and
- System Administrator

Response to Test (Pass/Fail): Passed. Access levels are determined by functions specified on the 1357.

Remediation (if failed): Contact System Administrator, or verify requested access controls on Form 1357.

Comments: Security determines proper access authorization from the 1357 form. CPPS Partners CICS logic supports this requirement.

9.8 REQUIREMENT: ENCRYPT APPROPRIATE INFORMATION TRANSMITTED OVER UNTRUSTED NETWORKS (AS-805, 9.4.1.11, 3.5.4.1)
APPLICABLE: Yes

Control: Clearances & Transmission Over Untrusted Networks (AS-805, Section 3.5.4.1)

Test Criteria: Sensitive and Business-Controlled Information transmitted across untrusted networks must be encrypted, personnel must have authorized clearance.

Response to Test (Pass/Fail):Passed

Remediation (if failed):N/A

Comments: Personnel using CCPPS-Partners must have the appropriate level of clearance through PS Form 1357 prior to obtaining access to the system. The existing VPN connection from/to meter provider is utilized for transmission of the monthly summarized transaction file. That connection is encrypted via a hardware encryption device called Ravlin. Everything going over that connection will be encrypted. It will leave the meter provider site encrypted, reach the Ravlin in Eagan and be decrypted, then being passed on to the San Mateo for processing.

9.9 REQUIREMENT: ENCRYPT INFORMATION STORED IN A NON-SECURE LOCATION (AS-805, 9.8.1.1, 3.5.4.2)
APPLICABLE: Yes

Control: Confidentiality (AS-805, Section 9.8.1 and 3.5.4.2)

Test Criteria: Information resources that store or transmit sensitive or business-controlled sensitive information must have encryption capability.

Response to Test (Pass/Fail):Passed

Remediation (if failed):N/A

Comments: The Monthly summarized transaction file is sent from the meter provider to CPPS PARTNERS for calculation of compensation. The existing VPN connection from/to meter provider is utilized for transmission of the monthly summarized transaction file. That connection is encrypted via a hardware encryption device called Ravlin. Everything going over that connection will be encrypted. It will leave the meter provider site encrypted, reach the Ravlin in Eagan and be decrypted, then being passed on to the San Mateo for processing and storage. Mainframe files are automatically vaulted to USPS Raleigh site for backup storage.

## 9.10 REQUIREMENT: ENCRYPT SENSITIVE INFORMATION STORED IN A SECURE LOCATION (ON-SITE AND OFFSITE (AS-805, 9.8.1.21, 3.5.4.2)

APPLICABLE: No

Control: N/A

Test Criteria: N/A

Response to Test (Pass/Fail): N/A

Remediation (if failed): N/A

Comments: N/A

## 9.11 REQUIREMENT: IMPLEMENT OPERATING SYSTEM LEVEL AUDITING AND LOGGING (AS-805, 9.12)

APPLICABLE: Yes

Control: Audit Logging (AS-805, Section 9.12)

Test Criteria: The information resource must log security events including, but not limited to the following:

a. all sessions established
b. invalid & unauthorized attempts to login
c. System and DB Admin actions
d. Creation or changes to user information resource security accounts, profiles, ACLs, privileges, and attributes
e. Use of privileged accounts
f. Shutdowns, restarts and backups
g. Installation & updates of software
h. Changes to logs
i. Date and time of the event
j. Login ID and IP address of the initiator
k. Identification of information resources accessed
l. Event type and successes or failure of the event, if applicable

Response to Test (Pass/Fail):Passed

Remediation (if failed):N/A

Comments: Both MVS/OS and ACF2 have auditing and logging capability. COCS personnel can generate output from MVS for all sessions established in CPPS-Partners. ACF2 is more concerned with logging security violations or actions. The CAPSMVT.VS651D01.CPPMSTR file in the application identifies who accessed or modified the Master Record, the date and time it was accessed, and other relevant information. (see the attached copy for details)

## 9.12 REQUIREMENT: IMPLEMENT APPLICATION LEVEL AUDITING AND LOGGING (AS-805, 9.12)

APPLICABLE: No

Control: N/A

Test Criteria: N/A

Response to Test (Pass/Fail): N/A

Remediation (if failed): N/A

Comments: N/A

## 9.14 REQUIREMENT: COMPLY WITH AUTHENTICATION REQUIREMENTS ESTABLISHED IN POSTAL SERVICE POLICIES (AS-805, 9.7)

APPLICABLE: Yes

Control: Authentication (AS-805, Section 9.7)

Test Criteria: Authentication is achieved when the user provides the correct login ID and password. Personnel are required to authenticate themselves to the information resource before being allowed to perform any functions. Application is protected from "replay attack."

Response to Test (Pass/Fail): Passed

Remediation (if failed): Contact Security to reset password if it is suspended due to password violations.

Comments: Tested User ID and Password 3 times for violation and the system was locked. User is required to re-authenticate prior to obtaining regaining access.

# 10 HARDWARE AND SOFTWARE SECURITY

## 10.1 REQUIREMENT: IMPLEMENT VIRUS PROTECTION (AS-805, 10.7)
APPLICABLE: Yes

Control: Protection Against Virus & Malicious Code (AS-805, Section 10.7)

Test Criteria: Active virus protection software has been installed and enabled. Virus type (signature files) are properly updated.

Response to Test (Pass/Fail): Passed

Remediation (if failed):

Comments: This requirement is not applicable to the mainframe. As part of their standard configuration, workstation PCs associated with development and CPPS-P users do have a virus protections utility installed.

## 10.3 REQUIREMENT: IMPLEMENT THE INFORMATION RESOURCE ON A SERVER HARDENED TO POSTAL SERVICE STANDARDS (AS-805, 10.5.3.1)
APPLICABLE: No

Control: N/A

Test Criteria: N/A

Response to Test (Pass/Fail):N/A

Remediation (if failed):N/A

Comments: N/A

### 10.4 REQUIREMENT: EVALUATE ACTIVE CONTENT OR CGI CODE (AS-805, 10.7.2.2)

APPLICABLE: No

Control: N/A

Test Criteria: N/A

Response to Test (Pass/Fail): N/A

Remediation (if failed): N/A

Comments: N/A

### 10.5 REQUIREMENT: IMPLEMENT APPROPRIATE DATABASE SECURITY (AS-805, 10.6.6.2)

APPLICABLE: No

Control: N/A

Test Criteria: N/A

Response to Test (Pass/Fail): N/A

Remediation (if failed): N/A

Comments: N/A

# 11 NETWORKS AND COMMUNICATIONS

## 11.1 REQUIREMENT: IMPLEMENT REMOTE ACCESS SECURITY (DIAL-UP, VPN, ETC.) (AS-805, 11.12)

APPLICABLE: Yes

Control: Remote Access (AS-805, Section 11.2)

Test Criteria: Any remote access security access solution or dial up modem used for connectivity must be capable of filtering access to the information resource through authentication or passwords.

Response to Test (Pass/Fail): Passed

Remediation (if failed):

Comments: The Postal Service Virtual Private Network (VPN) provides end-to-end security. Any VPN solution or dial up modem used for connectivity must be capable of filtering access to CPPS Partners through authentication or passwords. Operational information security has been implemented throughout the Postal network. To further support this requirement, the Meter Vendor and Hallmark will need to confirm whether or not modems will be used, and if so, how they will be connected. A site review by the ISSO will also be needed to examine connectivity.

## 11.2 REQUIREMENT: IMPLEMENT INTERNET SECURITY REQUIREMENTS FOR INTERNET ACCESSIBLE INFORMATION RESOURCES (AS-805, 11.7.1)

APPLICABLE: Yes

Control: Protecting the Network/ Internet Perimeter (AS-805, Section 11.7.1)

Test Criteria: This is not an internet application. Information resources, such as those residing on DMZ's, must implement security requirements that include, but are not limited to:

- Secured partitioning
- Filtering devices to screen and monitor incoming and outgoing traffic
- Supporting encryption to protect the storage and transmission of data
- Real-time monitoring, auditing and alerting are used to detect intrusion, fraud, abuse or misuse.

Response to Test (Pass/Fail):N/A

Remediation (if failed):N/A

Comments: This is a mainframe application, so this internet requirement is not applicable to CPPS- Partners. There is no web interface for this product.

## 11.5 REQUIREMENT: IMPLEMENT APPROVED NETWORK SERVICES AND PROTOCOLS (AS-805, 11.4.2)

APPLICABLE: Yes [redacted]

Control: Approving Services & Protocols (AS-805, Section 11.4.2)

Test Criteria: All information resources must use only network services and protocols approved by the NCRB. All equipment connected to the network must meet current postal hardening requirements. Business partner connections, including those that are an extension of MNS, must be Postal Service managed via a firewall or other network filtering device.

Response to Test (Pass/Fail): Passed

Remediation (if failed): N/A

Comments: Only network services and protocols approved by the Network Connectivity Review Board (NCRB) will be used by the information resource. All non-approved services and protocols will be disabled at the perimeter. All equipment connected to the network meets Postal security hardening standards. A network-filtering device manages business partner connections with a MNS extension. Passwords used to manage the systems on the network are not used to manage other systems or networks. System Administrators have Postal Service security clearance.

Vendors being considered for the contract have indicated that they would use the existing connection they have to Postal. That connection for the proposed vendors is encrypted via a hardware encryption device called Ravlin. Everything going over that connection will be encrypted. If the new files will go to a different IP than the current files they now transmit, then we will have to know to add another tunnel to the device. It will leave the site encrypted, reach the Ravlin in Eagan and be decrypted, then being passed on to the destination. So Eagan would see it decrypted at their end, we encrypt in transit.

# 12 BUSINESS CONTINUITY AND CONTINGENCY PLANNING

## 12.4 REQUIREMENT: IMPLEMENT BACKUP AND RECOVERY PROCEDURES (AS-805, 12.5)

APPLICABLE: Yes

Control: Backup of Information Resources (AS-805, Section 12.5)

Test Criteria: Backup procedures described in the Abbreviated Business Continuity and Contingency (BCC) Plan will be tested for all essential components of the system. Those components for backup testing will be identified in the Systems & CAT tests. (Coordinate with SMCOSC)

Response to Test (Pass/Fail):Passed

Remediation (if failed): Call the San Mateo CPPS Partners team.

Comments: VSAM files are backed up to GDG daily. Flat files are backed up to GDG on a weekly basis. (see Requirement 12.10 and attached output for details)

## 12.5 REQUIREMENT: IMPLEMENT OFF-SITE STORAGE OF BACKUP MEDIA OR OFF-SITE BACKUPS (AS-805, 12.5.4)

APPLICABLE: Yes

Control: Backup Inventory (AS-805, Section 12.5.4)

Test Criteria: Backup media is stored locally in a secured location, as well as off-site electronically. An inventory or list of these files is maintained by the developer in a locked cabinet or secured storage area.

Response to Test (Pass/Fail): Passed

Remediation (if failed): Rerun the back up jobs.

Comments: POB/SSB/Security has verified that the files are being backed up. (copy of results attached)

12.6 REQUIREMENT: UTILIZE SECONDARY STORAGE DEVICE (NETWORK ATTACHED STORAGE, RAID STORAGE) (AS-805, 12.7.3)

APPLICABLE: No

Control: N/A

Test Criteria: N/A
Response to Test (Pass/Fail):N/A

Remediation (if failed):N/A

Comments: N/A

12.7 REQUIREMENT: IMPLEMENT REDUNDANCY (REDUNDANT COMPONENTS, SERVERS, INFRASTRUCTURE) (AS-805, 12.7.3)

APPLICABLE: No

Control: N/A

Test Criteria: N/A

Response to Tost (Pass/Fail): N/A

Remediation (if failed): N/A

Comments: N/A

12.8 REQUIREMENT: IMPLEMENT FAULT-TOLERANT SYSTEMS (AS-805, 12.7.3)
APPLICABLE: No

Control: N/A

Test Criteria: N/A

Response to Test (Pass/Fail): N/A

Remediation (if failed): N/A

Comments: N/A

12.9 REQUIREMENT: IMPLEMENT A MIRRORED SITE (AS-805, 12.7.3)
APPLICABLE: No

Control: N/A

Test Criteria: N/A

Response to Test (Pass/Fail): N/A

Remediation (if failed): N/A

Comments: N/A

12-10 REQUIREMENT: MAINTAIN AN INVENTORY OF BACKUP MEDIA AND SEND A COPY OF THE INVENTORY OFFSITE (AS-805, 12.5.3)

APPLICABLE: Yes

Control: Backup Schedules (AS-805, Section 12.5.3)

Test Criteria: *The following is an inventory of the backup data set files in CPPS Partners:*

# 14. COMPLIANCE AND MONITORING

## 14.1 REQUIREMENT: IMPLEMENT AUTHORIZED WARNING BANNER (AS-805, 14.5.4, 5.3.4)

APPLICABLE: Yes

Control: User Monitoring Notification (AS-805, Section 14.5.4)

Test Criteria: A, authorized Postal Service warning banner is display when users login to the information resource. The warning banner must accomplish the following:

- Identify the computer system as a Postal Service computer system protected by the United States Criminal Code
- Provide notification of monitoring
- Be followed by a pause requiring manual intervention to continue
- Identify the information resource as a USPS information resource and alert users that they have no expectation of privacy
- Warn users that activities may be monitored and that unauthorized access is prosecutable to the US Criminal Code.

Response to Test (Pass/Fail): Passed

Remediation (if failed): Notify security if the banner is not displayed during login.

Comments: The Developer has verified that the USPS warning banner is displayed when logging into CPPS Partners. (copy attached)

| LIST OF ATTACHMENTS | | |
|---|---|---|
| REQ. | Attachment Topic | Attached? |
| | Security Test Results & Associated Documentation | |
| 9.2 | Uniquely identify & authenticate each user | X |
| 9.4 | Implement session management including timeout or screen savers where platform permits | X |
| 9.14 | Comply with authentication requirements established in postal policies | X |
| 12.4 | Implement backup & recovery procedures | X |
| 12.5 | Implement off-site storage of backup media | X |
| 14.1 | Implement authorized warning banner | X |
| | | |

# Exhibit 17

From: Conway, Caroline Z - AURORA, CO [caroline.z.conway@usps.gov]
Sent: Monday, December 05, 2005 2:48 PM
To: George Hesse
Cc: Frank Crudo
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up

Importance: High

Follow Up Flag: Follow up
Due By: Monday, December 05, 2005 2:48 PM
Flag Status: Flagged

George,

As part of my investigation on whether to consider your inventory costs in the amount of $776,506.19, please provide me with all supporting documentation for this part of your claim ASAP.

Thank you.

Caroline Z. Conway, C.P.M., MSCAM
Category Manager, Retail Products and Services
Travel, Retail and Temporary Services CMC
3300 S. Parker Road, Suite 400
Aurora, CO 80014-3500
303-369-1226 (Tel)
303-369-1251 (Fax)
caroline.z.conway@usps gov

-----Original Message-----
From: Conway, Caroline Z - AURORA, CO
Sent: Monday, December 05, 2005 8:37 AM
To: 'George Hesse'
Cc: 'Frank Crudo'; Strange, Keith - Washington, DC
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up

George,

I just want to keep you informed that we are in the midst of discussions in consideration of your claim. I will let you know as soon as a decision has been made.

Thank you.

Caroline

Caroline Z. Conway, C.P.M., MSCAM
Category Manager, Retail Products and Services
Travel, Retail and Temporary Services CMC
3300 S. Parker Road, Suite 400
Aurora, CO 80014-3500
303-369-1226 (Tel)
303-369-1251 (Fax)
caroline.z.conway@usps.gov

-----Original Message-----
From: Conway, Caroline Z - AURORA, CO
Sent: Monday, November 14, 2005 7:25 AM
To: 'George Hesse'
Cc: Frank Crudo; Strange, Keith - Washington, DC
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up

George,

I am in receipt of the documents you submitted via email on Thursday, November 10th. We will be discussing this latest submission, and I will let you know as soon as we have made a decision.

Thank you.

Caroline Z. Conway, C.P.M., MSCAM
Category Manager, Retail Products and Services
Travel, Retail and Temporary Services CMC
3300 S. Parker Road, Suite 400
Aurora, CO 80014-3500
303-369-1226 (Tel)
303-369-1251 (Fax)
caroline.z.conway@usps.gov

-----Original Message-----
From: George Hesse [mailto:GHesse@haslerinc.com]
Sent: Thursday, November 10, 2005 6:22 PM
To: Conway, Caroline Z - AURORA, CO
Cc: Frank Crudo; Strange, Keith - Washington, DC
Subject: Contract No. 102591-03-P-0454, Claim follow-up

Dear Caroline:

As you know we had the opportunity to meet with Mr Strange on November 4th to discuss the details of the project, our claim and our options for resolving the current claim. Prior to proceeding to the next steps outlined in your letter we wanted to ask the USPS to reconsider our claim. Following our discussion with Mr. Keith Strange we were asked to provide some addtional information for the purpose of clarification. This information can be found in the attached email.

Thank you for all your time and effort towards settlement of this project.

We look forward to the opportunity to move these negotiations forward with Mr. Strange and you. If you or any member of your Postal Service team requires additional information, please do not hesitate to contact Frank Crudo or me directly at (203) 925-2412

Sincerely,

George

George H. Hesse III
Director Business Operations
Hasler, Inc.

<<USPS LTR CCONWAY 10NOV05.doc>> <<8-1 SecurityPlan_100802 Master.doc>>
<<8-3 TestPlan_102102 CPPS-P UPDT.doc>>