# Exhibit 18

George Hesse

From: George Hesse
Sent: Thursday, December 08, 2005 4:25 PM
o: 'Conway, Caroline Z - AURORA, CO'
Cc: Frank Crudo; George Hesse
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up

D1_Hallmark D2_Hallmark D3_Postlink D4_PostLink Claim D Hasler -
ject order graentory Detail.'E work instrunark Overheaark Inventory :Settlement Cl

Good Afternoon Caroline,

I have attached the information to support the inventory claim.

Should you or any member of your team require additional information or clarification, please don't hesitate to contact Frank or me directly.

Best Regards,

George

eorge Hesse
Director Business Operations
Hasler Inc
19 Forest Parkway
Shelton, CT 06484
(203) 925 2412

-----Original Message-----
From: Conway, Caroline Z - AURORA, CO
[mailto:caroline.z.conway@usps.gov]
Sent: Monday, December 05, 2005 2:48 PM
To: George Hesse
Cc: Frank Crudo
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up
Importance: High

George,

As part of my investigation on whether to consider your

inventory costs
in the amount of $776,506.19, please provide me with all
supporting
documentation for this part of your claim ASAP.

Thank you.

Caroline Z. Conway, C.P.M., MSCAM
Category Manager, Retail Products and Services
Travel, Retail and Temporary Services CMC
3300 S. Parker Road, Suite 400
Aurora, CO 80014-3500
303-369-1226 (Tel)
303-369-1251 (Fax)
caroline.z.conway@usps.gov

-----Original Message-----
From: Conway, Caroline Z - AURORA, CO
Sent: Monday, December 05, 2005 8:37 AM
To: 'George Hesse'
Cc: 'Frank Crudo'; Strange, Keith - Washington, DC
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up

George,

I just want to keep you informed that we are in the midst of
discussions
in consideration of your claim. I will let you know as soon as
a
decision has been made.

Thank you.

Caroline

Caroline Z. Conway, C.P.M., MSCAM
Category Manager, Retail Products and Services
Travel, Retail and Temporary Services CMC
3300 S. Parker Road, Suite 400
Aurora, CO 80014-3500
303-369-1226 (Tel)
303-369-1251 (Fax)
caroline.z.conway@usps.gov

-----Original Message-----
From: Conway, Caroline Z - AURORA, CO
Sent: Monday, November 14, 2005 7:25 AM
To: 'George Hesse'
Cc: Frank Crudo; Strange, Keith - Washington, DC
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up

George,

I am in receipt of the documents you submitted via email on Thursday,
November 10th. We will be discussing this latest submission, and I will
let you know as soon as we have made a decision.

Thank you.

Caroline Z. Conway, C.P.M., MSCAM
Category Manager, Retail Products and Services
Travel, Retail and Temporary Services CMC
3300 S. Parker Road, Suite 400
Aurora, CO 80014-3500
303-369-1226 (Tel)
303-369-1251 (Fax)
caroline.z.conway@usps.gov

-----Original Message-----
From: George Hesse [mailto:GHesse@haslerinc.com]
Sent: Thursday, November 10, 2005 6:22 PM
To: Conway, Caroline Z - AURORA, CO
Cc: Frank Crudo; Strange, Keith - Washington, DC
Subject: Contract No. 102591-03-P-0454, Claim follow-up

Dear Caroline:

As you know we had the opportunity to meet with Mr Strange on November
th to discuss the details of the project, our claim and our options for
resolving the current claim. Prior to proceeding to the next

steps
outlined in your letter we wanted to ask the USPS to reconsider
our
claim. Following our discussion with Mr. Keith Strange we were
asked to
provide some addtional information for the purpose of
clarification.
This information can be found in the attached email.

Thank you for all your time and effort towards settlement of
this
project.

We look forward to the opportunity to move these negotiations
forward
with Mr. Strange and you. If you or any member of your Postal
Service
team requires additional information, please do not hesitate to
contact
Frank Crudo or me directly at (203) 925-2412

Sincerely,

eorge

George H. Hesse III
Director Business Operations
Hasler, Inc.

<<USPS LTR CCONWAY 10NOV05.doc>> <<8-1 SecurityPlan_100802
Master.doc>>
<<8-3 TestPlan_102102 CPPS-P UPDT.doc>>

HASLER

*America's better choice®*

## Claims in Settlement of USPS Financial Obligations to Hasler, Inc. under The Hallmark Contract

For the settlement terms proposed in Section C, D and E of the settlement proposal, Hasler, Inc. asserts a claim to compensation for recovery of costs expended in the performance of Contract No. 102591-03-P-0454. A claim is listed for each of the corresponding sections of the settlement proposal. Each claim lists the data and documentation provided in support of the claim.

The claim is submitted with bound hard copies of the supporting data. One binder contains Hasler Claim D Supporting Documentation. A second contains Hasler Claim E Supporting Documentation. Both binders contain copies of the Claim Letter (including certification statement), this claim document, and a copy of the contract.

C. Claim: Hasler, Inc. asserts a claim for recovery of the residual value of the customized PostLink mailing system, Scale, and Stand (Hallmark system).

1,723 units x $600.00 $ 1,033,800.00

The claim is asserted in the amount of $600 per unit, for each of the IDIQ minimum 1,800 units not maintained in active service (77).

The per-unit value corresponds to the buyout figure identified in the pricing proposal. Settlement of this claim includes a commitment on the part of Hasler, Inc. to provide service and support, including postage downloads and rate change maintenance, at reasonable cost, should the units be redeployed to active service.

Claim C: Support Documentation:

| Continuation Sheet/Schedule 102591-03-Q-0454 |
| --- |
| |
| |

© 2005 Hasler, Inc. - CONFIDENTIAL and PROPRIETARY - This document is the property of Hasler, Inc. and may not be reproduced in part or in whole or disclosed in any way to third parties without the prior permission in writing from Hasler, Inc. Violators shall be subject to prosecution

HASLER

*America's better choice®*

immediately upon receipt of your verbal notification on October 18, 2004 that the Postal Service had decided to terminate the program.

Claim D: Support Documentation:

| |
|---|
| D_Claim D Hallmark Inventory Summary Schedule |
| D1_Hallmark project order graph2 |
| D2_Hallmark Inventory Detail |
| D3_Postlink SAFE work instructions |
| D4_PostLinkHallmark Overhead Calc FY2004 ref.xls |

© 2005 Hasler, Inc. - CONFIDENTIAL and PROPRIETARY - This document is the property of Hasler, Inc. and may not be reproduced in part or in whole or disclosed in any way to third parties without the prior permission in writing from Hasler, Inc. Violators shall be subject to prosecution.

HASLER
America's better choice®

E. Claim: Hasler, Inc. asserts a claim for its costs of development and capital investment required for performance of the contract and in compliance with the award:

$660,511.74

It is the position of Hasler, Inc. that the IDIQ contract and compliance with the Postal Service's new *Information Security Assurance* (ISA) initiative constructively *required* Hasler to develop a robust server and communications infrastructure to securely manage traffic and statistics for the full quantity identified in the contract.

The upfront investment in development is a required, legitimate capital expense, and we have already adjusted the figure in acceptance of the Postal Service's position that some portion of the program development and hardware expenditures specified in Part E will have already been amortized by program-to-date lease payments.

The infrastructure was required to conform to new USPS hardening standards and comply with the Postal Service's new *Information Security Assurance* (ISA) process, which included *Business Impact Assessment (BIA), Continuity of Operations Planning (COOP)* and *Facility Recovery Planning (FRP).*

At the time Hasler submitted its pricing proposal, the extent, scope, and expense of compliance with the ISA security process was understated and unanticipated. It was known that Hasler had already received NIST security certification for the IBIP SAFE and its associated key management infrastructure, as well as authorization from Postage Technology Management to distribute the SAFE and PostLink commercially. These, together with a record of strong compliance with regulations listed in the DMM P030 and CFR Title 39, Section 50, were considered by Hasler as more than adequate to assure the security of CPPS confidential data and manage the risks of deployment to 2,400 or more Hallmark locations.

IP D&RS conceded that the scope of the ISA initiative was little understood within the Postal Service, and Hasler objected at the time that the cost and schedule impact of compliance was understated by the Postal Service at the time of award. The resulting reassessment of the program requirements subsequent to the award resulted in a modification to the infrastructure. Moreover, Hasler had to dedicate previously unscheduled effort and incur substantial expense to execute the security test plan, prepare the associated documentation, and host an onsite Security Review.

The ISA process occurred under the direction of Thomas Verdun, Jr., ISSO for the Contractors and Partner Payment System (CPPS) Partners project (ISA Number DR2002141091236). The process was initiated in December 2001, with formal submission of the associated documentation package in January 2002, culminating in an onsite inspection and review on 6 February 2002. After subsequent corrective actions as recommended by Mr. Verdun, and submission of restricted information samples and HR non-disclosure policies and guidelines, Hasler received full ISA approval for its Hallmark infrastructure.

© 2005 Hasler, Inc. - CONFIDENTIAL and PROPRIETARY - This document is the property of Hasler, Inc. and may not be reproduced in part or in whole or disclosed in any way to third parties without the prior permission in writing from Hasler, Inc. Violators shall be subject to prosecution.

HASLER
*America's better choice®*

Claim E: Support Documentation:

| |
|---|
| E_ Claim E Development, Operational integration and Capital Investment Summary |
| E1_12-30-02 Hallmark Model 481 kenndoc |
| E2_1841_001_HA_SR_D (Software Requirement) |
| E3_CPPS Partners - System Interface Control Document Revision 1.7r |
| E4_HALLMARK SHIP ACCEPTANCE REQUIREMENTS 2 |
| E5_Hallmark statistics project spec |
| E6 PostLink Hallmark Product Spec v1 |
| E7_USPS LOI Hallmark PostLink & 481 SAFE |
| E8.1_ISA_Mary-Ann Lew ISA and Cover Letter |
| E8.2_ISA USPS Attachments |
| E8.3_ISA 8-1 SecurityPlan_100802 Master |
| E8.4_ISA 8-3 TestPlan_102102 CPPS-P UPDT |
| E8.5_ISA 021203 CPPS-P EVAL |
| E8.6_ISA AS805A6BCCP_52 |
| E8.7_ISA Evaluation Report Review minutes |
| E8.8_ISA Security comments 012103 |
| E8.9_ISA SITE REVIEW |
| E9.1_HighLevel CAT Matrix |
| E9.2_Hallmark Participation Spreadsheet to SMIBSSC |
| E9.3_CAT test accounts |
| E9.4_cycle 2 matrix |
| E9.5_cycle 3 matrix |
| E9.6_CAT file 110502 |
| E10_Hallmark Development Chargeback |
| E11_Hallmark Capital Expenses |
| E12_Hallmark Project Expense |
| E13_Section 8 Hallmark (Order Entry Tools and Processes) |
| E14_Minutes from Hallmark Production Network Meeting |
| E15_Hallmark PostLink Incremental Charges |

© 2005 Hasler, Inc. - CONFIDENTIAL and PROPRIETARY - This document is the property of Hasler, Inc. and may not be reproduced in part or in whole or disclosed in any way to third parties without the prior permission in writing from Hasler, Inc. Violators shall be subject to prosecution.

HASLER®, Inc.

PostLink/Hallmark/ Safe Inventory on hand @July 31, 2005 (Material costs only) 01-Aug-05

| Item Number | Location/Lot | Description | UM | | Quantity | ... Unit Standard | .. Extended Standard |
|---|---|---|---|---|---|---|---|
| 9003620 | FULFILLMENT | LABEL, S/N, ID, TLE-PSD | EA | PLT2 | 1774 | 0.3000 | 532.20 |
| 9003630 | 2332A | LAB, RENT, NOTICE,FCC,TLE-PSD | EA | PLT2 | 4437 | 0.2500 | 1,109.25 |
| 9004090 | 2342A | LABEL,H/MARK,P/L BSE SN-ID | BX | PLT2 | 5000 | 0.3500 | 1,750.00 |
| 9004150 | 2362F | LABEL, 481 SAFE SN-ID | EA | PLT2 | 2989 | 0.3500 | 1,046.15 |
| 92002801 | 2332A | CABLE,POSTLNK,30LB,EXT,SCALE | EA | PLT2 | 178 | 5.0300 | 895.34 |
| 9990910 | MEM3 | LABELS,PLK INDIC,US,BLK, 1/3W | RL | PLT2 | 1974 | 1.3000 | 2,566.20 |
| 9990913 | MEM3 | LABELS,POSTLINK,US INDIC 3ROLL | EA | PLT2 | 1053 | 3.9000 | 4,106.70 |
| 9990913H | MEM3 | LBL,P/LNK IND.USPS RET.HM 3PK | EA | PLT2 | 145 | 3.1400 | 455.30 |
| 9990916 | MEM3 | LABELS,POSTLINK,US INDIC 6ROLL | EA | PLT2 | 1139 | 7.8000 | 8,884.20 |
| 9990916H | MEM3 | LBL,P/LNK IND.USPS RET.HM 6PK | EA | PLT2 | 26 | 5.1500 | 133.90 |
| 999091USPS | ELECTRONICS | LABELS, POSTLINK, USPS 1 ROLL | EA | PLT2 | 4 | 1.3000 | 5.20 |
| 999-091-USPS6 | MEM3 | LABEL POSTLINK 6 ROLL USPS | EA | PLT2 | 1025 | 3.8800 | 3,977.00 |
| PLA05 | | POSTLINK,W/SCALE | EA | PLT5 | 18 | 221.3830 | 3,984.89 |
| PLA05-1 | | POSTLINK W/5LB SCALE | EA | PLT5 | 74 | 221.3830 | 16,382.34 |
| PLA05-1P01 | | POSTLINK W/5# SCALE PROMO RENT | EA | PLT5 | 1 | 251.0010 | 251.00 |
| PLA05-1W | | POSTLINK W/5LB SCALE-RENTAL | EA | PLT5 | 2 | 251.0010 | 502.00 |
| PLA05H | | MOD.P/LINK MLNG.USPS HL/MRK | EA | PLT5 | 4 | 221.3830 | 885.53 |
| PLAH | | P/L MAIL SYS.SC/PLT.USPS HALL | EA | PLT5 | 4 | 408.4130 | 1,633.65 |
| ST1713 | 2260B | CABLE,TELE.6FT,RJ11 MOD.PLUGS | EA | PLT2 | 5030 | 0.2200 | 1,106.60 |
| ST1727 | 2270A | CABLE ASSY,DB9M-DB9F,MOLDED | EA | PLT2 | 239 | 3.0500 | 728.95 |
| ST1914 | 2235A | CONNECTOR, 9 MIN, MALE, DSUB | EA | PLT2 | 1287 | 0.6800 | 875.16 |
| ST2004 | 2317H | POWER CORD | EA | PLT2 | 450 | 2.7000 | 1,215.00 |
| ST2031 | 2372D | HOOD, 9-PIN-D, W/JACK SCREWS | EA | PLT2 | 376 | 1.3000 | 488.80 |
| ST2070 | RM162E3 | RECEPTACLE - 24V CONTROL | EA | PLT2 | 238 | 2.4000 | 571.20 |
| ST2270 | 2230C | AM80C188ES MICROCONTROLLER | EA | PLT2 | 23170 | 5.0000 | 115,850.00 |
| ST2367 | 2342C | SCREW, THREAD FORMING | EA | PLT2 | 34142 | 0.0112 | 382.39 |
| ST2368 | RM162A5 | SCREW THREAD FORMING | EA | PLT2 | 4884 | 0.0416 | 203.17 |
| ST2373 | RM154D2 | WASHER, FLAT, M3, 5X8.0mm O.D. | EA | PLT2 | 9491 | 0.0040 | 37.96 |
| ST2377 | 2362F | RUBBER FOOT,HEMI, .44DIA,BLACK | EA | PLT2 | 12200 | 0.1000 | 1,220.00 |
| ST2422 | 2230C | IC,AM80C188ES, MICROCONTROLLEF | EA | PLT2 | 16464 | 7.2000 | 118,540.80 |
| ST2450 | 2250A | IC, CRYPTO CONTROLLER | EA | PLT2 | 12164 | 7.1000 | 86,364.40 |
| ST2762 | 2250A | ENCLOSURE, ADAPT.SUBMINIATURE | EA | PLT2 | 1119 | 0.2830 | 316.68 |
| T20000001 | PRE IFRS | ASSY,POSTLINK BASE,W/SCALE,US | EA | PLT5 | 35 | 210.8988 | 7,381.46 |
| T20000008 | ELECTRONICS | ASY,PSTLNK BSE.W/SCLE,HLMRK | EA | PLT5 | 212 | 188.3308 | 39,926.13 |
| T20000100 | MEM2 | HOUSING, BOTTOM, POSTLINK | EA | PLT2 | 484 | 4.3300 | 2,095.72 |
| T20000100 | DANZAS | HOUSING, BOTTOM, POSTLINK | EA | PLT2 | 3000 | 4.3300 | 12,990.00 |
| T20000200 | MEM2 | HOUSING,BEZEL,BLANK,POSTLINK | EA | PLT2 | 1051 | 2.7800 | 2,921.78 |
| T20000200 | DANZAS | HOUSING,BEZEL,BLANK,POSTLINK | EA | PLT2 | 1092 | 2.7800 | 3,035.76 |
| T20000300 | DANZAS | HOUSING, MIDDLE, POSTLINK | EA | PLT2 | 2160 | 2.6700 | 5,767.20 |
| T20000400 | DANZAS | PLATFORM, POSTLINK | EA | PLT2 | 3750 | 3.6400 | 13,650.00 |
| T20000400 | MEM3 | PLATFORM, POSTLINK | EA | PLT2 | 122 | 3.6400 | 444.08 |
| T20000500 | MEM3 | SUPPORT, PLATFORM, POSTLINK | EA | PLT2 | 4777 | 1.3900 | 6,640.03 |
| T20000601 | 2250B | ASSY, MAIN BOARD | EA | PLT2 | 398 | 105.8500 | 42,128.30 |
| T20000700 | 2245B | PRINTER MECHANISM | EA | PLT2 | 2215 | 50.0000 | 110,750.00 |
| T20001000 | DANZAS | DOOR, PRINTER, POSTLINK | EA | PLT2 | 168 | 1.4200 | 238.56 |
| T20001500 | 2337B | FOOT | EA | PLT2 | 459 | 0.0300 | 13.77 |
| T20001600 | MEM3 | BRACKET,PSD FASTENING,POSTLINK | EA | PLT2 | 2027 | 0.6700 | 1,358.09 |
| T20001701 | MEM1 | WINDOW, DISPLAY,POSTLINK,USA | EA | PLT2 | 2000 | 2.0500 | 4,100.00 |
| T20001801 | 2240C | ASSY,KEYBOARD/DISPLAY,POSTLINK | EA | PLT2 | 1702 | 7.9100 | 13,462.82 |
| T20001900 | 2367F | KEYPAD, USA | EA | PLT2 | 409 | 1.1100 | 453.99 |
| T20001901 | 2332F | KEYPAD, USA, POSTLINK | EA | PLT2 | 7781 | 1.1100 | 8,636.91 |
| T20002300 | 2322F | ENCLOSURE, PSD (TLE) | EA | PLT2 | 1764 | 0.8030 | 1,416.49 |
| T20002400 | MEM2 | COVER, TLE PSD | EA | PLT2 | 6935 | 0.3900 | 2,704.65 |
| T20002501 | 2235A | ASSY, TLE PSD BOARD | EA | PLT2 | 665 | 74.0500 | 49,243.25 |
| T20002900 | 2322G | BUTTON, DOOR LATCH, POSTLINK | EA | PLT2 | 5423 | 0.9900 | 5,368.77 |
| T20003100 | MEM1 | ACTUATOR, DOOR LATCH,POSTLINK | EA | PLT2 | 2400 | 0.6500 | 1,560.00 |
| T20003200 | MEM2 | ACTUATOR,DOOR SWITCH,POSTLINK | EA | PLT2 | 2323 | 0.3200 | 743.36 |
| T20003800 | 2302G | SPACER, ROLL WIDTH, 1.3" | EA | PLT2 | 2229 | 0.9710 | 2,164.36 |
| T20004000 | MEM3 | PLATFORM, FILLER | EA | PLT2 | 1520 | 1.3000 | 1,976.00 |
| T20004301 | 2312E | ASSY, SLM - MODULE | EA | PLT2 | 1527 | 13.9060 | 21,234.46 |
| T20005200 | 2240E | ASSY,WEIGH MODULE,POSTLINK | EA | PLT2 | 2790 | 18.7500 | 52,312.50 |
| T20006101 | | POSTLINK PRODUCT ASSY, US, | EA | PLT2 | 14 | 252.5510 | 3,535.71 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| T20006108 | | PSTLINK PROD.ASSY-HALLMARK | EA | PLT2 | 4 | 221.3830 | 885.53 |
| T20006300 | | ASSY, SAFE CV, MODEL 401 | EA | PLT2 | 13 | 79.8780 | 1,038.41 |
| T20006300 | PRE IFRS | ASSY, SAFE CV, MODEL 401 | EA | PLT5 | 1485 | 79.8780 | 118,618.83 |
| T20006301 | PRE IFRS | ASSY, SAFE CV, MODEL 401 | EA | PLT5 | 401 | 79.6780 | 31,950.88 |
| T20006903 | PRE IFRS | ASSY, SAFE, US 413 | EA | PLT5 | 10 | 73.8500 | 738.50 |
| WP30RH | 2020A | 30# ADD ON RMTE.FOR HALLMRK | EA | PLT2 | 699 | 159.6000 | 111,560.40 |
| WP30RH | PRE IFRS | 30# ADD ON RMTE.FOR HALLMRK | EA | PLT5 | 105 | 159.6000 | 16,758.00 |
| 7HSH0800 | MFM3 | POSTLINK HALLMARK STAND (AMS) | EA | PLT2 | 458 | 22.4000 | 10,259.20 |
| | | | | | | | 1,078,806.67 |

```
430301                    Open Orders                    Branch/Plant .          PLT2

       43030W             Order Detail  Information
Orde   Order Number .    5065903   OP     Item: HALLMARK BEZEL
Orig   Line Number. .     1.000           Acct:       0012997.4261
Supp   Branch/Plant .        PLT2         Desc: Mask and paint 3 colors
Buye                                            T Keenan
Item
Acco                      Quantity       UM    Unit Cost    UM       Amount
       Ordered. . . .     1000.000       EA       4.9500    EA       4,950.00
O  H   On Budget Hold
       Open . . . . .                                                           1
       Received . . .     1000.000                                   4,950.00   1
       In Routing . .                                                           1
       Dispositioned.                                                           1
       Not Vouchered.                                                           1
       Vouchered. . .     1000.000                                   4,950.00   1
                                                                                2
       Original Order                          Tax Rate/Area.                   1
5      Related Order.                          Last/Next Sts.  400 999          2
                 F6=Address Numbers      F8=Dates      F24=More Keys            2
                                                                                2
 Opt:  5=Details   2=PO Entry   3=WO Entry   F15=Amount/Quantity   F24=More Keys
```

41202 Summary Availability Branch/Plant . . PLT2

S/D. . . . . . . D

Item Number. . . 9004090 U/M. . . . . . . BX

LABEL,H/MARK,P/L BSE SN-ID

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| _ | S | 2317C | | | | |
| _ | P | 2342A | 5000.000 | | 5000.0 | |
| | | Totals: | 5000.000 | | 5000.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2
S/D. . . . . . . D
Item Number. . . . 9004150 U/M. . . . . . . EA
LABEL, 481 SAFE SN-ID

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| _ | S | 2240A | | | | |
| _ | P | 2362F | 2989.000 | | 2989.0 | |
| | | Totals: | 2989.000 | | 2989.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41203 Summary Availability

Branch/Plant . PLT2
S/D. . . . . . D
U/M. . . . . . EA

Item Number. . . 92002801
CABLE,POSTLNK,30LB,EXT.SCALE

| O | P S S P | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| _ | P | 2332A | 178.000 | | 178.0 | 100.000 |
| | | Totals: | 178.000 | | 178.0 | 100.000 |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2

S/D. . . . . . . D

Item Number. . . ST1713 U/M. . . . . . . EA

CABLE,TELE.6FT,RJ11 MOD.PLUGS

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | P | 2260B | 5029.000 | | 5029.0 | |
| | S | 2265A | | | | |
| | S | 2372F | | | | |
| | | Totals: | 5029.000 | | 5029.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2

S/D. . . . . . D

Item Number. . . ST1727 U/M. . . . . . EA

CABLE ASSY,DB9M-DB9F,MOLDED

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | P | 2270A | 238.000 | | 238.0 | |
| | | Totals: | 238.000 | | 238.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2
S/D. . . . . . . D
Item Number. . ST1914 U/M. . . . . . . EA
CONNECTOR, 9 MIN, MALE, DSUB

| O | PSS | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| _ | S | RM151B1 | | | | |
| _ | P | 2235A | 1287.000 | | 1287.0 | |
| _ | S | 2322A | | | | |
| _ | S | 2347B | | | | |
| | | Totals: | 1287.000 | | 1287.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2
S/D. . . . . . . D
Item Number. . . ST2004 U/M. . . . . . . EA
POWER CORD

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| _ | S | 2302E | | | | |
| _ | P | 2317H | 450.000 | | 450.0 | |
| | | Totals: | 450.000 | | 450.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2
S/D. . . . . . . D
Item Number . . ST2031 U/M. . . . . . . EA
HOOD, 9-PIN-D, W/JACK SCREWS

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| _ | S | 2302D | | | | |
| _ | S | 2332D | | | | |
| _ | P | 2372D | 376.000 | | 376.0 | |
| | | Totals: | 376.000 | | 376.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2

Item Number . . ST2367 S/D. . . . . . D

SCREW, THREAD FORMING U/M. . . . . . EA

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | S | 2317E | | | | |
| | P | 2342C | 34141.000 | | 34141.0 | |
| | | Totals: | 34141.000 | | 34141.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

4120 Summary Availability Branch/Plant . PLT2

S/D. . . . . . . D

Item Number . . . ST2368 U/M. . . . . . . EA

SCREW THREAD FORMING

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | P S | RM162A5 2352C | 4884.000 | | 4884.0 | |
| | | Totals: | 4884.000 | | 4884.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2

Item Number. . . ST2373 S/D. . . . . . D

WASHER, FLAT, M3, 5X8,0mm O.D. U/M. . . . . . EA

| O | PSS | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | P | RM154B2 | 9491.000 | | 9491.0 | |
| | S | 2347C | | | | |
| | | Totals: | 9491.000 | | 9491.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2

S/D. . . . . . D

Item Number. . ST2377 U/M. . . . . . EA

RUBBER FOOT,HEMI, .44DIA,BLACK

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | S | 2240A | | | | |
| | P | 2362F | 12200.000 | | 12200.0 | |
| | | Totals: | 12200.000 | | 12200.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2
S/D. . . . . . . D
Item Number. . . . T20000008 U/M. . . . . . . EA
ASY,PSTLNK BSE.W/SCLE,HLMRK

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | P | ELECTRONICS | 212.000 | | 212.0 | |
| | | Totals: | 212.000 | | 212.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

4120 Summary Availability Branch/Plant . PLT2

Item Number. . . T20030100 S/D. . . . . . . D

HOUSING, BOTTOM, POSTLINK U/M. . . . . . . EA

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | S | DANZAS | 3000.000 | | 3000.0 | |
| | S | MEM1 | | | | |
| | P | MEM2 | 484.000 | | 484.0 | |
| | S | 2322C | | | | |
| | S | 2332D | | | | |
| | | Totals: | 3484.000 | | 3484.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

4120. Summary Availability Branch/Plant . PLT2

S/D. . . . . . . D

Item Number . . . T20030200 U/M. . . . . . . EA

HOUSING,BEZEL,BLANK,POSTLINK

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | S | DANZAS | 1092.000 | | 1092.0 | |
| | S | MEM1 | | | | |
| | P | MEM2 | 1051.000 | | 1051.0 | |
| | S | MEM3 | | | | |
| | S | 2367F | | | | |
| | | Totals: | 2143.000 | | 2143.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2

S/D. . . . . . D

Item Number . T20000300 U/M. . . . . . EA

HOUSING, MIDDLE, POSTLINK

| O | P S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | S | | | | | |
| | S | DANZAS | 2160.000 | | 2160.0 | |
| | P | MEM2 | | | | |
| | | Totals: | 2160.000 | | 2160.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2
S/D. . . . . . . D
Item Number. . . T20030500 U/M. . . . . . . EA
SUPPORT, PLATFORM, POSTLINK

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
| --- | --- | --- | --- | --- | --- | --- |
| | S | MEM2 | | | | |
| | P | MEM3 | 4777.000 | | 4777.0 | |
| | S | 2317H | | | | |
| | | Totals: | 4777.000 | | 4777.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2
S/D. . . . . . . D
Item Numbe. . T20000601 U/M. . . . . . . EA
ASSY, MAIN BOARD

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| _ | P | 2250B | 398.000 | | 398.0 | 16.000 |
| | | Totals: | 398.000 | | 398.0 | 16.000 |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2
S/D. . . . . . . D
Item Number. . . T20000700 U/M. . . . . . . EA
PRINTER MECHANISM

| O | P S S P | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | P | 2245B | 2215.000 | | 2215.0 | |
| | | Totals: | 2215.000 | | 2215.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2

Item Number. . T20001000 S/D. . . . . . . D

DOOR, PRINTER, POSTLINK U/M. . . . . . . EA

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| _ | S | DANZAS | 168.000 | | 168.0 | |
| _ | S | MEM1 | | | | |
| _ | P | MEM2 | | | | |
| _ | S | MEM3 | | | | |
| _ | S | 2367F | | | | |
| | | Totals: | 168.000 | | 168.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41201 Summary Availability Branch/Plant . PLT2
S/D. . . . . . D
Item Number. . . T20001600 U/M. . . . . . EA
FOOT

| O | P S S P | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | P | 2337B | 459.000 | | 459.0 | |
| | | Totals: | 459.000 | | 459.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2

Item Number. . . T20001500 S/D. . . . . . D

FOOT U/M. . . . . . EA

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | P | 2337B | 459.000 | | 459.0 | |
| | | Totals: | 459.000 | | 459.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2
S/D. . . . . . D
Item Number . . . T20001701 U/M. . . . . . EA
WINDOW, DISPLAY,POSTLINK,USA

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | P | MEM1 | 2000.000 | | 2000.0 | |
| | S | MEM3 | | | | |
| | | Totals: | 2000.000 | | 2000.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

11202 Summary Availability Branch/Plant . PLT2

S/D. . . . . . D

Item Number. . T20001801 U/M. . . . . . EA

ASSY,KEYBOARD/DISPLAY,POSTLINK

| O | P S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | S P | 2240C | 1702.000 | | 1702.0 | |
| | | Totals: | 1702.000 | | 1702.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2

S/D. . . . . . . D

Item Number . . T20001901 U/M. . . . . . . EA

KEYPAD, USA, POSTLINK

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| _ | S | MEM3 | | | | |
| _ | P | 2332F | 7781.000 | | 7781.0 | |
| | | Totals: | 7781.000 | | 7781.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

4120% Summary Availability Branch/Plant . PLT2
S/D. . . . . . D
Item Number. . . . T20002300 U/M. . . . . . EA
ENCLOSURE, PSD (TLE)

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| _ | S | 2307F | | | | |
| _ | P | 2322F | 1764.000 | | 1764.0 | |
| | | Totals: | 1764.000 | | 1764.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2

S/D. . . . . . . D

Item Number. . . T20002400 U/M. . . . . . . EA

COVER, TLE PSD

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | S | MEM1 | | | | |
| | P | MEM2 | 6935.000 | | 6935.0 | |
| | S | MEM3 | | | | |
| | | Totals: | 6935.000 | | 6935.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2

S/D. . . . . . D

Item Number. . . T20002501 U/M. . . . . . . EA

ASSY, TLE PSD BOARD

| O | PSS | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| _ | P | 2235A | 665.000 | | 665.0 | |
| _ | S | 2307A | | | | |
| | | Totals: | 665.000 | | 665.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability

Branch/Plant . PLT2
S/D. . . . . . D
U/M. . . . . . EA

Item Number. . . T20002900
BUTTON, DOOR LATCH, POSTLINK

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | S | 2302E | | | | |
| | P | 2322G | 5423.000 | | 5423.0 | |
| | | Totals: | 5423.000 | | 5423.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2

S/D. . . . . . D

Item Number. . . T20003100 U/M. . . . . . EA

ACTUATOR, DOOR LATCH,POSTLINK

| P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|
| P | MEM1 | 2400.000 | | 2400.0 | |
| S | MEM3 | | | | |
| | Totals: | 2400.000 | | 2400.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2
S/D. . . . . . D
Item Number. . . T20C03200 U/M. . . . . . EA
ACTUATOR,DOOR SWITCH,POSTLINK

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | S | MEM1 | | | | |
| | P | MEM2 | 2323.000 | | 2323.0 | |
| | | Totals: | 2323.000 | | 2323.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2
S/D. . . . . . . D
Item Number . . . T20003800 U/M. . . . . . EA
SPACER, ROLL WIDTH, 1.3"

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | S | 2205A | | | | |
| | P | 2302G | 2228.000 | | 2228.0 | |
| | | Totals: | 2228.000 | | 2228.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41203 Summary Availability Branch/Plant . PLT2
S/D. . . . . . D
Item Number. . . T20004000 U/M. . . . . . . EA
PLATFORM, FILLER

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| _ | P | MEM2 | | | | 50.000 |
| _ | S | MEM3 | 1520.000 | | 1520.0 | |
| | | Totals: | 1520.000 | | 1520.0 | 50.000 |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2
S/D. . . . . . . D
Item Number . . . T20006101 U/M. . . . . . . EA
POSTLINK PRODUCT ASSY, US,
W/SCALE

| O | P S P | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | | | 12.000 | | 12.0 | |
| | | Totals: | 12.000 | | 12.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2

S/D. . . . . . D

Item Number. . . T20006108 U/M. . . . . . EA

PSTLINK PROD.ASSY-HALLMARK

| O | P S P | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | | | 4.000 | | 4.0 | 10.000 |
| | | Totals: | 4.000 | | 4.0 | 10.000 |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2
S/D. . . . . . D
Item Number. . T200C6300 U/M. . . . . . EA
ASSY, SAFE CV, MODEL 401

| O | P S P | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | | | 12.000 | | 12.0 | 44.000 |
| | | Totals: | 12.000 | | 12.0 | 44.000 |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

4120 Summary Availability

Branch/Plant . PLT2
S/D. . . . . . . D
U/M. . . . . . . EA

Item Number . . . T20006301
ASSY, SAFE CV, MODEL 401

| O | P S P | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2
S/D. . . . . . D
Item Number . . . WP30RH U/M. . . . . . EA
30# ADD ON RMTE.FOR HALLMRK

| O | P S S | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| _ | P | 2020A | 699.000 | | 699.0 | |
| | | Totals: | 699.000 | | 699.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

41202 Summary Availability Branch/Plant . PLT2

S/D. . . . . . . D

Item Number. . . 7HSH0800 U/M. . . . . . . EA

STAND, AMS72

| O | P S S P | Location | On Hand | Committed | Available | On Receipt |
|---|---|---|---|---|---|---|
| | P | MEM3 | 458.000 | | 458.0 | |
| | | Totals: | 458.000 | | 458.0 | |

Opt: 1=Detail Availability 2=Branch/Plant Information F24=More Keys

**George Hesse**

**From:** Donald Harrell
**Sent:** Wednesday, August 03, 2005 5:05 PM
**To:** George Hesse
**Cc:** Billy Forrester
**Subject:** RE: hallamrk component counts

PostLink Box - 310
PostLink foam caps - (L) 225 (R) 900
Hallmark system master carton - 825
Hallmark Operating Guide - 715
Hallmark System Installation and Set Up Guide - 1000

Donald

-----Original Message-----
**From:** George Hesse
**Sent:** Wednesday, August 03, 2005 2:30 PM
**To:** Donald Harrell
**Cc:** Billy Forrester
**Subject:** hallmark component counts

Good afternoon,

Could you please provide me the current inventory quantity for the items listed below. These items are not tracked on the bill of material or JDE.

PostLink box
PostLink left and right foam caps
Hallmark system master carton
Hallmark Operation Guide - Form # 51013
Hallmark System Installation and Set up Guide - Form # 51012

Thank you for your assistance.

Best Regards,

George

| HASLER<br>Now you've got a better choice.™ | Work Instructions<br>Document No: 0319119A-185<br>PostLink Keyboard Display Assy | Effective Date: February 12,2003<br>Page No 3 of 4 Rev: E |
|---|---|---|

1.0 **Purpose**

1.1 The purpose of this document is to establish and maintain a procedure for the assembly of the USA TLE Keyboard Display.

2.0 **Responsibility**

2.1 It is the responsibility of the manager and lead person of the associated area to assure that all practices within this document are followed.

2.2 It is the responsibility of the originating department to maintain control of this document and AHMS Internal Audit Teams to perform periodic audits of this procedure.

3.0 **Procedure**

3.1 Clean Housing,Bezel (Item No.1 on Attached sheet following this page).

3.2 Glue window (No.4) to Bezel.

3.3 Place Keypad (No.2)over Keyboard Display(No.3)and push through bezel.

3.4 Retain using 6 screws(No.5)

3.5 Install Ground Jumper to Display with Lock/Star Washer underneath.

*NOTE: With Box Cutter Knife,scrape around edges of hole where the Ground Jumper is to be installed.*

4.0 **Part List**

| Description | Part No. | Qty | Location |
|---|---|---|---|
| Housing,Bezel | See Chart Below | 1 | 1 |
| Keyboard/Display | T200-018-00 T200-018-01 | 1 | 3 |
| Screws | ST-2371 | 6 | 5 |
| Ground Jumper | 92002501 | 1 | (not shown) |
| Lock/Star Washer | 8.1831.113/10 | 1 | (not shown) |
| Keypad | See Chart Below.. | 1 | 2 |
| Window | See Chart Below.. | 1 | 4 |

## KEYBOARD DISPLAY ASS'Y

| COUNTRY | KEYPAD | WINDOW | KEY BEZEL | ASSY # |
|---|---|---|---|---|
| U. S. A. | T200 019 01 | T200 017 00 | T200 055 01 | T200 056 01 |
| GERMANY | T200 019 02 | T200 017 02 | | T200 056 02 |
| SWEDEN | T200 019 03 | T200 017 03 | | T200 056 03 |
| FINLAND | | T200 017 04 | | T200 056 04 |
| NORWAY | | T200 017 05 | | T200 056 05 |
| CANADA | | T200 017 06 | | T200 056 06 |
| U. K. | | T200 017 07 | | T200 056 07 |
| HALLMARK | T200 019 01 | T200 017 00 | T200 055 08 | T200 056 08 |

2332F

Proprietary & Confidential-This document and the information herein is the property of Hasler Inc. Neither may be used for any purpose,nor disclosed to any party ,without the consent of Hasler Inc.For documents where the master's are controlled electronically, ... controlled and the revision level must be checked prior to use

| | | |
|---|---|---|
| HASLER | Work Instructions Document No: 0319119A-185 | Effective Date: February 12,2003 |
| Now you've got a better choice ™ | PostLink Keyboard Display Assy | Page No 4 of 4 Rev: E |



| ascom | Work Instructions [illegible] Post Link Base Assy T200-001-01 | Number WI 0319119A-186 |
|---|---|---|

1.0 Purpose

The purpose of this document is to establish and maintain a procedure for the Post Link Base Assy.

2.0 Responsibility

2.1 It is the responsibility of the Supervisor of associated area to ensure that all practices within this document are followed.

3.0 Part List

| Description | Part No. | Qty. | Location(pg.4) |
|---|---|---|---|
| Foot | ST-2377 | 4 | 6 |
| Washer,Flat | ST-2373 | 4 | 5 |
| Screw,Pan Head Phil | ST-2372 | 4 | 4 |
| Weigh Module Assy | T200-052-00 | 1 | 3 |
| Main Board Assy | T200-006-01 | 1 | 2 |
| Housing,Base | T200-001-00 | 1 | 1 |

4.0 Procedure

4.1 Clean Base Housing,(T200-001-00),and inspect for damage.

4.2 Install (4x) Feet (ST-2377)

4.3 Install Main Board Assy,(T200-006-01),onto Base Housing.Make sure tabs lock board into place.

4.4 Install Weigh Module Assy (T200-052-00)

4.5 Secure with (4x) screws (ST-2372),and (4x)washers(ST-2373).Make sure wrist strap is being used properly. ***See page 4 for detailed procedure.***

*Note:For Hallmark PostLinks,do not do steps 4.4 and 4.5.Also,parts highlighted in the parts list are not needed for Hallmark.*

| ascom | [illegible] | Number WI 0319119A-186 |
|---|---|---|



| | | |
|---|---|---|
| HASLER<br>Now you've got a better choice.™ | [illegible] | Effective Date: April 10,2002<br>Page No: 3 of 4 |

1.0 **Purpose**

The purpose of this document is to establish and maintain a procedure for the Post Link Top Cover Assy.

2.0 **Responsibility**

2.1 It is the responsibility of the Supervisor of associated area to ensure that all practices within this document are followed.

3.0 **Part List**

| Description | Part No. | Qty | Location(pg.4) |
|---|---|---|---|
| Screws | ST-2368 | 3 | 7 |
| Actuator,Door Switch | T200-032-00 | 1 | 6 |
| Spring,Door Latch | T200-030-00 | 1 | 5 |
| Actuator,Door Latch | T200-031-00 | 1 | 4 |
| Button,Door Latch | T200-029-00 | 1 | 3 |
| Printer,Mechanism | T200-007-00 | 1 | 2 |
| Housing,Top Cover | T200-003-00 | 1 | 1 |

4.0 **Procedure**

4.1 Install Actuator Door Latch(T200-031-00).Slide Button Door Latch(T200-029-00)into place.Install Spring Door Latch(T200-030-00).

4.2 Slide Actuator Door Switch (T200-032-00)into place.

4.3 Install Printer Mechanism(T200-007-00),retain using 3X screws,(ST-2368).

Proprietary & Confidential-This document and the information herein is the property of Hasler Inc. Neither may be used for any purpose,nor disclosed to any party ,without the consent of Hasler Inc.For documents where the master's are controlled electronically, this printed version is uncontrolled and the revision level must be checked prior to use

| | | |
|---|---|---|
| HASLER<br>Now you've got a better choice.™ | [redacted] | Effective Date: April 10,2002<br>Page No: 4 of 4 Rev: B |




Proprietary & Confidential-This document and the information herein is the property of Hasler Inc. Neither may be used for any purpose,nor disclosed to any party ,without the consent of Hasler Inc.For documents where the master's are controlled electronically, this printed version is uncontrolled and the revision level must be checked prior to use

| ascom | Work Instructions WI 0319119A-188 Post Link Kit [illegible] | Number WI 0319119A-188 |
|---|---|---|

1.0 Purpose

The purpose of this document is to establish and maintain a procedure for the Post Link Kit.

2.0 Responsibility

2.1 It is the responsibility of the Supervisor of associated area to ensure that all practices within this document are followed.

3.0 Part List

| Description | Part No. | Qty. |
|---|---|---|
| Phone Cable | ST-1713 | 1 |
| Interface Cable | ST-1727 | 1 |
| Power Cord | ST-484 | 1 |
| Power Supply | T200-028-00 | 1 |
| Platform | T200-004-00 | 1 |
| Safe Fastening | T200-01600 | 1 |
| Screw | ST-2367 | 1 |
| Roll of Tape | 999-091-0 | 1 |
| Box | | |

4.0 Procedure

4.1 Make Box

4.2 Put all items in Box

NOTE: Do Not tape Box shut.

| ascom | Work Instructions WI 0319119A-189 PSD Safe Assembly and Testing T200051001 | Number WI 0319119A-189 |
|---|---|---|

1.0 Purpose
The purpose of this document is to establish and maintain a procedure for the preparation of

2.0 Responsibility
2.1 It is the responsibility of the Supervisor of associated area to ensure that all practices within this document are followed.

3.0

| Part List | Part No. | Qty |
|---|---|---|
| Board Assembly | T200-025-01 | 1 |
| Base Housing | T200-023-00 | 1 |
| Top Housing | T200-024-00 | 1 |
| Grid | T200-026-01 | 1 |

*The PSD boards are highly sensitive boards. Before you begin, you must use ESD protection when handling these boards.*

4.0 Procedure
4.1 Remove PSD boards from the antistatic bags
4.2 Measure battery current with a voltmeter. Voltmeter must be set for mV
To measure battery current, place the leads on the + and - test points which is on the battery side of the PSD board. Battery voltage should be in a range of 1.3mV to 1.8mV, but below 2.5mV. This voltage divided by the R8 resistor (1k) will give you the battery current.
To measure battery voltage, measure across the battery, battery voltage should be approx 3.0 volts DC
**Mininum voltage should be 2.8 vdc**
4.3 Remove R36, the zero ohm resistor.
4.4 Install grid
4.5 Test PSD boards at PSD test station
4.6 At PSD station, you must log in with your assigned name and password
4.7 Double click on PSD TestHarness icon, you will get a small box called the PortCtl Class Properties, Click on OK.
4.8 You will then see the PSD TestHarness box, **Maximize the box**
4.9 In the lower right corner, there are 3 LED's. The **DSR and CTS** LED's should be red.
**4.10 Plug the PSD into RS-232 adapter board (beige housing) with power OFF.**
4.11 Turn power ON using surge protector switch, the **DSR** LED should turn green immediately.
4.12 After ten seconds, the **CTS** LED should turn **green** also
4.13 Click on **Run all Manufacturing Tests.** This will run all manufacturing tests:

Read Hardware Serial Number
Initialize Cryptoprocessor

*Note: You should see the results next to their boxes.*

4.14 After the above 2 tests, the Software will prompt you to cycle power on the PSD. This is done by cycling power on the surge protector. This will make DSR and CTS LED's turn red again, then green once power is applied again.

4.15 Once the CTS LED turns green, the software will automatically run the final test

Get Power On Self Test

4.16 **Turn power Off to the surge protector and then pull PSD out of RS-232 board. To test another PSD board, start from step 10.**

***SEE THE FOLLOWING PAGES FOR DETAILED PICTURES OF PROCEDURE….***

| ascom | [illegible] | Number WI 0319119A-189 |
| --- | --- | --- |




DSR Green Immediately
CTS Green after 10 sec


Results from 2nd Test
Initialize Cryptoprocessor
Click Here To Begin Test


Prompt to cycle power


Appears when Power to PSD is Off


Appears When Power to PSD is On Again


Results of Final Test
Get Power On Self Test

**HASLER®,** PostLink Hallmark Analysis ($000) 09-Feb-06

| Account | Description | | FY 2004 |
|---|---|---|---|
| | January 2004 Total Inventory | | 13,202.2 |
| | | | |
| LESS: EXPENSES | | | |
| BUSINESS UNIT | | | |
| 0019601.4961 | Memphis | 1,995.2 | |
| 0019601.4962 | Mgmt & Procurement | 735.7 | |
| 0019601.6951 | Admin | 677.6 | |
| 0019601.6962 | Logistic Mgmt | 111.5 | |
| 0019601 | Hasler Chgbk MSI | 3,520.0 | |
| | | | |
| 0319001 | Mfg Supervision | 106.2 | |
| 0319162 | Prod Control Memphis | 130.5 | |
| 0319135 | Quality Control | 405.9 | |
| 0319137 | IT TMS support | 678.3 | |
| 0019731 | Information Systems | 1,881.9 | |
| 0019741 | Accounting | 1,545.8 | |
| 0019811 | Human Resource | 761.9 | |
| 0019879 | Maintenance | 81.5 | |
| 0019884 | Occupance FP | 653.6 | |
| 0019313 | Tech Service | 1,615.4 | |
| 0019327 | National Education Ctr | 644.1 | |
| | | | |
| OBJECT A/C | | | |
| 4267 | Freight-In | 1,266.5 | |
| 4501 | Freight-Out | 1,858.2 | |
| | Total Expense Pool | | 15,149.8 |
| | | | |
| | Ratio Inventory to Expense | | 1.15 |

# Hallmark Inventory Summary Schedule - - CONFIDENTIAL

The following schedule provides the roll up to support the USPS Hallmark project. The product inventory is broken into four sections complete manufactured assemblies. Purchased parts supplies (finished goods) work in process/components and additional material to support 1,800 units.

The PostLink base, SAFE and PostLink Scale cable were manufactured by Hasler. The unit cost amounts include material and direct labor only. Additional product related cost such as: overhead including freight, indirect costs, warehousing, etc. are listed separately.

## A. Complete Manufactured Systems

| Description | Qty | Unit Cost* | Extended Value | Comments |
|---|---|---|---|---|
| PostLink Hallmark Base Assy | 230 | $ 210.20 | $ 48,346.00 | Includes direct labor and material only |
| PostLink Hallmark SAFE Assy | 720 | $ 93.00 | $ 66,960.00 | Includes direct labor and material only |
| PostLink to Hallmark Scale Cable | 178 | $ 9.41 | $ 1,674.98 | Includes direct labor and material only |
| *Sub-Total* | | | *$ 116,980.98* | |

***Notes:***

* Unit costs include direct labor for assembly and final testing as follows:
PostLink: 1.15 hour @ $17.50 per hour ($21.87 per unit)
SAFE: 45 minutes @ $17.50 per hour ($13.13 per unit)
Cable: 15 minutes @ $17.50 per hour ($4.38 per unit)

## B. Purchased parts/supplies

These parts were ordered as a finished assembly from a supplier to support the Hallmark project. The assembly of these items into a final Hallmark product was stopped based on notice from the USPS.

| Description | Qty | Unit Cost* | Extended Value | Comments |
|---|---|---|---|---|
| Hallmark Operating Guide (Form 51013) | 715 | $ 1.10 | $ 786.50 | Minimum order 2000 |
| Hallmark System Installation & Setup Guide (Form 51012) | 720 | $ 1.10 | $ 792.00 | Minimum order 2000 |
| Hallmark System Master Carton | 720 | $ 1.10 | $ 792.00 | Able to reduce commitment to vendor |
| Hallmark PostLink base box with inserts | 310 | $ 5.82 | $ 1,804.20 | Able to reduce commitment to vendor |
| Power supply | 720 | $ 21.64 | $ 15,580.80 | |
| Power cords | 720 | $ 2.70 | $ 1,944.00 | |
| Hallmark Plexuglas Stands | 458 | $ 22.40 | $ 10,259.20 | Able to reduce commitment to vendor |
| Cable Assy Telephone | 720 | $ 0.22 | $ 158.40 | |
| 30 Lb. Scales | 699 | $ 159.60 | $ 111,560.40 | Able to reduce commitment to vendor |
| *Sub-Total* | | | *$ 143,677.50* | |

© 2005 Hasler, Inc - This is the Property of Hasler, Inc. and may not be reproduced or disclosed in any way to third parties without prior permission in writing from Hasler.

## Hallmark Inventory Summary Schedule - - CONFIDENTIAL

### C. Work In Process

The following items were purchased to assemble the PostLink Base, PostLink SAFE and PostLink to Hallmark scale assy.

| Description | Qty | Unit Cost* | Extended Value | Comments |
|---|---|---|---|---|
| Hallmark Bezel including Silk Screen | 398 | $ 7.73 | $ 3,076.54 | Minimum buy additional balance of 602 units available. |
| Label Hallmark base S/N | 398 | $ 0.35 | $ 139.30 | Minimum buy additional balance of 4,602 units available. |
| Label SAFE 481 S/N.D | 398 | $ 0.35 | $ 139.30 | Minimum buy additional balance of 2,591 units available. |
| Cable Assy | 239 | $ 3.05 | $ 728.95 | Able to reduce vendor commitment |
| Connector 9pin | 542 | $ 0.68 | $ 368.56 | Minimum buy additional balance of 1,431 units available. |
| Hood 9 pin D | 376 | $ 1.30 | $ 488.80 | Able to reduce vendor commitment |
| Screw Threaded | 1,592 | $ 0.0112 | $ 17.83 | 4 per base |
| Screw Threaded | 1,990 | $ 0.0416 | $ 82.78 | 5 per base |
| Washer | 1,597 | $ 0.004 | $ 6.39 | 4 per base |
| Rubber Feet | 1,592 | $ 0.10 | $ 159.20 | 4 per base |
| Bottom housing | 398 | $ 4.33 | $ 1,723.34 | Minimum buy additional balance of 3,086 units available. |
| Middle Housing | 398 | $ 2.67 | $ 1,062.66 | Minimum buy additional balance of 1,762 units available. |
| Support Platform | 398 | $ 1.39 | $ 553.22 | Minimum buy additional balance of 4,379 units available. |
| Assy main board | 398 | $ 105.85 | $ 42,128.30 | |
| Printer Mechanism | 398 | $ 50.00 | $ 19,900.00 | Minimum buy additional balance of 1,817 units available. |
| Printer Door | 168 | $ 1.42 | $ 238.56 | Able to reduce vendor commitment |
| Fastening bracket | 398 | $ 0.67 | $ 266.66 | Minimum buy additional balance of 1,629 units available. |
| Window display | 398 | $ 2.05 | $ 815.90 | Minimum buy additional balance of 1,602 units available. |
| Assy keyboard | 398 | $ 7.91 | $ 3,148.18 | Minimum buy additional balance of 1,304 units available. |
| Keypad | 398 | $ 1.11 | $ 441.78 | Minimum buy additional balance of 7,383 units available. |
| Button door | 398 | $ 0.99 | $ 394.02 | Minimum buy additional balance of 5,025 units available. |
| Actuator door latch | 398 | $ 0.65 | $ 258.70 | Minimum buy additional balance of 2,002 units available. |
| Actuator door switch | 398 | $ 0.32 | $ 127.36 | Minimum buy additional balance of 1,925 units available. |
| Space roller | 398 | $ 0.97 | $ 386.06 | Minimum buy additional balance of 1,831 units available. |
| Screw | 2,388 | $ 0.0304 | $ 72.60 | 6 per system |
| Printer roller | 398 | $ 4.85 | $ 1,930.30 | |
| PostLink Assy | 92 | $ 210.20 | $ 19,338.40 | |
| | | *Sub-Total* | *$ 97,993.69* | |

© 2005 Hasler, Inc - This is the Property of Hasler, Inc. and may not be reproduced or disclosed in any way to third parties without prior permission in writing from Hasler.

## Hallmark Inventory Summary Schedule - - CONFIDENTIAL

### D. Additional Material Cost to support 1,800 units

The accepted proposal request a reduction in documentation to 2 simple reference cards. Based on USPS, Hallmark and Internal Hasler Call Centers feedback a complete Operations Guide System Setup and Installation Guide was required and shipped with all systems. Below are the costs for this additional item.

| Description | Qty | Unit Cost* | Extended Value | Comments |
|---|---|---|---|---|
| Hallmark Operating Guide (Form 51013) | 1285 | $ 1.10 | $ 1,413.50 | |
| Hallmark System Installation & Setup Guide (Form 51012) | 1,000 | $ 1.10 | $ 1,100.00 | |
| | | | | |
| *Sub-Total* | | | *$ 2,513.50* | |

**Summary Costs**

| | | |
|---|---|---|
| A. Completed systems | $ | 116,980.98 |
| B. Purchased Parts | $ | 143,677.50 |
| C. Work in process | $ | 97,993.69 |
| D. Additional Material | $ | 2,513.50 |
| Overhead * | | 415,340.52 |
| *Total Inventory Claim* | $ | 776,506.19 |

*Note:*

* As a manufacturer and distributor for this system, Hasler incurred overhead costs for this product beyond the direct material cost including, but not limited to, production planning, purchasing, freight, incoming inspection, stocking, warehousing, shrinkage, damaged/defective, inventory movement, facilities, and utilities.

© 2005 Hasler, Inc - This is the Property of Hasler, Inc. and may not be reproduced or disclosed in any way to third parties without prior permission in writing from Hasler.

# Hallmark Inventory Summary Schedule - - CONFIDENTIAL

The following schedule provides the roll up to support the USPS Hallmark project. The product inventory is broken into four sections complete manufactured assemblies. Purchased parts supplies (finished goods) work in process/components and additional material to support 1,800 units.

The PostLink base, SAFE and PostLink Scale cable were manufactured by Hasler. The unit cost amounts include material and direct labor only. Additional product related cost such as: overhead including freight, indirect costs, warehousing, etc. are listed separately.

## A. Complete Manufactured Systems

| Description | Qty | Unit Cost* | Extended Value | Comments |
|---|---|---|---|---|
| PostLink Hallmark Base Assy | 230 | $ 210.20 | $ 48,346.00 | Includes direct labor and material only |
| PostLink Hallmark SAFE Assy | 720 | $ 93.00 | $ 66,960.00 | Includes direct labor and material only |
| PostLink to Hallmark Scale Cable | 178 | $ 9.41 | $ 1,674.98 | Includes direct labor and material only |
| ***Sub-Total*** | | | ***$ 116,980.98*** | |

***Notes:***

* Unit costs include direct labor for assembly and final testing as follows:
PostLink: 1.15 hour @ $17.50 per hour ($21.87 per unit)
SAFE: 45 minutes @ $17.50 per hour ($13.13 per unit)
Cable: 15 minutes @ $17.50 per hour ($4.38 per unit)

## B. Purchased parts/supplies

These parts were ordered as a finished assembly from a supplier to support the Hallmark project. The assembly of these items into a final Hallmark product was stopped based on notice from the USPS.

| Description | Qty | Unit Cost* | Extended Value | Comments |
|---|---|---|---|---|
| Hallmark Operating Guide (Form 51013) | 715 | $ 1.10 | $ 786.50 | Minimum order 2000 |
| Hallmark System Installation & Setup Guide (Form 51012) | 720 | $ 1.10 | $ 792.00 | Minimum order 2000 |
| Hallmark System Master Carton | 720 | $ 1.10 | $ 792.00 | Able to reduce commitment to vendor |
| Hallmark PostLink base box with inserts | 310 | $ 5.82 | $ 1,804.20 | Able to reduce commitment to vendor |
| Power supply | 720 | $ 21.64 | $ 15,580.80 | |
| Power cords | 720 | $ 2.70 | $ 1,944.00 | |
| Hallmark Plexiglas Stands | 458 | $ 22.40 | $ 10,259.20 | Able to reduce commitment to vendor |
| Cable Assy Telephone | 720 | $ 0.22 | $ 158.40 | |
| 30 Lb. Scales | 699 | $ 159.60 | $ 111,560.40 | Able to reduce commitment to vendor |
| ***Sub-Total*** | | | ***$ 143,677.50*** | |

© 2005 Hasler, Inc - This is the Property of Hasler, Inc. and may not be reproduced or disclosed in any way to third parties without prior permission in writing from Hasler.

## Hallmark Inventory Summary Schedule - - CONFIDENTIAL

### C. Work In Process

The following items were purchased to assemble the PostLink Base, PostLink SAFE and PostLink to Hallmark scale assy.

| Description | Qty | Unit Cost* | Extended Value | Comments |
|---|---|---|---|---|
| Hallmark Bezel including Silk Screen | 398 | $ 7.73 | $ 3,076.54 | Minimum buy additional balance of 602 units available. |
| Label Hallmark base S/N | 398 | $ 0.35 | $ 139.30 | Minimum buy additional balance of 4,602 units available. |
| Label SAFE 481 S/N.D | 398 | $ 0.35 | $ 139.30 | Minimum buy additional balance of 2,591 units available. |
| Cable Assy | 239 | $ 3.05 | $ 728.95 | Able to reduce vendor commitment |
| Connector 9pin | 542 | $ 0.68 | $ 368.56 | Minimum buy additional balance of 1,431 units available. |
| Hood 9 pin D | 376 | $ 1.30 | $ 488.80 | Able to reduce vendor commitment |
| Screw Threaded | 1,592 | $ 0.0112 | $ 17.83 | 4 per base |
| Screw Threaded | 1,990 | $ 0.0416 | $ 82.78 | 5 per base |
| Washer | 1,597 | $ 0.004 | $ 6.39 | 4 per base |
| Rubber Feet | 1,592 | $ 0.10 | $ 159.20 | 4 per base |
| Bottom housing | 398 | $ 4.33 | $ 1,723.34 | Minimum buy additional balance of 3,086 units available. |
| Middle Housing | 398 | $ 2.67 | $ 1,062.66 | Minimum buy additional balance of 1,762 units available. |
| Support Platform | 398 | $ 1.39 | $ 553.22 | Minimum buy additional balance of 4,379 units available. |
| Assy main board | 398 | $ 105.85 | $ 42,128.30 | |
| Printer Mechanism | 398 | $ 50.00 | $ 19,900.00 | Minimum buy additional balance of 1,817 units available. |
| Printer Door | 168 | $ 1.42 | $ 238.56 | Able to reduce vendor commitment |
| Fastening bracket | 398 | $ 0.67 | $ 266.66 | Minimum buy additional balance of 1,629 units available. |
| Window display | 398 | $ 2.05 | $ 815.90 | Minimum buy additional balance of 1,602 units available. |
| Assy keyboard | 398 | $ 7.91 | $ 3,148.18 | Minimum buy additional balance of 1,304 units available. |
| Keypad | 398 | $ 1.11 | $ 441.78 | Minimum buy additional balance of 7,383 units available. |
| Button door | 398 | $ 0.99 | $ 394.02 | Minimum buy additional balance of 5,025 units available. |
| Actuator door latch | 398 | $ 0.65 | $ 258.70 | Minimum buy additional balance of 2,002 units available. |
| Actuator door switch | 398 | $ 0.32 | $ 127.36 | Minimum buy additional balance of 1,925 units available. |
| Space roller | 398 | $ 0.97 | $ 386.06 | Minimum buy additional balance of 1,831 units available. |
| Screw | 2,388 | $ 0.0304 | $ 72.60 | 6 per system |
| Printer roller | 398 | $ 4.85 | $ 1,930.30 | |
| PostLink Assy | 92 | $ 210.20 | $ 19,338.40 | |
| | | *Sub-Total* | *$ 97,993.69* | |

© 2005 Hasler, Inc - This is the Property of Hasler, Inc. and may not be reproduced or disclosed in any way to third parties without prior permission in writing from Hasler.

## Hallmark Inventory Summary Schedule - - CONFIDENTIAL

**D. Additional Material Cost to support 1,800 units**

The accepted proposal request a reduction in documentation to 2 simple reference cards. Based on USPS, Hallmark and internal Hasler Call Centers feedback a complete Operations Guide System Setup and Installation Guide was required and shipped with all systems. Below are the costs for this additional item.

| Description | Qty | Unit Cost* | Extended Value | Comments |
|---|---|---|---|---|
| Hallmark Operating Guide (Form 51013) | 1285 | $ 1.10 | $ 1,413.50 | |
| Hallmark System Installation & Setup Guide (Form 51012) | 1,000 | $ 1.10 | $ 1,100.00 | |
| | | | | |
| *Sub-Total* | | | *$ 2,513.50* | |

**Summary Costs**

| | | |
|---|---|---|
| A. Completed systems | $ | 116,980.98 |
| B. Purchased Parts | $ | 143,677.50 |
| C. Work in process | $ | 97,993.69 |
| D. Additional Material | $ | 2,513.50 |
| Overhead * | | 415,340.52 |
| *Total Inventory Claim* | $ | 776,506.19 |

***Note:***

* As a manufacturer and distributor for this system, Hasler incurred overhead costs for this product beyond the direct material cost including, but not limited to, production planning, purchasing, freight, incoming inspection, stocking, warehousing, shrinkage, damaged/defective, inventory movement, facilities, and utilities.

© 2005 Hasler, Inc - This is the Property of Hasler, Inc. and may not be reproduced or disclosed in any way to third parties without prior permission in writing from Hasler.