# Exhibit 19

**George Hesse**

| | |
|---|---|
| ..om: | Conway, Caroline Z - AURORA, CO [caroline.z.conway@usps.gov] |
| ..nt: | Thursday, December 08, 2005 8:27 PM |
| ..o: | George Hesse |
| Cc: | Frank Crudo |
| Subject: | RE: Contract No. 102591-03-P-0454, Claim follow-up |

George,

I left a message in your voice mail. I will be out of the office tomorrow, but will be back on Monday.

The supporting documentation you submitted for the inventory claim is not sufficient. I need to see actual dated purchase orders and/or invoices of the systems, parts and materials that are part of your claim. I also need the breakdown of your overhead. The note explanation in the summary sheet is not acceptable.

Also, when submitting these documents, please have a summary sheet that will show how these documents add up to the amount of your claim.

Thank you.

Caroline Z. Conway, C.P.M., MSCAM
Category Manager, Retail Products and Services
Travel, Retail and Temporary Services CMC
3300 S. Parker Road, Suite 400
..rora, CO 80014-3500
..3-369-1226 (Tel)
..3-369-1251 (Fax)
..oline.z.conway@usps.gov

-----Original Message-----
From: George Hesse [mailto:GHesse@haslerinc.com]
Sent: Thursday, December 08, 2005 2:25 PM
To: Conway, Caroline Z - AURORA, CO
Cc: Frank Crudo; George Hesse
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up

Good Afternoon Caroline,

I have attached the information to support the inventory claim.

Should you or any member of your team require additional information or clarification, please don't hesitate to contact Frank or me directly.

Best Regards,

George

George Hesse
Director Business Operations
Hasler Inc
.. Forest Parkway
..elton, CT 06484
..03) 925 2412

-----Original Message-----
rom: Conway, Caroline Z - AURORA, CO
ailto:caroline.z.conway@usps.gov]
ent: Monday, December 05, 2005 2:48 PM
To: George Hesse
Cc: Frank Crudo
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up
Importance: High

George,

As part of my investigation on whether to consider your inventory costs in the amount of $776,506.19, please provide me with all supporting documentation for this part of your claim ASAP.

Thank you.

Caroline Z. Conway, C.P.M., MSCAM
Category Manager, Retail Products and Services
Travel, Retail and Temporary Services CMC
3300 S. Parker Road, Suite 400
Aurora, CO 80014-3500
303-369-1226 (Tel)
303-369-1251 (Fax)
caroline.z.conway@usps.gov

-----Original Message-----
om: Conway, Caroline Z - AURORA, CO
nt: Monday, December 05, 2005 8:37 AM
'George Hesse'
cc: 'Frank Crudo'; Strange, Keith - Washington, DC
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up

George,

I just want to keep you informed that we are in the midst of discussions in consideration of your claim. I will let you know as soon as a decision has been made.

Thank you.

Caroline

Caroline Z. Conway, C.P.M., MSCAM
Category Manager, Retail Products and Services
Travel, Retail and Temporary Services CMC
3300 S. Parker Road, Suite 400
Aurora, CO 80014-3500
303-369-1226 (Tel)
303-369-1251 (Fax)
caroline.z.conway@usps.gov

-----Original Message-----
om: Conway, Caroline Z - AURORA, CO
nt: Monday, November 14, 2005 7:25 AM
o: 'George Hesse'

Cc: Frank Crudo; Strange, Keith - Washington, DC
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up

orge,

I am in receipt of the documents you submitted via email on Thursday, November 10th. We will be discussing this latest submission, and I will let you know as soon as we have made a decision.

Thank you.

Caroline Z. Conway, C.P.M., MSCAM
Category Manager, Retail Products and Services
Travel, Retail and Temporary Services CMC
3300 S. Parker Road, Suite 400
Aurora, CO 80014-3500
303-369-1226 (Tel)
303-369-1251 (Fax)
caroline.z.conway@usps.gov

-----Original Message-----
From: George Hesse [mailto:GHesse@haslerinc.com]
Sent: Thursday, November 10, 2005 6:22 PM
To: Conway, Caroline Z - AURORA, CO
Cc: Frank Crudo; Strange, Keith - Washington, DC
Subject: Contract No. 102591-03-P-0454, Claim follow-up

er Caroline:

you know we had the opportunity to meet with Mr Strange on November 4th to discuss the details of the project, our claim and our options for resolving the current claim. Prior to proceeding to the next steps outlined in your letter we wanted to ask the USPS to reconsider our claim. Following our discussion with Mr. Keith Strange we were asked to provide some addtional information for the purpose of clarification. This information can be found in the attached email.

Thank you for all your time and effort towards settlement of this project.

We look forward to the opportunity to move these negotiations forward with Mr. Strange and you. If you or any member of your Postal Service team requires additional information, please do not hesitate to contact Frank Crudo or me directly at (203) 925-2412

Sincerely,

George

George H. Hesse III
Director Business Operations
Hasler, Inc.

<USPS LTR CCONWAY 10NOV05.doc>> <<8-1 SecurityPlan_100802 aster.doc>>
8-3 TestPlan_102102 CPPS-P UPDT.doc>>

# Exhibit 20

## George Hesse

**From:** Conway, Caroline Z - AURORA, CO [caroline.z.conway@usps.gov]
**Sent:** Monday, December 12, 2005 1:49 PM
**To:** George Hesse
**Cc:** Frank Crudo
**Subject:** RE: Contract No. 102591-03-P-0454, Claim follow-up

George,

I am reviewing for consideration Sections C and D, Information Security Assurance (ISA), in Hasler's most recent claim. You state in your claim that the ISA documentation in the solicitation is not the same as the version you used (after award) to become ISA compliant. You claim that the original version released with the solicitation is different from the version released after award. Contract award was on October 1, 2002. ISA documentation you provided were dated October 2, 2002 and October 18, 2002 , which caused you to incur more costs ($660,511.74)

Please give me a breakdown of the differences between the ISA versions that caused Hasler to incur the above-referenced costs. Also please ensure that each breakdown has the specific costs tied to it.

Thank you.

Caroline Z. Conway, C.P.M., MSCAM
Category Manager, Retail Products and Services
Travel, Retail and Temporary Services CMC
2300 S. Parker Road, Suite 400
Aurora, CO 80014-3500
303-369-1226 (Tel)
303-369-1251 (Fax)
caroline.z.conway@usps.gov

-----Original Message-----
From: Conway, Caroline Z - AURORA, CO
Sent: Thursday, December 08, 2005 6:27 PM
To: 'George Hesse'
Cc: Frank Crudo
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up

George,

I left a message in your voice mail. I will be out of the office tomorrow, but will be back on Monday.

The supporting documentation you submitted for the inventory claim is not sufficient. I need to see actual dated purchase orders and/or invoices of the systems, parts and materials that are part of your claim. I also need the breakdown of your overhead. The note explanation in the summary sheet is not acceptable.

Also, when submitting these documents, please have a summary sheet that will show how these documents add up to the amount of your claim.

Thank you.

Caroline Z. Conway, C.P.M., MSCAM

Category Manager, Retail Products and Services
Travel, Retail and Temporary Services CMC
3300 S. Parker Road, Suite 400
Aurora, CO 80014-3500
3-369-1226 (Tel)
03-369-1251 (Fax)
caroline.z.conway@usps.gov

-----Original Message-----
From: George Hesse [mailto:GHesse@haslerinc.com]
Sent: Thursday, December 08, 2005 2:25 PM
To: Conway, Caroline Z - AURORA, CO
Cc: Frank Crudo; George Hesse
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up

Good Afternoon Caroline,

I have attached the information to support the inventory claim.

Should you or any member of your team require additional information or clarification, please don't hesitate to contact Frank or me directly.

Best Regards,

George

George Hesse
Director Business Operations
sler Inc
Forest Parkway
elton, CT 06484
(203) 925 2412

-----Original Message-----
From: Conway, Caroline Z - AURORA, CO
[mailto:caroline.z.conway@usps.gov]
Sent: Monday, December 05, 2005 2:48 PM
To: George Hesse
Cc: Frank Crudo
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up
Importance: High

George,

As part of my investigation on whether to consider your inventory costs in the amount of $776,506.19, please provide me with all supporting documentation for this part of your claim ASAP.

Thank you.

Caroline Z. Conway, C.P.M., MSCAM
Category Manager, Retail Products and Services
Travel, Retail and Temporary Services CMC
00 S. Parker Road, Suite 400
rora, CO 80014-3500
3-369-1226 (Tel)
303-369-1251 (Fax)
caroline.z.conway@usps.gov

-----Original Message-----
From: Conway, Caroline Z - AURORA, CO
Sent: Monday, December 05, 2005 8:37 AM
To: 'George Hesse'
Cc: 'Frank Crudo'; Strange, Keith - Washington, DC
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up

George,

I just want to keep you informed that we are in the midst of discussions in consideration of your claim. I will let you know as soon as a decision has been made.

Thank you.

Caroline

Caroline Z. Conway, C.P.M., MSCAM
Category Manager, Retail Products and Services
Travel, Retail and Temporary Services CMC
3300 S. Parker Road, Suite 400
Aurora, CO 80014-3500
303-369-1226 (Tel)
303-369-1251 (Fax)
caroline.z.conway@usps.gov

-----Original Message-----
From: Conway, Caroline Z - AURORA, CO
Sent: Monday, November 14, 2005 7:25 AM
To: 'George Hesse'
Cc: Frank Crudo; Strange, Keith - Washington, DC
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up

George,

I am in receipt of the documents you submitted via email on Thursday, November 10th. We will be discussing this latest submission, and I will let you know as soon as we have made a decision.

Thank you.

Caroline Z. Conway, C.P.M., MSCAM
Category Manager, Retail Products and Services
Travel, Retail and Temporary Services CMC
3300 S. Parker Road, Suite 400
Aurora, CO 80014-3500
303-369-1226 (Tel)
303-369-1251 (Fax)
caroline.z.conway@usps.gov

-----Original Message-----
From: George Hesse [mailto:GHesse@haslerinc.com]
Sent: Thursday, November 10, 2005 6:22 PM
To: Conway, Caroline Z - AURORA, CO
Cc: Frank Crudo; Strange, Keith - Washington, DC

Subject: Contract No. 102591-03-P-0454, Claim follow-up

Dear Caroline:

As you know we had the opportunity to meet with Mr Strange on November 4th to discuss the details of the project, our claim and our options for resolving the current claim. Prior to proceeding to the next steps outlined in your letter we wanted to ask the USPS to reconsider our claim. Following our discussion with Mr. Keith Strange we were asked to provide some addtional information for the purpose of clarification. This information can be found in the attached email.

Thank you for all your time and effort towards settlement of this project.

We look forward to the opportunity to move these negotiations forward with Mr. Strange and you. If you or any member of your Postal Service team requires additional information, please do not hesitate to contact Frank Crudo or me directly at (203) 925-2412

Sincerely,

George

George H. Hesse III
Director Business Operations
Hasler, Inc.

<<USPS LTR CCONWAY 10NOV05.doc>> <<8-1 SecurityPlan_100802 Master.doc>>
<<8-3 TestPlan_102102 CPPS-P UPDT.doc>>

# Exhibit 21

HASLER Mailing Systems and Solutions
America's better choice.™

February 21, 2006

Ms. Caroline Z. Conway
Category manger, Retail Products and Services
Travel, Rental and Customer
United States Postal Service
3300 S. Parker Rd. Suite 400
Aurora, CO 80014-3500

Dear Caroline:

Thank you for the opportunity to provide you and the USPS with additional information on Hasler's claims under Section D, for procurement of inventory to support requirement of the Hallmark orders, and Section E, for costs of development and capital investment for the performance of the contract and in compliance of the award.

We continue to assert that Hasler is entitled to recovery of the reasonable costs for inventory and development incurred in reliance on the Postal Service's having established sound projections for the number of units to be deployed, and on its ongoing assurance and signals that it was fully committed to the long-term project opportunity.

We look forward to moving this discussion forward toward a fair and equitable compensation for Hasler's investment in this project. We believe this information should support the next step.

CLAIM D – INVENTORY FOLLOW-UP PO/INVOICES

> This documentation includes an updated matrix titled **"Hallmark Inventory Summary V3.1"**. This document has been updated to include the individual part numbers and a reference number for each PO or invoice
>
> To support the costs of the associated inventory, Hasler also includes copies of actual invoices, printouts from our computer system, or PO's printouts to support the individual parts ordered and a bill of material for the assembled parts. These documents can be found in the scanned file titled **"Hallmark PO-Invoices"**.
>
> A significant quantity of these parts were purchased under a single Purchase Order to Neopost Berne in March of 2002. These parts were sold to Hasler at cost and include no markup. Early in the Hallmark project, Neopost SA purchased Hasler. During the review of the Hasler product line, Neopost decided to discontinue production of the PostLink, subject to a one-time final purchase for U.S. market obligations. Based on the USPS requirements for Hallmark, including maximum requirements, Hasler purchased a

final buy for most parts. These parts were stored and allocated based on our internal projects. As Hasler monitored the success of the Hallmark project, it discontinued marketing the standard PostLink to reserve inventory for the USPS project, mindful that the Postal Service reserved the right to exercise an option for delivery of an additional quantity, with no interruption to delivery and (at the time) under threat of a liquidated damages clause, as needed for the performance of the contract.

During an audit earlier this month, Hasler confirmed the quantities of manufactured parts, purchased finished parts and components listed in this matrix.

In an effort to minimize its costs and exposure, Hasler halted production of manufactured parts as well as purchase of additional customized parts upon receiving word that the USPS intended to terminate the program.

Although the purchasing strategy was to procure enough parts to support the total USPS opportunity for 3,360 systems (2,400 units plus 40%), the quantities presented in the attached matrix of manufactured systems, purchased parts, and work-in-progress parts represent a maximum of 720 systems (1,800 x .40%) or fewer because of the actions Hasler took to cancel orders in process with its vendors.

The expected project volume of at least 2,400 Hallmark retail stores nationwide was confirmed during the ISA review under the terms of the Section 9.13 requirement: Integrat(ion of) Security into the Capacity Planning Process. The USPS identified the need for the Hasler Information resource to be scalable, since the CPPS Partners would in time reach 2,400 Hallmark retail stores nationwide.

The trend of the delivery orders in the second quarter of 2004, notification of a continued strong flow of Hallmark applications from new stores, assurances from the Postal Service that the mailing system was well received and another Hallmark buying show was scheduled in the summer of 2004 gave Hasler every indication that installation were over and beyond the 1,800 units and that the ISA defined 2,400 was imminent.

## CLAIM D: INVENTORY FOLLOW-UP – OVERHEAD

The enclosed document titled **<u>"Hasler Inventory Overhead V.2"</u>** provides the overhead factor that Hasler used as a multiplier to material costs in order to determine the burden/actual cost for each component and system reserved for the Hallmark project, and to assign inventory value. Traditional manufacturing companies would use a higher multiplier to cover all equipment and costs. As a primary Sales and Distribution company with a small assembly and repair facility Hasler was able to keep the overhead costs lower. This lower cost enabled Hasler to meet the targets for the USPS for this project.

## CLAIM E: DEVELOPMENT, OPERATIONAL INTEGRATION AND CAPITAL INVESTMENT

Hasler believes it is entitled to recover the remaining costs of development and capital investment required for performance of the contract and in compliance with the project award. The current claim of $660,511.74 has been adjusted to account for the portion of the development and hardware expenditures listed in Claim E that were amortized by the program to-date lease payments.

The total and remaining costs include expenses incurred by Hasler to develop the product as defined in the specifications, to modify the product in response to changes to the specifications after the award, to dedicate additional resources to support the compressed schedule and to comply with the previously understated ISA requirements. The expense incurred based on the post-award presentation of the ISA documentation includes investment in time and cost to review and produce the required ISA documentation, as well as development and procurement of redundant hardware/software and additional testing to support the ISA requirements.

The ISA documentation requirements for Capacity Planning, Service Level Agreement, System Security, Business Continuity Planning and System Redundancy exceeded the requirement outlined in the request for quotation and the final award.

The ISA requirements go beyond simply completing an assessment and providing documentation. Hasler was required to design and implement a system that ensured long-term compliance with the requirements, and on a compressed development timeline. Failure to adhere to a faithful implementation of the requirements would have compromised the delivery schedule and triggered the liquidated damages clause that the Postal Service imposed in response to Hasler's then-objections to the ISA requirement.

The impact of the ISA requirements on the Hasler development project can be found in the enclosed document titled **"ISA Impact Summary & Costs"**.

Thank you for your time and effort towards a settlement of this project.

We look forward to the opportunity to move the negotiation forward. If you or any member of your Postal Service team requires additional information, please don't hesitate to contact Frank Crudo or me directly.

Sincerely,

*George*

George H. Hesse III
Director, Business Operations
Hasler Inc.

CC: Mr. Frank Crudo – Chief Financial Officer – Hasler

Enclosed: Hallmark Inventory Schedule V.3
Hallmark Project Inventory PO_Invoices
Hallmark Project Overhead Analysis
ISA Impact Summary & Cost

## Hallmark Inventory Summary Schedule V3

The following schedule provides the roll up to support the USPS Hallmark project. The product inventory is broken into four sections complete manufactured

### Complete Manufactured Systems

...e PostLink base, SAFE and PostLink Scale cable were manufactured by Hasler. The unit cost amounts include material and direct labor only. Additional product Additional product related cost such as: overhead including freight, indirect costs, warehousing, etc. are listed separately.

| Description | Qty | Unit Cost* | Extended Value | Comments | Part # | PO/Invoice Ref. # |
|---|---|---|---|---|---|---|
| PostLink Hallmark Base Assy | 328 | $ 211.86 | $ 69,490.08 | Includes direct labor and material only | PLAO5H | A |
| PostLink Hallmark SAFE Assy | 720 | $ 93.06 | $ 67,003.20 | Includes direct labor and material only | T20005300 | B |
| PostLink to Hallmark Scale Cable | 178 | $ 9.41 | $ 1,674.98 | Includes direct labor and material only | 92002801 | C |
| *Sub-Total* | | | *$ 138,168.26* | | | |

***Notes:***

* Unit costs include direct labor for assembly and final testing as follows:
PostLink: 1.15 hour @ $17.50 per hour ($21.87 per unit)
SAFE: 45 minutes @ $17.50 per hour ($13.13 per unit)
Cable: 15 minutes @ $17.50 per hour ($4.38 per unit)

### B. Purchased parts/supplies

These parts were ordered as a finished assembly from a supplier to support the Hallmark project. The assembly of these items into a final Hallmark product was stopped based on notice from the USPS.

| Description | Qty | Unit Cost* | Extended Value | Comments | Part # | PO/Invoice Ref. # |
|---|---|---|---|---|---|---|
| Hallmark Operating Guide | 720 | $ 1.10 | $ 792.00 | Minimum order 2000 | Form 51013 | 1 |
| Hallmark System Installation & Setup Guide | 720 | $ 1.10 | $ 792.00 | Minimum order 2000 | Form 51012 | 1 |
| Hallmark System Master Carton | 720 | $ 1.10 | $ 792.00 | Able to reduce commitment to vendor | ??? | 2 |
| Hallmark PostLink base box with inserts | 310 | $ 5.82 | $ 1,804.20 | Able to reduce commitment to vendor | 9990850 | 3 |
| Power supply | 720 | $ 18.25 | $ 13,140.00 | | T20002800 | 4a |
| Power cords | 720 | $ 2.70 | $ 1,944.00 | | ST2004 | 7 |
| Hallmark Plexiglas Stands | 458 | $ 22.40 | $ 10,259.20 | Able to reduce commitment to vendor | 7HSH0800 | 8 a,b,c,d |
| Cable Assy Telephone | 720 | $ 0.58 | $ 418.32 | | ST1713 | 9 |
| 30 Lb. Scales | 699 | $ 159.60 | $ 111,560.40 | Able to reduce commitment to vendor | WP30RH | 10 a,b,c |
| *Sub-Total* | | | *$ 141,502.12* | | | |

### C. Work In Process

The following items were purchased to assemble the PostLink Base, PostLink SAFE and PostLink to Hallmark scale assy.

| Description | Qty | Unit Cost* | Extended Value | Comments | Part # | PO/Invoice Ref. # |
|---|---|---|---|---|---|---|
| Hallmark Bezel including Silk Screen | 398 | $ 10.95 | $ 4,358.10 | Minimum buy additional balance of 602 units available. | T20005501 | 5c & 11 |
| Label Hallmark base S/N | 398 | $ 0.35 | $ 139.30 | Minimum buy additional balance of 4,602 units available. | 9004090 | 12 |
| Label SAFE 481 S/N.D | 398 | $ 0.35 | $ 139.30 | Minimum buy additional balance of 2,591 units available. | 9004150 | 13 |
| Cable Assy | 239 | $ 3.05 | $ 728.95 | Able to reduce vendor commitment | ST1727 | 14 |
| Connector 9pin | 542 | $ 0.68 | $ 368.56 | Minimum buy additional balance of 1,431 units available. | ST1914 | 15 |

## Hallmark Inventory Summary Schedule V3

| | | | | | | |
|---|---|---|---|---|---|---|
| Hood 9 pin D | 376 | $ 1.30 | $ 488.80 | Able to reduce vendor commitment | ST2031 | 16 |
| Screw Threaded | 1,592 | $ 0.0112 | $ 17.83 | 4 per base | ST2367 | 17 |
| Screw Threaded | 1,990 | $ 0.0416 | $ 82.78 | 5 per base | ST2368 | 18 |
| Washer | 1,597 | $ 0.004 | $ 6.39 | 4 per base | ST2373 | 19 |
| Rubber Feet | 1,592 | $ 0.10 | $ 159.20 | 4 per base | ST2377 | 20 |
| Bottom housing | 398 | $ 4.33 | $ 1,723.34 | Minimum buy additional balance of 3,086 units available. | T20000100 | 5a |
| Middle Housing | 398 | $ 2.67 | $ 1,062.66 | Minimum buy additional balance of 1,762 units available. | T20000300 | 5b |
| Support Platform | 398 | $ 1.39 | $ 553.22 | Minimum buy additional balance of 4,379 units available. | T20000500 | 6i |
| Assy main board | 398 | $ 105.85 | $ 42,128.30 | | T20000601 | 6l |
| Printer Mechanism | 398 | $ 50.00 | $ 19,900.00 | Minimum buy additional balance of 1,817 units available. | T20000700 | 6e |
| Printer Door | 168 | $ 1.42 | $ 238.56 | Able to reduce vendor commitment | T20001000 | 6h |
| Fastening bracket | 398 | $ 0.67 | $ 266.66 | Minimum buy additional balance of 1,629 units available. | T20001600 | 6k |
| Window display | 398 | $ 2.05 | $ 815.90 | Minimum buy additional balance of 1,602 units available. | T20001701 | 6g |
| Assy keyboard | 398 | $ 7.91 | $ 3,148.18 | Minimum buy additional balance of 1,304 units available. | T20001801 | 5d |
| Keypad | 398 | $ 1.11 | $ 441.78 | Minimum buy additional balance of 7,383 units available. | T20001901 | 6f |
| Button door | 398 | $ 0.99 | $ 394.02 | Minimum buy additional balance of 5,025 units available. | T20002901 | 6c |
| Actuator door latch | 398 | $ 0.65 | $ 258.70 | Minimum buy additional balance of 2,002 units available. | T20003100 | 6b |
| Actuator door switch | 398 | $ 0.32 | $ 127.36 | Minimum buy additional balance of 1,925 units available. | T20003200 | 6d |
| Space roller | 398 | $ 0.97 | $ 386.06 | Minimum buy additional balance of 1,831 units available. | T20003800 | 6j |
| Screw | 2,388 | $ 0.0304 | $ 72.60 | 6 per system | ST2371 | 21 |
| Button, Spring | 398 | $ 0.33 | $ 131.34 | | T20003000 | 6a |
| | | *Sub-Total* | *$ 78,137.89* | | | |

**D. Additional Material Cost to support 1,800 units**

The accepted proposal request a reduction in documentation to 2 simple reference cards. Based on USPS, Hallmark and internal Hasler Call Centers feedback a complete Operations Guide System Setup and Installation Guide was required and shipped with all systems. Below are the costs for this additional item.

| Description | Qty | Unit Cost* | Extended Value | Comments | Part # | PO/Invoice Ref. # |
|---|---|---|---|---|---|---|
| Hallmark Operating Guide (Form 51013) | 1,320 | $ 1.10 | $ 1,452.00 | | Form 51013 | 1 |
| Hallmark System Installation & Setup Guide (Form 51012) | 1,370 | $ 1.10 | $ 1,507.00 | | Form 51012 | 1 |
| | | | | | | |
| *Sub-Total* | | | *$ 2,959.00* | | | |

**Summary Costs**

| | |
|---|---|
| A. Completed systems | $138,168.26 |
| B. Purchased Parts | $141,502.12 |
| C. Work in process | $ 78,137.89 |
| D. Additional Material | $ 2,959.00 |
| Overhead (1.15) * | $414,882.36 |
| ***Total Inventory Claim*** | $775,649.63 |

***Note:***

## Hallmark Inventory Summary Schedule V3

* As a manufacturer and distributor for this system, Hasler incurred overhead costs for this product beyond the direct material cost including, but not limited to, production planning, purchasing, incoming inspection, freight, stocking, warehousing, shrinkage, damaged/defective, inventory movement, facilities, and utilities.

**HASLER®, Inc.** A & B

PostLink & PSD Bill of Materials @ Feb 17 17-Feb-06

| Level | Item Number | Description | Unit | Type | $Amt | Labor | Overhead |
|---|---|---|---|---|---|---|---|
| 0 | PLA05H | MOD.P/LINK MLNG. | | K | 189.99 | | |
| 1 | T20006108 | PSTLINK PROD.ASS | 1.000 EA Unit | M | 189.99 | | |
| .2 | 9990850 | BOX W/INSERTS | 1.000 EA Unit | P | - | | |
| .2 | ST1727 | CABLE ASSY,DB9M- | 1.000 EA Unit | P | - | | |
| .2 | ST1713 | CABLE,TELE.6FT,R | 1.000 EA Unit | P | - | | |
| .2 | T20003800 | SPACER, ROLL WID | 1.000 EA Unit | P | 0.97 | | |
| .2 | ST2367 | SCREW, THREAD FO | 1.000 EA Unit | P | 0.02 | | |
| .2 | T20001600 | BRACKET,PSD FAST | 1.000 EA Unit | P | 0.67 | | |
| .2 | T20002800 | POWER SUPPLY, PO | 1.000 EA Unit | P | - | | |
| .2 | T20000008 | ASY,PSTLNK BSE.W | 1.000 EA Unit | M | 188.33 | | |
| ..3 | T20005701 | ASSY,BOTTOM,P/LI | 1.000 EA Unit | M | 110.58 | | |
| ...4 | T20000100 | HOUSING, BOTTOM, | 1.000 EA Unit | P | 4.33 | | |
| ...4 | T20000601 | ASSY, MAIN BOARD | 1.000 EA Unit | P | 105.85 | | |
| ...4 | ST2377 | RUBBER FOOT,HEMI | 4.000 EA Unit | P | 0.40 | | |
| ..3 | T20005800 | ASSY, MIDDLE, PO | 1.000 EA Unit | M | 55.09 | | |
| ...4 | T20000300 | HOUSING, MIDDLE, | 1.000 EA Unit | P | 2.67 | | |
| ...4 | T20000700 | PRINTER MECHANIS | 1.000 EA Unit | P | 50.00 | | |
| ...4 | T20002900 | BUTTON, DOOR LAT | 1.000 EA Unit | P | 0.99 | | |
| ...4 | T20003100 | ACTUATOR, DOOR L | 1.000 EA Unit | P | 0.65 | | |
| ...4 | T20003000 | SPRING, BUTTON, | 1.000 EA Unit | P | 0.33 | | |
| ...4 | T20003200 | ACTUATOR,DOOR SW | 1.000 EA Unit | P | 0.32 | | |
| ...4 | ST2368 | SCREW THREAD FOR | 3.000 EA Unit | P | 0.12 | | |
| ..3 | T20005608 | ASY,KBD/DISP/BEZ | 1.000 EA Unit | M | 14.70 | | |
| ...4 | T20005508 | ASY,BEZ,W/LOGO,W | 1.000 EA Unit | P | 3.45 | | |
| ...4 | T20001701 | WINDOW, DISPLAY, | 1.000 EA Unit | P | 2.05 | | |
| ...4 | T20001801 | ASSY,KEYBOARD/DI | 1.000 EA Unit | P | 7.91 | | |
| ...4 | T20001901 | KEYPAD, USA, POS | 1.000 EA Unit | P | 1.11 | | |
| ...4 | ST2371 | SCREW, THREAD FO | 6.000 EA Unit | P | 0.18 | | |
| ..3 | T20006000 | ASSY,PRINTER DOO | 1.000 EA Unit | M | 6.27 | | |
| ...4 | T20001000 | DOOR, PRINTER, P | 1.000 EA Unit | P | 1.42 | | |
| ...4 | T20000900 | ROLLER, PRINTER, | 1.000 EA Unit | P | 4.85 | | |
| ..3 | T20004000 | PLATFORM, FILLER | 1.000 EA Unit | P | 1.30 | | |
| ..3 | ST2367 | SCREW, THREAD FO | 4.000 EA Unit | P | 0.07 | | |
| ..3 | 9004090 | LABEL,H/MARK,P/L | 1.000 BX Unit | P | 0.35 | | |
| .2 | 9990910H | LBLS.PLK IND,US, | 1.000 RL Unit | P | 0.67 | | |

| Level | Item Number | Description | Unit | Type | $Amt | Labor | Overhead |
|---|---|---|---|---|---|---|---|
| 0 | T20005300 | ASSY, TLE PSD | | M | 79.93 | | |
| 1 | ST2474 | ENCAPSULANT, RES | 2.000 EA Unit | P | 1.42 | | |
| 1 | T20002300 | ENCLOSURE, PSD ( | 1.000 EA Unit | P | 0.80 | | |
| 1 | T20002400 | COVER, TLE PSD | 1.000 EA Unit | P | 0.39 | | |
| 1 | T20002501 | ASSY, TLE PSD BO | 1.000 EA Unit | P | 74.05 | | |
| 1 | T20002600 | GRID, PSD (TLE) | 1.000 EA Unit | P | 2.85 | | |
| 1 | ST2475 | ENCAPSULANT, CAT | 1.000 EA Unit | P | 0.42 | | |

30200 Single Level Bill Inquiry

Branch/Plant. . . PLT2
Type Bill . . . . M
Mode. . . . . . . 1
As of . . . . . . 12/19/05
Revision Level. .

Parent Item. . . . 92002801 CABLE,POSTLNK,30LB,EXT.SCALE
Requested Quantity .001 EA
Skip to Comp Line. Drawing

| O | Level | Component | | Description | Quantity Per | UM | T | Line |
|---|---|---|---|---|---|---|---|---|
| | 1 | ST1914 | .68 | CONNECTOR, 9 MIN, MALE, | 1.000 | EA | P | 1.0 |
| | 1 | ST2031 | 1.30 | HOOD, 9-PIN-D, W/JACK S | 1.000 | EA | P | 2.0 |
| | 1 | ST1727 | 3.05 | CABLE ASSY,DB9M-DB9F,MO | 1.000 | EA | P | 3.0 |

5.03
4.38 labor
$9.41

Opt: 1=Item Master 2=Next Lvl F5=Extended F12=Prev Lvl F24=More Keys

Ref C

2

4:53 2397019 GATEWAY BUSINESS COM PAGE 03

GATEWAY COMMUNICATIONS, INC.
154 State Street, Suite 103
North Haven, CT 06473
203-239-7105
203-239-7019 Fax
www.gatebiz.com

Ref #1

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 04/17/03 | 15447 |

REMIT TO:
GATEWAY BUSINESS COMMUNICATIONS, INC.
154 STATE STREET SUITE 103
NORTH HAVEN, CT 06473

ASCO

SOLD TO
BRIAN LEARY
HASLER, INC.
19 FOREST PARKWAY
SHELTON CT 06484

SHIP TO
TOM KEENAN
HASLER, INC.
281 CANAL STREET
SHELTON CT 06484

| PURCHASE ORDER NO. | REPRESENTATIVE | GATEWAY ORDER NO. | DATE SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| | MS | 015422-01 | 04/08/03 | NEW PENNE | NET 30 DAYS |

| QUANTITY | DESCRIPTION | | CODE | UNIT PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|---|
| 2,050 | 51012 | POST LINK INSTALL GUIDE | CM | 1.10 | EA | 2,255.00 |
| 2,100 | 51013 | POST LINK OPERATION GUIDE | CM | 1.10 | EA | 2,310.00 |
| | THIS INVOICE IS DUE ON OR BEFORE 05/17/03 *** DUPLICATE | | | | | |

ENTERED

| SUB-TOTAL | SALES TAX | SHIPPING AND HANDLING | INVOICE TOTAL |
|---|---|---|---|
| 4,565.00 | 6.000 % 279.34 | 90.65 | 4,934.99 |

PLEASE PAY THIS AMOUNT

IN THE EVENT IT IS NECESSARY TO COMMENCE COLLECTION PROCEEDINGS BUYER SHALL PAY ALL COLLECTION COSTS INCURRED INCLUDING REASONABLE ATTORNEY'S FEES.

159927

HASLER, INC. - ACCOUNTS PAYABLE
EXTENSIONS CK'D
APPROVED BY
00197103.6229 2467.50
00197105.6229 2467.49

G Holforty
[signature]

Use as original.

3

430301 Open Orders

Branch/Plant . PLT2
Status. . 220 Thru 999 St
Date: Thru
Date Range - Based On. . . .
Subledger. . . .

Order Number . 24515 OP
Orig Order No. *
Supplier . . .
Buyer Number .
Item Number. .
Account Number

| O | Hd | Order | Ty | Supplier | Item Number | Open Quantity | Request |
|---|---|---|---|---|---|---|---|
| | | 24515 | OP | NEOPOST BERNE | T20002800 – 4a | | 03/01/02 |

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

PO#4

6

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

O H

5

43030W Order Detail Information

Order Number . 24513 OP Item: T20002800
Line Number. . 13.000 Acct:
Branch/Plant . PLT2 Desc: POWER SUPPLY, POSTLINK

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 2211.000 | EA | 18.2500 | EA | 40,350.75 |
| On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | 2211.000 | | | | 40,350.75 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 2211.000 | | | | 47,846.04 |

2
2
2
2
2
2
2

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 400 999
F6=Address Numbers F8=Dates F24=More Keys

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

Ref #4a

7

2d2

430301 Open Orders

Branch/Plant . PLT2
Status. . 220 Thru 999 St
Date: Thru
Date Range - Based On. . .
Subledger. . . .

Order Number . 24514 OP
Orig Order No. *
Supplier . . .
Buyer Number .
Item Number. .
Account Number

| O | Hd | Order | Ty | Supplier | Item Number | Open Quantity | Request |
|---|---|---|---|---|---|---|---|
| | | 24514 | OP | NEOPOST BERNE | T20000100 5a | | 03/04/02 |
| | | 24514 | OP | NEOPOST BERNE | T20000300 5b | | 03/04/02 |
| | | 24514 | OP | NEOPOST BERNE | T20005501 5c | | 03/04/02 |
| | | 24514 | OP | NEOPOST BERNE | T20001801 5d | | 03/04/02 |
| | | ~~24514~~ | ~~OP~~ | ~~NEOPOST BERNE~~ | ~~T20000400~~ 5 | | ~~03/04/02~~ |
| | | ~~24514~~ | ~~OP~~ | ~~NEOPOST BERNE~~ | ~~T20001500~~ 5e | | ~~03/04/02~~ |
| | | ~~24514~~ | ~~OP~~ | ~~NEOPOST BERNE~~ | ~~ST1727~~ | | ~~03/04/02~~ |
| | | ~~24514~~ | ~~OP~~ | ~~NEOPOST BERNE~~ | | | ~~03/20/02~~ |

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

PO # 5

8

5a 1 of 5

430301 **Open Orders** Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

O H
5

43030W **Order Detail Information**

Order Number . 24514 OP Item: T20000100
Line Number. . 1.000 Acct:
Branch/Plant . PLT2 Desc: HOUSING, BOTTOM, POSTLINK

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 5098.000 | EA | 2.7800 | EA | 14,172.44 |
| On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | 5098.000 | | | | 14,172.44 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 5098.000 | | | | 16,466.54 |

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 400 999
F6=Address Numbers F8=Dates F24=More Keys

2
2
2
2
2
2
2
2

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

5a 2 of 5

9

430301 Open Orders Branch/Plant . PLT2

43030W Order Detail Information

| | | | | | |
|---|---|---|---|---|---|
| Orde | Order Number . | 24514 OP | Item: T20000300 | | |
| Orig | Line Number. . | 2.000 | Acct: | | |
| Supp | Branch/Plant . | PLT2 | Desc: HOUSING, MIDDLE, POSTLINK | | |
| Buye | | | | | |
| Item | | | | | |

| | | Quantity | UM | Unit Cost | UM | Amount | |
|---|---|---|---|---|---|---|---|
| Acco | Ordered. . . . | 5062.000 | EA | 2.6700 | EA | 13,515.54 | |
| O H | On Budget Hold | | | | | | |
| 5 | Open . . . . . | | | | | | 2 |
| | Received . . . | 5062.000 | | | | 13,515.54 | 2 |
| | In Routing . . | | | | | | 2 |
| | Dispositioned. | | | | | | 2 |
| | Not Vouchered. | | | | | | 2 |
| | Vouchered. . . | 5062.000 | | | | 15,692.20 | 2 |
| | | | | | | | 2 |
| | Original Order | | | Tax Rate/Area. | | | 2 |
| | Related Order. | | | Last/Next Sts. 400 999 | | | |

F6=Address Numbers F8=Dates F24=More Keys

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

10

56 345

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

O H

5

43030W Order Detail Information

Order Number . 24514 OP Item: T20005501
Line Number. . 3.000 Acct:
Branch/Plant . PLT2 Desc: ASSY,BEZEL,W/LOGO,W/TEAR BAR, PL

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 5086.000 | EA | 3.4500 | EA | 17,546.70 |
| On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | 5086.000 | | | | 17,546.70 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 5086.000 | | | | 22,632.70 |

2
2
2
2
2
2
2
2

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 400 999

F6=Address Numbers F8=Dates F24=More Keys

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

9A

11

Sc 4d 5

```
430301                    Open Orders                 Branch/Plant .        PLT2

        43030W            Order Detail Information
Orde    Order Number .    24514  OP      Item: T20001801
Orig    Line Number. .    4.000          Acct:
Supp    Branch/Plant .        PLT2       Desc: ASSY,KEYBOARD/DISPLAY,POSTLINK
Buye
Item
Acco                      Quantity       UM    Unit Cost   UM        Amount
        Ordered. . . .      5085.000     EA       7.9100   EA       40,222.35
O  H    On Budget Hold
        Open . . . . .                                                          2
        Received . . .      5085.000                                40,222.35   2
        In Routing . .                                                          2
5       Dispositioned.                                                          2
        Not Vouchered.                                                          2
        Vouchered. . .      5085.000                                42,917.40   2
                                                                                2
        Original Order                         Tax Rate/Area.                   2
        Related Order.                         Last/Next Sts. 400 999
                   F6=Address Numbers    F8=Dates     F24=More Keys

 Opt:  5=Details  2=PO Entry  3=WO Entry  F15=Amount/Quantity  F24=More Keys
```

12

5d 515

430301 Open Orders

Branch/Plant . PLT2
Status. . 220 Thru 999 St
Date: Thru
Date Range - Based On. . .
Subledger. . . .

Order Number . 24513 OP
Orig Order No. *
Supplier . . .
Buyer Number .
Item Number. .
Account Number

| O | Hd | Order | Ty | Supplier | Item Number | Open Quantity | Request |
|---|---|---|---|---|---|---|---|
| | | ~~24513~~ | ~~OP~~ | ~~NEOPOST BERNE~~ | ~~T20005200~~ | | ~~03/01/02~~ |
| | | 24513 | OP | NEOPOST BERNE | T20003000 6a | | 03/01/02 |
| | | 24513 | OP | NEOPOST BERNE | T20003100 6b | | 03/01/02 |
| | | 24513 | OP | NEOPOST BERNE | T20002900 6c | | 03/01/02 |
| | | 24513 | OP | NEOPOST BERNE | T20003200 6d | | 03/01/02 |
| | | 24513 | OP | NEOPOST BERNE | T20000700 6e | | 03/01/02 |
| | | 24513 | OP | NEOPOST BERNE | T20001901 6f | | 03/01/02 |
| | | ~~24513~~ | ~~OP~~ | ~~NEOPOST BERNE~~ | ~~T20001902~~ | | ~~03/01/02~~ |
| | | ~~24513~~ | ~~OP~~ | ~~NEOPOST BERNE~~ | ~~T20001903~~ | | ~~03/01/02~~ |
| | | 24513 | OP | NEOPOST BERNE | T20001701 6g | | 03/01/02 |
| | | ~~24513~~ | ~~OP~~ | ~~NEOPOST BERNE~~ | ~~T20001702~~ | | ~~03/01/02~~ |

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

PO #6 , # 24513 Summary

Received ref Delivery Order # D

page 1 of 2

13

6 - 1114

430301 **Open Orders**

Branch/Plant . PLT2
Status. . 220 Thru 999 St
Date: Thru
Date Range - Based On. . .
Subledger. . . .

Order Number . 24513 OP
Orig Order No. *
Supplier . . .
Buyer Number .
Item Number. .
Account Number

| O | Hd | Order | Ty | Supplier | Item Number | Open Quantity | Request |
|---|---|---|---|---|---|---|---|
| | | ~~24513~~ | ~~OP~~ | ~~NEOPOST BERNE~~ | ~~T20001703~~ | | ~~02/01/02~~ |
| | | ~~24513~~ | ~~OP~~ | ~~NEOPOST BERNE~~ | ~~T20002800~~ | | ~~03/01/02~~ |
| | | 24513 | OP | NEOPOST BERNE | T20001000 6h | | 03/01/02 |
| | | 24513 | OP | NEOPOST BERNE | T20000500 6i | | 03/01/02 |
| | | 24513 | OP | NEOPOST BERNE | T20003800 6j | | 03/01/02 |
| | | 24513 | OP | NEOPOST BERNE | T20001600 6K | | 03/01/02 |
| | | 24513 | OP | NEOPOST BERNE | T20000601 6L | | 09/01/02 |

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

PO #6

PO # 24513 Summary Page 2 of 2

Received ref Delivery Order # D

6 _ 2d14

14

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

O H

5

43030W Order Detail Information

Order Number . 24513 OP Item: T20003000
Line Number. . 2.000 Acct:
Branch/Plant . PLT2 Desc: SPRING, BUTTON, POSTLINK

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 5000.000 | EA | .3300 | EA | 1,650.00 |
| On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | 5000.000 | | | | 1,650.00 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 5000.000 | | | | 950.00 |

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 400 999

F6=Address Numbers F8=Dates F24=More Keys

2
2
2
2
2
2
2
2
2
2
2
2

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

69 _ 3 of 14

15

```
430301                        Open Orders                   Branch/Plant .          PLT2

       43030W                 Order Detail Information
Orde   Order Number .         24513   OP     Item: T20003100
Orig   Line Number. .         3.000          Acct:
Supp   Branch/Plant .             PLT2       Desc: ACTUATOR, DOOR LATCH,POSTLINK
Buye
Item
Acco                          Quantity    UM     Unit Cost    UM        Amount
       Ordered. . . .          4998.000   EA         .6500    EA       3,248.70
O  H   On Budget Hold
       Open . . . . .                                                              2
       Received . . .          4998.000                                3,248.70    2
5      In Routing . .                                                              2
       Dispositioned.                                                              2
       Not Vouchered.                                                              2
       Vouchered. . .          4998.000                                3,948.42    2
                                                                                   2
       Original Order                            Tax Rate/Area.                    2
       Related Order.                            Last/Next Sts. 400 999            2
                F6=Address Numbers    F8=Dates     F24=More Keys                   2
                                                                                   2
 Opt:   5=Details   2=PO Entry   3=WO Entry   F15=Amount/Quantity   F24=More Keys
```

66-4d14

16

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

O H

5

43030W Order Detail Information

Order Number . 24513 OP Item: T20002900
Line Number. . 4.000 Acct:
Branch/Plant . PLT2 Desc: BUTTON, DOOR LATCH, POSTLINK

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 5000.000 | EA | .9900 | EA | 4,950.00 |
| On Budget Hold | | | | | |
| Open . . . . . . | | | | | |
| Received . . . | 5000.000 | | | | 4,950.00 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 5000.000 | | | | 5,750.00 |

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 400 999

F6=Address Numbers F8=Dates F24=More Keys

2
2
2
2
2
2
2
2
2
2
2

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

6c - 5214

17

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

O H

5

43030W Order Detail Information

Order Number . 24513 OP Item: T20003200
Line Number. . 5.000 Acct:
Branch/Plant . PLT2 Desc: ACTUATOR,DOOR SWITCH,POSTLINK

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 5000.000 | EA | .3200 | EA | 1,600.00 |
| On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | 5000.000 | | | | 1,600.00 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 5000.000 | | | | 1,800.00 |

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 400 999
F6=Address Numbers F8=Dates F24=More Keys

2
2
2
2
2
2
2
2
2
2
2

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

18

6d-6d14

430301 Open Orders Branch/Plant . PLT2

43030W Order Detail Information

Orde
Orig
Supp
Buye
Item
Acco

O H

5

| | | | | | | |
|---|---|---|---|---|---|---|
| Order Number . | 24513 OP | | Item: T20000700 | | | |
| Line Number. . | 6.000 | | Acct: | | | |
| Branch/Plant . | PLT2 | | Desc: PRINTER MECHANISM | | | |
| | Quantity | UM | Unit Cost | UM | Amount | |
| Ordered. . . . | 5196.000 | EA | 50.0000 | EA | 259,800.00 | |
| On Budget Hold | | | | | | |
| Open . . . . . | | | | | | 2 |
| Received . . . | 5196.000 | | | | 259,800.00 | 2 |
| In Routing . . | | | | | | 2 |
| Dispositioned. | | | | | | 2 |
| Not Vouchered. | | | | | | 2 |
| Vouchered. . . | 5196.000 | | | | 290,092.68 | 2 |

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 400 999

F6=Address Numbers F8=Dates F24=More Keys

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

19

6e_7114

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

O H

5

43030W Order Detail Information

Order Number . 24513 OP Item: T20001901

Line Number. . 7.000 Acct:

Branch/Plant . PLT2 Desc: KEYPAD, USA, POSTLINK

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 5050.000 | EA | 1.1100 | EA | 5,605.50 |
| On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | 5050.000 | | | | 5,605.50 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 5050.000 | | | | 6,312.50 |

Original Order Tax Rate/Area.

Related Order. Last/Next Sts. 400 999

F6=Address Numbers F8=Dates F24=More Keys

2
2
2
2
2
2
2
2
2
2
2

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

20

6f_8d14

430301 Open Orders Branch/Plant . PLT2

43030W Order Detail Information

Order Number . 24513 OP Item: T20001701
Line Number. . 10.000 Acct:
Branch/Plant . PLT2 Desc: WINDOW, DISPLAY,POSTLINK,USA

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 4660.000 | EA | 2.0500 | EA | 9,553.00 |
| On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | 4660.000 | | | | 9,553.00 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 4660.000 | | | | 11,044.20 |

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 400 999

F6=Address Numbers F8=Dates F24=More Keys

Orde
Orig
Supp
Buye
Item
Acco

O H

5

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

69-9214

21

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

O H

5

43030W Order Detail Information

Order Number . 24513 OP Item: T20001000
Line Number. . 14.000 Acct:
Branch/Plant . PLT2 Desc: DOOR, PRINTER, POSTLINK

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 5096.000 | EA | 1.4200 | EA | 7,236.32 |
| On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | 5096.000 | | | | 7,236.32 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 5096.000 | | | | 8,714.16 |

2
2
2
2
2
2
2

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 400 999
F6=Address Numbers F8=Dates F24=More Keys

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

6h_10d14

22

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

O H

5

43030W Order Detail Information

Order Number . 24513 OP Item: T20000500
Line Number. . 15.000 Acct:
Branch/Plant . PLT2 Desc: SUPPORT, PLATFORM, POSTLINK

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 5000.000 | EA | 1.3900 | EA | 6,950.00 |
| On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | 5000.000 | | | | 6,950.00 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 5000.000 | | | | 8,550.00 |

2
2
2
2
2
2
2

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 400 999
F6=Address Numbers F8=Dates F24=More Keys

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

6i _ 11d14

23

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

43030W Order Detail Information

Order Number . 24513 OP Item: T20003800
Line Number. . 16.000 Acct:
Branch/Plant . PLT2 Desc: SPACER, ROLL WIDTH, 1.3"

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 5000.000 | EA | .9713 | EA | 4,856.50 |
| On Budget Hold | | | | | |
| Open . . . . . . | | | | | |
| Received . . . | 5000.000 | | | | 4,856.50 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 5000.000 | | | | 5,750.00 |

O H
5

2
2
2
2
2
2
2

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 400 999

F6=Address Numbers F8=Dates F24=More Keys

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

62-12d14

24

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

O H

5

43030W Order Detail Information

Order Number . 24513 OP Item: T2000160O
Line Number. . 17.000 Acct:
Branch/Plant . PLT2 Desc: BRACKET,PSD FASTENING,POSTLINK

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 5000.000 | EA | .6700 | EA | 3,350.00 |
| On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | 5000.000 | | | | 3,350.00 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 5000.000 | | | | 4,252.00 |

2
2
2
2
2
2
2

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 400 999

F6=Address Numbers F8=Dates F24=More Keys

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

25

GK-13 of 14

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

O H

5

43030W Order Detail Information

Order Number . 24513 OP Item: T2000601
Line Number. . 18.000 Acct:
Branch/Plant . PLT2 Desc: ASSY, MAIN BOARD

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 5000.000 | EA | 105.8500 | EA | 529,250.00 |
| On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | 4900.000 | | | | 518,665.00 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 4900.000 | | | | 503,337.00 |

2
2
2
2
2
2
2

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 980 999
F6=Address Numbers F8=Dates F24=More Keys

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

26

62-1414

430301 Open Orders

Branch/Plant . PLT2
Status. . 220 Thru 999 St
Date: Thru
Date Range - Based On. . .
Subledger. . . .

Order Number . OP
Orig Order No. *
Supplier . . .
Buyer Number .
Item Number. . ST2004 POWER CORD
Account Number

| O | Hd | Order | Ty | Supplier | Item Number | Open Quantity | Request |
|---|---|---|---|---|---|---|---|
| | | 65326 | OP | UNICABLE INC | ST2004 | | 02/06/02 |
| | | 65326 | OP | UNICABLE INC | ST2004 | | 04/06/02 |

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

7 1 of 3

27

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

O H

5

43030W Order Detail Information

| | | | |
|---|---|---|---|
| Order Number . | 65326 OP | Item: | ST2004 |
| Line Number. . | 2.000 | Acct: | |
| Branch/Plant . | PLT2 | Desc: | POWER CORD |

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 500.000 | EA | 2.7000 | EA | 1,350.00 |
| On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | | | | | |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | | | | | |

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 980 999

F6=Address Numbers F8=Dates F24=More Keys

2
2

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

7 2 ?3

28

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

O H
5

43030W Order Detail Information

Order Number . 65326 OP Item: ST2004
Line Number. . 1.000 Acct:
Branch/Plant . PLT2 Desc: POWER CORD

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 500.000 | EA | 2.7000 | EA | 1,350.00 |
| On Budget Hold | | | | | |
| Open . . . . . . | | | | | |
| Received . . . | 500.000 | | | | 1,350.00 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 500.000 | | | | 1,350.00 |

Original Order 1616 OR 1.000 Tax Rate/Area.
Related Order. Last/Next Sts. 400 999
F6=Address Numbers F8=Dates F24=More Keys

2
2

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

7 3 13

29

Reb Invoice file

PAGE 1

**CANEVARI PLASTICS, INC.**
Custom Vacuum Forming • Plastic Fabrication
P.O. Box 464
MILFORD, CONNECTICUT 06460

Phone (203) 878-4319
Fax (203) 874-3651

# invoice

| INVOICE NO. | INVOICE DATE |
|---|---|
| 00006202 | 07/08/04 |

RECEIVED JUL 13 2004 By

SOLD TO: HASLER, INC
ATTN: ACCOUNTS PAYABLE
19 FOREST PARKWAY
SHELTON, CT 06484

SHIP TO: MSI
4650 HICKORY HILL RD
MEMPHIS, TN 38141

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| 66376 | 05/06/04 | 07/06/04 | UPS | MILFORD |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| | 2.00/10 NET 30 | 08/07/04 | P/S 12540 |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 108 | P/N 7HSH0800 | 22.40 | 2,419.20 |

HASLER, INC. - ACCOUNTS PAYABLE
EXTENSIONS CK'D
APPROVED BY
0013133.4267 459.90

ENTERED

MESSAGE: $48.38 Discount if paid by 7/18/04

Terms: Accounts over 30 days charged 1½% interest per month (annual rate of 18%) buyer to pay all costs of collection including past due interest. All claims must be made within 10 days. Parts must be returned before credit will be issued.

| | |
|---|---|
| SUBTOTAL | 2,419.20 |
| SALES TAX | 459.90 |
| SHIPPING | |
| TOTAL | 2,879.10 |

30

Ref Invoice (3 ?

PAGE 1

**CANEVARI PLASTICS, INC.**
Custom Vacuum Forming • Plastic Fabrication
P.O. Box 464
MILFORD, CONNECTICUT 06460

Phone (203) 878-4319
Fax (203) 874-3651

# invoice

RECEIVED JUL 23 2004 By

| INVOICE NO. | INVOICE DATE |
|---|---|
| C0006216 | 07/20/04 |

SOLD TO: HASLER, INC
ATTN: ACCOUNTS PAYABLE
19 FOREST PARKWAY
SHELTON, CT 06484

SHIP TO: MSI
4650 HICKORY HILL RD
MEMPHIS, TN 38141

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| > 66376 | 05/08/04 | 07/15/04 | UPS | MILFORD |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| | 2.00/10 NET 30 | 08/19/04 | P/S 12557 |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 108 | P/N 7HSH0800 | 22.40 | 2,419.20 |

5249
HASLER, INC. - ACCOUNTS PAYABLE
EXTENSIONS CK'D
APPROVED BY
0013733.4261
$ 459.90

ENTERED

MESSAGE: $48.38 Discount if paid by 7/30/04

Terms: Accounts over 30 days charged 1½% interest per month (annual rate of 18%) buyer to pay all costs of collection including past due interest. All claims must be made within 10 days. Parts must be returned before credit will be issued.

| | |
|---|---|
| SUBTOTAL | 2,419.20 |
| SALES TAX | 459.90 |
| SHIPPING | |
| TOTAL | 2,879.10 |

31

PRODUCT 31874 USE WITH 9008 ENVELOPE NEBS To Reorder: 1-800-225-6380 or www.nebs.com PRINTED IN U.S.A.

Ref Invoice Jc.

PAGE 1

CANEVARI PLASTICS, INC.
Custom Vacuum Forming • Plastic Fabrication
P.O. Box 464
MILFORD, CONNECTICUT 06460

Phone (203) 878-4319
Fax (203) 874-3651

# invoice

| INVOICE NO. | INVOICE DATE |
|---|---|
| 00006231 | 07/30/04 |

SOLD TO: HASLER, INC
ATTN: ACCOUNTS PAYABLE
19 FOREST PARKWAY
SHELTON, CT 06484

SHIP TO: MSI
4650 HICKORY HILL RD
MEMPHIS, TN 38141

RECEIVED
AUG 05 2004

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| 66376 | 05/06/04 | 07/28/04 | UPS | MILFORD |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| | 2.00/10 NET 30 | 08/29/04 | P/S 12575 |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 108 | P/N 7HSH0800 | 22.40 | 2,419.20 |

5249
HASLER, INC. - ACCOUNTS PAYABLE
EXTENSIONS CK'D
APPROVED BY
0013733.4267 459.90

ENTERED DV

MESSAGE: $48.38 Discount if paid by 8/ 9/04

Terms: Accounts over 30 days charged 1½% interest per month (annual rate of 18%) buyer to pay all costs of collection including past due interest. All claims must be made within 10 days. Parts must be returned before credit will be issued.

| | |
|---|---|
| SUBTOTAL | ~~2,419.20~~ |
| SALES TAX | 459.90 |
| SHIPPING | |
| TOTAL | 2,879.10 |

32

Ref Invoice Pd

PAGE 1

**CANEVARI PLASTICS, INC.**
Custom Vacuum Forming • Plastic Fabrication
P.O. Box 464
MILFORD, CONNECTICUT 06460

Phone (203) 878-4319
Fax (203) 874-3651

# invoice

| INVOICE NO. | INVOICE DATE |
|---|---|
| 00006280 | 08/19/04 |

SOLD TO: HASLER, INC
ATTN: ACCOUNTS PAYABLE
19 FOREST PARKWAY
SHELTON, CT 06484

SHIP TO: MSI
4650 HICKORY HILL RD
MEMPHIS, TN 38141

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| 66376 | 05/06/04 | 08/18/04 | TRUCK | MILFORD |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| | 2.00/10 NET 30 | 09/18/04 | P/S 13625 |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 160 | P/N 7HSH0800 | 22.40 | 3,584.00 |
| | | | 3 BOXES ON 1 SKID | | |

5249

ENTERED

HASLER, INC. - ACCOUNTS PAYABLE
EXTENSIONS OK
APPROVED BY
0013733.42607
709.40

MESSAGE: $71.68 Discount if paid by 8/29/04
Terms: Accounts over 30 days charged 1½% interest per month (annual rate of 18%) buyer to pay all costs of collection including past due interest. All claims must be made within 10 days. Parts must be returned before credit will be issued.

| | |
|---|---|
| SUBTOTAL | 3,584.00 |
| SALES TAX | |
| SHIPPING | 709.00 |
| TOTAL | 4,293.00 |

33

PRODUCT 13187M USE WITH 9309 ENVELOPE NEBS To Reorder: 1-800-225-6380 or www.nebs.com PRINTED IN U.S.A.

Ref 9

****** INVOICE ****** PAGE: 1

UNICABLE INC.
5252 ORANGE AVE #101
CYPRESS, CA 90630

(714) 220-4999

RECEIVED
JUL 19 2004

INVOICE NUMBER: 0065170-IN
INVOICE DATE: 07/13/04

ORDER NUMBER: 40544B
ORDER DATE: 06/25/04
SALESPERSON: 0007
CUSTOMER NO: 00-0119035

SOLD TO:
HASLER, INC.
19 FOREST PARKWAY
SHELTON CT 06484

SHIP TO:
MSI DISTRIBUTION CENTER
4650 HICKORY HILL ROAD
MEMPHIS TN 38141

CONFIRM TO:
TED SPIGNESI

| CUSTOMER P.O. | SHIP VIA | F.O.B | TERMS |
|---|---|---|---|
| 66442 | FEDEX 006507484 | HONG KONG | NET 30 DAYS |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ST-1713 | EACH | 1000 | 1000 | 0 | .5810 | 581.00 |
| UL 20251 28/4C RJ11-RJ11 (6P4C | | | WHSE: 999 | | | |

SHIP VIA FED EX COLLECT # 006507484 (2 CTNS)

AIRBILL # 8423 4979 1045

DUE AND PAYABLE ON OR BEFORE 8/12/04

ENTERED DV

5290
HASLER, INC. - ACCOUNTS PAYABLE
EXTENSIONS CK'D
APPROVED BY

| | |
|---|---|
| NET INVOICE: | 581.00 |
| LESS DISCOUNT: | .00 |
| FREIGHT: | .00 |
| SALES TAX: | .00 |
| INVOICE TOTAL: | 581.00 |

34

Ref-169

**METTLER TOLEDO**
Columbus, Ohio 43240
Telephone : 1.866.247.8957
MT Logistical Co. 431

****** REMIT TO LOCATION ******
Mettler-Toledo, Inc.
22670 NETWORK PLACE
CHICAGO, IL 60673-1226

**INVOICE**
Original

| MT Co. | Customer | Invoice Date | Invoice Number | Terms of Payment |
|---|---|---|---|---|
| 411 | 042837 | 05-26-2004 | 100 - 00404080 | Net 30 Days |

RECEIVED
JUN 02 2004
By________

HASLER INC
19 FOREST PARKWAY
PO BOX 858
SHELTON, CT
06484

HASLER INC
MAIL ROOM SERVICES INC.
4650 HICKORY HILL
MEMPHIS, TN
38141

| Quantity | Product Description | | Unit Price | Amount |
|---|---|---|---|---|
| Purchase Order: 66293 | | | | |
| Sales Order : 290010 | Order Date: 01-21-2004 | | | |
| Reference : KW/TS | | | | |
| 399.00 | WP30-RH | WEIGH PLATFORM 30LB HASLER | 159.60 | 63,680.40 |
| | FREIGHT | FREIGHT | | 7,251.46 |
| Shipper Number: 40291 | | | | |
| 05-26-2004 00:00 | | | | |
| RWP/RWP | | | | |
| 11400173724/4392/ | | | | |
| SUB-TOTAL 70,931.86 | | | Tax | .00 |

130527
HASLER, INC. - ACCOUNTS PAYABLE
EXTENSIONS CK'D
APPROVED BY
0012727.9267 7251.46

✓

Receipts

Please Reference Document Number 100-00404080 On Your Payment — Total $ 70,931.86

**Late Charge**
This Invoice is subject to a 1.5% per month late charge on any past due invoice.

35

***Thank You***
We hereby certify that these goods and/or services have been produced or performed in compliance with applicable requirments of section 6, 7, 12 and 15 of the fair labor standards act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

**Sales Tax**
If sales tax is not applicable, please forward valid Tax Exemption Certificate with your remittance for the State in which delivery was made.

**METTLER TOLEDO**
Columbus, Ohio 43240
Telephone : 1.866.247.8957
MT Logistical Co. 431

* * * * * NEW REMIT TO LOCATION * * * * *
Mettler-Toledo, Inc.
22670 NETWORK PLACE
CHICAGO, IL 60673-1226

Ref: 10a

**INVOICE**
Original

| MT Co. | Customer | Invoice Date | Invoice Number | Terms of Payment |
|---|---|---|---|---|
| 411 | 042837 | 03-24-2003 | 100 - 00302700 | Net 30 Days |

RECEIVED
APR - 2 2003

HASLER INC
19 FOREST PARKWAY
PO BOX 858
SHELTON, CT
06484

HASLER, INC.
281 CANAL STREET
SHELTON, CT
06484

| Quantity | Product Description | Unit Price | Amount |
|---|---|---|---|
| Purchase Order: 66012<br>Sales Order : 224507 Order Date: 03-12-2003<br>Reference : KW/JB | | | |
| 3.00 WP30-RH | WEIGH PLATFOR 30LB HAXLER | 154.61 | 463.83 |
| FREIGHT | FREIGHT | | 17.07 |
| Shipper Number: 25353<br>03-24-2003 00:00<br>AIRBORNE GRD/AIRBORNE GRD<br>/30/<br>SUB-TOTAL 480.90 | | | |
| | | Tax | .00 |

130527

HASLER ... EXTENS... APPROVED BY
0013733-4207 17.07

cc: G Smith 5/12/03
Emailed 7/10/03
G Smith 7/14/03

Please Reference Document Number 100-00302700 On Your Payment — Total $ 480.90

**Late Charge**
This Invoice is subject to a 1.5% per month late charge on any past due invoice.

***Thank You***
We hereby certify that these goods and/or services have been produced or performed in compliance with applicable requirements of section 6, 7, 12 and 15 of the fair labor standards act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

**Sales Tax**
If sales tax is not applicable, please forward valid Tax Exemption Certificate with your remittance for the State in which delivery was made.

36

**METTLER TOLEDO**
Columbus, Ohio 43240
Telephone : 1.866.247.8957
MT Logistical Co. 431

****** REMIT TO LOCATION ******
Mettler-Toledo, Inc.
22670 NETWORK PLACE
CHICAGO, IL 60673-1226

Tle-i 12-

**INVOICE**
Original

METTLER TOLEDO

| MT Co. | Customer | Invoice Date | Invoice Number | Terms of Payment |
|---|---|---|---|---|
| 411 | 042837 | 01-21-2004 | 100 - 00373558 | Net 30 Days |

HASLER INC
19 FOREST PARKWAY
PO BOX 858
SHELTON, CT
06484

RECEIVED
JAN 27 2004
By ____________

HASLER INC
MAIL ROOM SERVICES INC.
4650 HICKORY HILL
MEMPHIS, TN
38141

| Quantity | | Product Description | Unit Price | Amount |
|---|---|---|---|---|
| Purchase Order: 66293 | | | | |
| Sales Order : 290010 | Order Date: 01-21-2004 | | | |
| Reference : KW/TS | | | | |
| 398.00 | WP30-RH | WEIGH PLATFOR 30LB HAXLER | 159.60 | 63,520.80 |
| SUB-TOTAL | 63,520.80 | | | |
| | | | Tax | .00 |

ENTERED

HASLER, INC. - ACCOUNTS PAYABLE
EXTENSIONS CK'D
APPROVED BY ____________

N

Please Reference Document Number 100-00373558 On Your Payment — Total $ 63,520.80

**Late Charge**
This invoice is subject to a 1.5% per month late charge on any past due invoice.

37

***Thank You***
We hereby certify that these goods and/or services have been produced or performed in compliance with applicable requirments of section 6, 7, 12 and 15 of the fair labor standards act, as amended, and of regulations and orders of the United States Department of Labor issued under section 14 thereof.

**Sales Tax**
If sales tax is not applicable, please forward valid Tax Exemption Certificate with your remittance for the State in which delivery was made.

Ref Invoice 11

# Advanced Graphics, Inc.

430 Sniffens Lane
Stratford, CT 06615
Phone: (203) 378-0471
Fax: (203) 386-0581

# Invoice

**Invoice No.: 16440** B

Bill To: **Hasler, Inc.**
Attn: Accounts Payable
19 Forest Parkway
Shelton, CT 06484

Ship To: **MSI Hasler**
Attn: Phillip Plumb
4650 Hickory Hill Rd.
Memphis, TN 38141

RECEIVED
MAY 2...

| | | |
|---|---|---|
| 05/12/04 | ASCOM HASLER | 1.00%-10 / Net 30 |

| | | |
|---|---|---|
| 5068390 | 05/12/04 | 16440 |

| | | | | | |
|---|---|---|---|---|---|
| 864 | 864 | T20000200 | Halmark Bezel<br>Mask & paint ECLX2789 fine text outside & screen 3 colors per print; PMS 402, PMS 3425, PMS 294.<br>SS# A1712. | 7.50 | 6480.00 |
| | | | Hazardous Waste Surcharge | | 0.00 |

Receipt

Invoice subtotal 6480.00

Invoice total 6480.00

ENTERED DV

Received 5/21/04

5308

HASLER, INC. - ACCOUNTS PAYABLE
EXTENSIONS CK'D
APPROVED BY ____________

0012761.4261 6480.00

38

Identification Products Corporation
Established 1969
104 Silliman Avenue, P.O. Box 3276
Bridgeport, CT 06605-0276 203-334-5969
800-243-9888
(Telefax) 203-334-5038
www.idproducts.com

Ref: 12

Invoice No 0000091004

Customer 001072

Bill to :

HASLER, INC.
19 FOREST PARKWAY
SHELTON CT 06484

RECEIVED
JAN 15 2004

Sold to :

HASLER, INC.
ATTN: ACCOUNTS PAYABLE
19 FOREST PARKWAY
SHELTON CT 06484

Phone (203) 925-2803 Fax (203) 924-8927

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Salesperson |
|---|---|---|---|---|---|
| 66280 | 01/09/2004 | NET 30 | OUR PLANT | UPS Red | 010 |

| Item | Part / Rev / Description / Details | Quantity | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| 000001 | 900-409-0 Rev A U/M EA<br>SER.#: 304005060 - 304007559<br>Customer PN:<br>Packing List No/Item No: 094055/000001<br>Sales Order No: 053202<br>Customer PO No: 66280 | 2,500.00000 | 0.35000 | 0.00 | 875.00 |

COUNTRY OF ORIGIN: UNITED STATES

UPS TRACKING is available ON OUR WEBSITE: www.idproducts.com by ENTERING your PO#.

PLEASE REVIEW THIS INVOICE and call 1-800-243-9888 X 228 OR EMAIL: Jcantiello@idproducts.com if you have any questions or discrepancies.

| | |
|---|---|
| Total Item Price | 875.00 |
| Shipping | 0.00 |
| Sales Tax | 0.00 |
| Total Inv Price | $ 875.00 |

ENTERED

5274

HASLER, INC. - ACCOUNTS PAYABLE
EXTENSIONS CK'D
APPROVED BY

SHIPPED TO ADDRESS:
HASLER INC.
C/O: MAIL ROOM SERVICES, INC.
4650 HICKORY HILL
MEMPHIS TN 38141

Please pay balance due by Sunday February 8 2004.

N

Customer Copy

39



Authorized Signature

430301 Open Orders

Branch/Plant . PLT2
Status. . 220 Thru 999 St
Date: Thru
Date Range - Based On. . .
Subledger. . . .

Order Number . OP
Orig Order No. *
Supplier . . .
Buyer Number .
Item Number. . 9004150 LABEL, 481 SAFE SN-ID
Account Number

| O | Hd | Order | Ty | Supplier | Item Number | Open Quantity | Request |
|---|---|---|---|---|---|---|---|
| | | 25185 | OP | IDENTIFICATION PR | 9004150 | | 12/01/03 |

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

13 1 of 2

40

```
430301                         Open Orders                  Branch/Plant .          PLT2
      43030W                   Order Detail Information
Orde  Order Number .           25185   OP    Item: 9004150
Orig  Line Number. .           1.000         Acct:
Supp  Branch/Plant .              PLT2       Desc: LABEL, 481 SAFE SN-ID
Buye
Item
Acco                           Quantity      UM    Unit Cost     UM        Amount
      Ordered. . . .             3000.000    BX        .3800     BX          1,140.00
O  H  On Budget Hold
5     Open . . . . . .                                                                  3
      Received . . .             3000.000                                    1,140.00
      In Routing . .
      Dispositioned.
      Not Vouchered.
      Vouchered. . .             3000.000                                    1,140.00

      Original Order                              Tax Rate/Area.
      Related Order.                              Last/Next Sts. 400 999
               F6=Address Numbers      F8=Dates      F24=More Keys

Opt:  5=Details  2=PO Entry  3=WO Entry  F15=Amount/Quantity  F24=More Keys
```

13 2 of 2

41

Re: Invoice 14

**CABLES TO GO**

REMIT TO:
Cables To Go
Division of Lastar, Inc
PO Box 73273
Cleveland, Ohio 44193
(888)297-5929
www.cablestogo-oem.com

INVOICE NO 3663374
PAGE 1
DATE 03/23/04
SALESMAN CA - PEN OEM Mfgr
INVOICE TYPE: REGULAR INVOICE

BILL TO
Tax ID 1:
C112410
Accts. Payable
Hasler Inc.
19 Forest Parkway
Shelton CT 06484

FAX: 203 929 6084

SHIP TO
2
MSI Distribution Ctr
4650 Hickory Hill Rd
Attn Kevin Guthrie
Memphis TN 38141

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 525688 | 66295[illegible] | 11 | | 796.00 | YELLOW FRT PPD | 1%10 NET 30 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 2,000.000 | 243.000 | 0.000 | 3.05000 | 741.15 |

Item: 02712
Description: DEXTMON 10FT DB9 M/F ALL LINES ST1727
U/M: EA
Date Shipped: 03/23/04

30121
HASLER, INC. - ACCOUNTS PAYABLE
EXTENSIONS CK'D
APPROVED BY
0012727 4267 103.89

RECEIVED
MAR 2 ? 2004

ENTERED

102

42

PLEASE PAY FROM INVOICE
NO STATEMENT WILL BE SENT
THANK YOU FOR YOUR BUSINESS!

APR of 1 1/2% per month (18% ANNUAL PERCENTAGE RATE) will be charged on past due accounts.

SEE REVERSE SIDE FOR RETURN

ORIGINAL INVOICE

| | |
|---|---|
| SALES AMOUNT | 741.15 |
| MISC CHG | 0.00 |
| FRT SHP HANDLE | 103.89 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 845.04 |

Re: Invoice 14.

**CABLES TO GO**

REMIT TO:
Cables To Go
Division of Lastar, Inc
PO Box 73273
Cleveland, Ohio 44193
(888)297-5929
www.cablestogo-oem.com

INVOICE NO 3659404
PAGE 1
DATE 03/11/04
SALESMAN CA - PEN OEM Mfgr
INVOICE TYPE: REGULAR INVOICE

BILL TO
Tax ID 1:
C112410
Accts. Payable
Hasler Inc.
19 Forest Parkway
Shelton CT 06484

RECEIVED
MAR 16 2004
By______

SHIP TO
2
MSI Distribution Ctr
4650 Hickory Hill Rd
Attn Kevin Guthrie
Memphis TN 38141

FAX: 203 929 6084

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 525688 | 66295 | 4 | | 796.00 | YELLOW FRT PPD | 1%10 NET 30 |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 2,000.000 | 1,438.000 | 243.000 | 3.05000 | 4,385.90 |

Item: 02712
Description: DEXTMON 10FT DB9 M/F ALL LINES ST1727
U/M: EA
Date Shipped: 03/11/04

30120
HASLER, INC. - ACCOUNTS PAYABLE
EXTENSIONS CK'D
APPROVED BY ______
0012127.4267 120.24

DV

Received items in Memphis 3/15

2/2

43

PLEASE PAY FROM INVOICE
NO STATEMENT WILL BE SENT
THANK YOU FOR YOUR BUSINESS!

APR of 1 1/2% per month (18% ANNUAL PERCENTAGE RATE) will be charged on past due accounts.

SEE REVERSE SIDE FOR RETURN

ORIGINAL INVOICE

| | |
|---|---|
| SALES AMOUNT | 4,385.90 |
| MISC CHG | 0.00 |
| FRT SHP HANDLE | 120.24 |
| SALES TAX N | 0.00 |
| PREPAID | |
| TOTAL | 4,506.14 |

430301 Open Orders

Branch/Plant . PLT2
Status. . 220 Thru 999 St
Date: Thru
Date Range - Based On. . .
Subledger. . . .

Order Number . OP
Orig Order No. *
Supplier . . .
Buyer Number .
Item Number. . ST1914 CONNECTOR, 9 MIN, MALE, DSUB
Account Number

| O | Hd | Order | Ty | Supplier | Item Number | Open Quantity | Request |
|---|---|---|---|---|---|---|---|
| | | 64665 | OP | TTI INC | ST1914 | | 03/01/01 |
| | | 65789 | OP | TTI INC | ST1914 | | 08/05/02 |
| | | 66005 | OP | TTI INC | ST1914 | | 02/27/03 |
| | | 66371 | OP | TTI INC | ST1914 | | 04/27/04 |

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

15 1.12

44

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

O H

5

43030W Order Detail Information

Order Number . 66371 OP Item: ST1914
Line Number. . 1.000 Acct:
Branch/Plant . PLT2 Desc: CONNECTOR, 9 MIN, MALE, DSUB

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 1000.000 | EA | .6800 | EA | 680.00 |
| On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | 1000.000 | | | | 680.00 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 1000.000 | | | | 680.00 |

1
2
3
4

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 280 999

F6=Address Numbers F8=Dates F24=More Keys

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

15 2/2

45

430301 Open Orders Branch/Plant . PLT2

Status. . 220 Thru 999 St

Date: Thru

Order Number . OP

Date Range - Based On. . .

Orig Order No. *

Subledger. . . .

Supplier . . .

Buyer Number .

Item Number. . ST2031 HOOD, 9-PIN-D, W/JACK SCREWS

Account Number

| O | Hd | Order | Ty | Supplier | Item Number | Open Quantity | Request |
|---|---|---|---|---|---|---|---|
| | | 64596 | OP | ARROW ELECTRONICS | ST2031 | | 02/01/01 |
| | | 65253 | OP | ARROW ELECTRONICS | ST2031 | | 12/03/01 |
| | | 65719 | OP | AVNET ELECTRONICS | ST2031 | | 06/19/02 |
| | | 65781 | OP | ARROW ELECTRONICS | ST2031 | | 07/31/02 |
| | | 65867 | OP | ARROW ELECTRONICS | ST2031 | | 10/14/02 |
| | | 65921 | OP | ARROW ELECTRONICS | ST2031 | | 12/10/02 |
| | | 66006 | OP | ARROW ELECTRONICS | ST2031 | | 02/27/03 |
| | | 66069 | OP | ARROW ELECTRONICS | ST2031 | | 04/14/03 |
| | | 66372 | OP | ARROW ELECTRONICS | ST2031 | | 04/27/04 |

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

16 1of2

46

430301 **Open Orders** Branch/Plant . PLT2

43030W **Order Detail Information**

Orde Order Number . 66372 OP Item: ST2031
Orig Line Number. . 1.000 Acct:
Supp Branch/Plant . PLT2 Desc: **HOOD, 9-PIN-D, W/JACK SCREWS**
Buye
Item
Acco

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 3000.000 | EA | 1.3000 | EA | 3,900.00 |
| On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | 3000.000 | | | | 3,900.00 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 3000.000 | | | | 3,900.00 |

O H

5

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 280 999

F6=Address Numbers F8=Dates F24=More Keys

1 1 2 2 2 2 3 3 4

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

16 2 of 2

47

430301 **Open Orders**

Branch/Plant . PLT2
Status. . 220 Thru 999 St
Date: Thru
Date Range - Based On. . .
Subledger. . . .

Order Number . OP
Orig Order No. *
Supplier . . .
Buyer Number .
Item Number. . ST2367 SCREW, THREAD FORMING
Account Number

| O | Hd | Order | Ty | Supplier | Item Number | Open Quantity | Request |
|---|---|---|---|---|---|---|---|
| | | 65991 | OP | PRODUCTION FASTEN | ST2367 | | 02/14/03 |
| | | 66102 | OP | PRODUCTION FASTEN | ST2367 | | 05/16/03 |
| | | 66370 | OP | PRODUCTION FASTEN | ST2367 | | 04/27/04 |
| | | 66868 | OP | PRODUCTION FASTEN | [redacted] | | 10/11/05 |

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

17 1d2

48

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

43030W Order Detail Information

Order Number . 66370 OP Item: ST2367
Line Number. . 2.000 Acct:
Branch/Plant . PLT2 Desc: SCREW, THREAD FORMING

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 10000.000 | EA | .0165 | EA | 165.00 |
| O- H- On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | 10000.000 | | | | 165.00 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 10000.000 | | | | 165.00 |

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 400 999

F6=Address Numbers F8=Dates F24=More Keys

3
3
4
5

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

17 2/2

49

430301 Open Orders

Branch/Plant . PLT2
Status. . 220 Thru 999 St
Date: Thru
Date Range - Based On. . .
Subledger. . . .

Order Number . OP
Orig Order No. *
Supplier . . .
Buyer Number .
Item Number. . ST2368 SCREW THREAD FORMING
Account Number

| O | Hd | Order | Ty | Supplier | Item Number | Open Quantity | Request |
|---|---|---|---|---|---|---|---|
| | | 66063 | OP | PRODUCTION FASTEN | ST2368 | | 04/15/03 |
| | | 66370 | OP | PRODUCTION FASTEN | ST2368 | | 04/27/04 |

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

18 1d2

50

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

O H

5

43030W Order Detail Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Order Number . | 66370 OP | Item: ST2368 | | | | |
| Line Number. . | 1.000 | Acct: | | | | |
| Branch/Plant . | PLT2 | Desc: SCREW THREAD FORMING | | | | |
| | Quantity | UM | Unit Cost | UM | Amount | |
| Ordered. . . . | 5000.000 | EA | .0516 | EA | 258.00 | |
| On Budget Hold | | | | | | |
| Open . . . . . . | | | | | | 3 |
| Received . . . | 5000.000 | | | | 258.00 | 4 |
| In Routing . . | | | | | | |
| Dispositioned. | | | | | | |
| Not Vouchered. | | | | | | |
| Vouchered. . . | 5000.000 | | | | 258.00 | |

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 280 999
F6=Address Numbers F8=Dates F24=More Keys

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

18 2d2

51

430301 Open Orders

Branch/Plant . PLT2
Status. . 220 Thru 999 St
Date: Thru
Date Range - Based On. . . .
Subledger. . . .

Order Number . OP
Orig Order No. *
Supplier . . .
Buyer Number .
Item Number. . ST2377 RUBBER FOOT,HEMI, .44DIA,BLACK
Account Number

| O | Hd | Order | Ty | Supplier | Item Number | Open Quantity | Request |
|---|---|---|---|---|---|---|---|
| | | 66101 | OP | MCMASTER-CARR | ST2377 | | 05/19/03 |

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

20 ~~12~~ 1 of 2

52

430301 Open Orders Branch/Plant . PLT2

43030W Order Detail Information

Orde | Order Number . 66101 OP Item: ST2377
Orig | Line Number. . 1.000 Acct:
Supp | Branch/Plant . PLT2 Desc: RUBBER FOOT,HEMI, .44DIA,BLACK
Buye
Item
Acco

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 15000.000 | EA | .0500 | EA | 750.00 |
| On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | 15000.000 | | | | 750.00 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 15000.000 | | | | 873.00 |

O H
5 3

Original Order 2252 OR 1.000 Tax Rate/Area.
Related Order. Last/Next Sts. 400 999
F6=Address Numbers F8=Dates F24=More Keys

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

20 2/2

53

430301 Open Orders Branch/Plant . PLT2

Status. . 220 Thru 999 St

Date: Thru

Date Range - Based On. . .

Subledger. . . .

Order Number . OP

Orig Order No. *

Supplier . . .

Buyer Number .

Item Number. . ST2371 SCREW, THREAD FORMING

Account Number

| O | Hd | Order | Ty | Supplier | Item Number | Open Quantity | Request |
|---|---|---|---|---|---|---|---|
| | | 66229 | OP | PRODUCTION FASTEN | ST2371 | | 11/10/03 |
| | | 66805 | OP | PRODUCTION FASTEN | ST2371 | | 08/26/05 |

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

21 - 142

54

430301 Open Orders Branch/Plant . PLT2

Orde
Orig
Supp
Buye
Item
Acco

O H
5

43030W Order Detail Information

Order Number . 66229 OP Item: ST2371
Line Number. . 1.000 Acct:
Branch/Plant . PLT2 Desc: SCREW, THREAD FORMING

| | Quantity | UM | Unit Cost | UM | Amount |
|---|---|---|---|---|---|
| Ordered. . . . | 10000.000 | EA | .0304 | EA | 304.00 |
| On Budget Hold | | | | | |
| Open . . . . . | | | | | |
| Received . . . | 10000.000 | | | | 304.00 |
| In Routing . . | | | | | |
| Dispositioned. | | | | | |
| Not Vouchered. | | | | | |
| Vouchered. . . | 10000.000 | | | | 304.00 |

Original Order Tax Rate/Area.
Related Order. Last/Next Sts. 280 999

F6=Address Numbers F8=Dates F24=More Keys

3
5

Opt: 5=Details 2=PO Entry 3=WO Entry F15=Amount/Quantity F24=More Keys

55

21 212

# ***Hallmark Inventory Overhead***

**Hasler®, PostLink Hallmark Analysis ($000)** 14-Dec-05

| Account | Description | | | | FY 2004 |
|---|---|---|---|---|---|
| | January 2004 Total Inventory | | | $ | 13,202.20 |
| Less: Expense | | | | | |
| Business Unit | | | | | |
| 0019601.4961 | Memphis | $ | 1,995.20 | | |
| 0019601.4962 | Mgmt. & Procurement | $ | 735.70 | | |
| 0019601.6951 | Admin | $ | 677.60 | | |
| 0019601.6962 | Logistic Mgmt. | $ | 111.50 | | |
| 0019601 | | | | | |
| 0319001 | Mfg. Supervision | $ | 106.20 | | |
| 0319162 | Prod. Control Memphis | $ | 130.50 | | |
| 0319135 | Quality Control | $ | 405.90 | | |
| 0319137 | IT TMS Support | $ | 678.30 | | |
| 0019731 | Information Systems | $ | 1,881.90 | | |
| 0019741 | Accounting | $ | 1,545.80 | | |
| 0019811 | Human Resource | $ | 761.90 | | |
| 0019879 | Maintenance | $ | 81.50 | | |
| 0019884 | Occupance FP | $ | 653.60 | | |
| 0019313 | Tech Service | $ | 1,615.40 | | |
| 00199327 | National Education Ctr. | $ | 644.10 | | |
| Object A/C | | | | | |
| 4267 | Freight-In | $ | 1,266.50 | | |
| 4501 | Freight-Out | $ | 1,858.20 | | |
| | Total Overhead Expense Pool | $ | 15,149.80 | $ | 15,149.80 |
| | Ratio Inventory to Expense | | | | 1.15 |

# ISA IMPACT SUMMARY AND COSTS

## ISA Documentation Requirements

Based on USPS ISA requirements, Hasler was required to develop the following documents. This effort was not anticipated prior to or at the time of award, and its costs were neither foreseen nor included in calculation of the originally submitted pricing proposal. Indeed, the ISA documentation was not released to Hasler until after the contract award.

| DOCUMENT ISA REFERENCE | HASLER TIME INVESTMENT * |
|---|---|
| Complete BIA, Sec. 3.2 Requirements | 4 man weeks |
| Complete risk assessment. Sec. 4.1 Requirements | 4 man weeks |
| Complete Site Review. Sec. 4.3 Requirements | 4 man weeks |
| Develop Security Plan. Sec. 8.1 References | 4 man weeks |
| Develop Security Test Plan. Sec. 8.2 References | 3 man weeks |
| Provide high level architectural design. Sec. 8.4 References | 2 man weeks |
| Develop ISA Documentation Package. Sec. 8.13 | 5 man weeks |
| *Hasler ISA Manpower* | 26 man week |
| | |
| *Hasler Cost @ $100.00 per hour* | $ 104,000.00 |
| *Consultant Fees (Oracle/Network)* | $ 26,000.00 |
| ***Documentation Costs*** | **$ 130,000.00** |

* These costs include the time spent in meetings, research, and development, editing and printing the above documents.

## BACK-UP AND RECOVERY

Based on the ISA requirements and requirements of the Hallmark project, Hasler was required to develop, implement and test the additional system architecture and process changes listed below. These requirements were not called out in the original SOW or prior to the award. This information was provided to Hasler after the contract award.

| ISA REFERENCE | HASLER TIME | CAPITAL/CONSULTANT FEES |
|---|---|---|
| Hard copy storage media. Sec. 3.4 Requirements | 1 man weeks | |
| Protect data from modification or deletion by unauthorized users. Sec. 8.1 | 1 man weeks | |
| Encrypt appropriate information transmitted over un-trusted | 4 man weeks | |

| | | |
|---|---|---|
| networks. Secs. 9.8 & 9.9 | | |
| Implement Operating System including Network Level Auditing and Logging. Sec. 9.11 | | $ 24,000.00 |
| Integrate Security into Capacity Planning Process. Sec. 9.13 | | $ 13,500.00 |
| Implement backup and recovery procedures. Sec. 12.4 | 4 man weeks | $ 27,386.00 |
| Implement redundancy systems to minimize RTO for Hallmark stores. Sec. 12.6 | 3 man weeks | |
| Implement warning banners. Sec. 14.1 | 1 man weeks | |
| Implement Test Plan. Sec. 8.2 | 3 man weeks | |
| *Total Hasler Time* | *17 man weeks* | |
| *Total Cost @ $100.00 per hour* | | *$ 64,886.00* |
| **Total Backup and Recovery** | | **$132,886.00** |

| *ISA Impact Summary Costs* | |
|---|---|
| Compliance Documentation | $130,000.00 |
| Backup and Recovery | $132,886.00 |
| ***Total ISA Impact*** | ***$262,886.00*** |

# Exhibit 22

**George Hesse**

| | |
|---|---|
| **om:** | Conway, Caroline Z - AURORA, CO [caroline.z.conway@usps.gov] |
| **nt:** | Wednesday, March 01, 2006 9:16 AM |
| **o:** | ghesse@haslerinc.com |
| **Cc:** | FCrudo@msi-east.com |
| **Subject:** | Re: Contract No. 102591-03-P-0454, Claim follow-up |
| **Importance:** | High |

George,

I want to give you heads up that DCAA will be conducting an audit of your claim. I do not have the name of the auditor yet, but Robert Feeley from the Office of Inspector General (OIG) is taking the lead. Bob from the OIG or someone from the DCAA will be contacting you in the near future.

Your cooperation with this audit will greatly help expedite the process.

Thank you.

Sent from the Blackberry Wireless Handheld of Caroline Conway

-----Original Message-----
From: George Hesse
To: Conway, Caroline Z - AURORA, CO
CC: Frank Crudo
Sent: Thu Feb 23 16:19:54 2006
Subject: RE: Contract No. 102591-03-P-0454, Claim follow-up

od Afternoon Caroline

hank you for the opportunity to provide you and the USPS with additional information on Hasler's claims under Section D, for procurement of inventory to support requirement of the Hallmark orders, and Section E, for costs of development and capital investment for the performance of the contract and in compliance of the award.

Thank you for your time and effort towards a settlement of this project.

We look forward to the opportunity to move the negotiation forward. If you or any member of your Postal Service team requires additional information, please don't hesitate to contact Frank Crudo or me directly.

Sincerely,

George

George H. Hesse III
Director, Business Operations
Hasler Inc.

Attachments:
Response letter
Hallmark Inventory Schedule V.3
Hallmark Project Inventory PO_Invoices
Hallmark Project Overhead Analysis
ISA Impact Summary & Costs

# Exhibit 23

TRAVEL, RETAIL AND TEMPORARY SERVICES CATEGORY MANAGEMENT CENTER

UNITED STATES POSTAL SERVICE

May 22, 2006

Mr. George Hasse
Director of Business Operations
Hasler, Inc.
19 Forest Parkway
Shelton, CT 06484-0903

RE: Contract No. 102591-03-Q-0454, Limited Service CPU Meters

Dear George:

I have received the audit report from the Defence Contract Audit Agency (DCAA) as a result of an audit I requested with the Office of Inspector General (OIG) on the claim you submitted on August 8, 2005. I understand from the auditor, Elaine Burkman, who performed the audit, that she held an exit conference with you on May 8, 2006.

The audit supported the contracting officer's (CO's) final decision I issued on September 14, 2005. According to the DCAA report, the entire $2,470,818 amount in your claim represents cost which is unallowable in accordance with the express terms and conditions of the above-referenced contract. The Postal Service is only obligated to pay those costs associated with the actual orders issued. Any cost incurred by Hasler in anticipation of future orders is expressly unallowable.

Please be informed that this DCAA confirmation of the above-referenced CO final decision did not change Hasler's appeal rights as detailed in my September letter. I would like to caution you that appeals of the CO decision with the Postal Service Board of Contract Appeals and United States Court of Federal Claims should be made within the time allowed from the original date of September 14, 2005 of the decision letter.

Sincerely,

Caroline Z. Conway

Caroline Z. Conway, C.P.M., MSCAM
Contracting Officer
Category Manager
Retail Products and Services

3500 South Parker Road, Suite 300
Aurora, Colorado 80014-3500
Tel: (303) 743-1228
Fax: (303) 743-1229
Email: carolinez.conway@usps.gov