# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**HASLER, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 06-653C**
**Filed: March 2, 2007**

## O R D E R

The court is in receipt of the parties' February 21, 2007 joint status report, which reflects that plaintiff will be submitting a revised claim to the contracting officer on or before March 16, 2007. Given that the court will retain jurisdiction over this case by virtue of those claims previously reviewed by the agency, the contracting officer is urged to expeditiously process these remaining claims being submitted for review by the plaintiff. Inasmuch as this action may resolve the jurisdictional questions in this case, the status conference previously scheduled for March 6, 2007 is **CANCELLED**, and briefs on the jurisdictional issue shall not be submitted to the court at this time. The parties shall file joint status reports on the revised claim to the agency at thirty-day intervals, with the first status report due on or before **Friday, March 30, 2007**, the next status report due on or before **Monday, April 30, 2007**, and the final, previously scheduled status report on or before **Friday, June 8, 2007**. In addition to addressing the status of the revised claim to the agency, the reports shall advise of any impact on the previously scheduled close of discovery date of **Friday, June 8, 2007**. In addition, within two days of the issuance of the contracting officer's final decision, defendant shall file a copy of the final decision with the court. The court retains the status conference previously **SCHEDULED** for **Thursday, June 14, 2007, at 10:30 a.m.** The parties may appear for the conference by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 861-6426, and defendant's counsel at (202) 616-0342. The parties shall refrain from filing motions for summary judgment until after the June 14, 2007 status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**