**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HASLER, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-653C** |
| **UNITED STATES,** | ) | **(Judge Horn)** |
| **Defendant.** | ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's March 2, 2007 order, the parties file this joint status report in the above-referenced action.

Plaintiff was unable to submit a revised claim to the Contracting Officer by March 16, 2007 due to unusual business emergencies (*i.e.*, two broad equipment outages) that arose in the first two weeks of March. These emergencies required the full-time attention of the revised claim's principal author, Mr. George Hess, and have significantly delayed completion of the revised claim. Plaintiff now expects to submit the revised claim by April 16, 2007.

Counsel for the parties have conferred regarding the revised claim's impact on the previously scheduled date for close of discovery (June 8, 2007). To provide sufficient time for discovery concerning the revised claim, the parties respectfully request that the close of discovery be extended to September 30, 2007.

Counsel for Defendant has reviewed and consented to the filing of this Joint Status Report.

Respectfully submitted,

s/Richard P. Rector

RICHARD P. RECTOR
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036
Tel: (202) 861-6426
Fax: (202) 223-2085

Attorney for Plaintiff

March 30, 2007

**Certificate of Filing**

I hereby certify that on March 30, 2007, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the system.

s/Richard P. Rector
Richard P. Rector