# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **HASLER, INC.** | | |
| **Plaintiff,** | | **No. 06-653C** |
| **v.** | | **Filed: April 11, 2007** |
| **UNITED STATES,** | | |
| **Defendant.** | | |

## O R D E R

The court is in receipt of the parties' March 30, 2007 joint status report, in which the parties propose an enlargement of time through and including September 30, 2007, to complete discovery. As requested by the parties, discovery shall close on or before **Monday, October 1, 2007**. Also, on or before **Monday, October 1, 2007**, the parties shall file a joint status report, proposing future proceedings for resolving the case, with proposed milestones and a proposed time line. The previously scheduled status conference for Thursday, June 14, 2007, is **RESCHEDULED** for **Friday, October 5, 2007, at 10:30 a.m. EST**. Counsel for both parties may appear for the conference by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 861-6426 and defendant's counsel at (202) 616-0342.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**