IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HASLER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-653C |
| v. | ) | |
| | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's March 2, 2007 order, the parties report that plaintiff has responded to defendant's first set of interrogatories and first set of requests for the production of documents. Plaintiff continues to work on a revised claim to be submitted to the contracting officer presenting claims that the Court has dismissed without prejudice. Finally, plaintiff soon will serve written discovery requests upon defendant.

Counsel for defendant has represented to counsel for plaintiff that defendant consents to the content of this joint status report.

Respectfully submitted,

Richard P. Rector
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
Telephone: (202) 861-6426
Facsimile: (202) 223-2085

Attorney for Plaintiff

June 8, 2007

Certificate of Filing

I hereby certify that on June 8, 2007, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.