# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

HASLER, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * *

**No. 06-653C**
**Filed: June 11, 2007**

**O R D E R**

The court is in receipt of the parties' June 8, 2007 joint status report. The parties shall continue with their monthly reporting, with joint status reports due on or before **Monday, July 2, 2007; Wednesday, August 1, 2007; Tuesday, September 4, 2007;** and **Monday, October 1, 2007**. Discovery also is scheduled to close on **Monday, October 1, 2007**. The October 1, 2007 joint status report, therefore, shall reflect the status of discovery and shall propose future proceedings for resolving the case, with proposed milestones and time line. The earlier, July 2, 2007 joint status report shall indicate the status of the submission of plaintiff's revised claims to the contracting officer, including the date of submission, or anticipated date of submission to the contracting officer. The contracting officer is urged to expeditiously process the revised claims once they are submitted for review by the plaintiff. Within two days of the contracting officer's final decision on the plaintiff's revised claims, defendant shall file a copy of the final decision with the court.

The status conference previously scheduled for **Friday, October 5, 2007, at 10:30 a.m. EST** remains unchanged. However, counsel for both parties shall appear in person for the conference, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The courtroom number will be posted on the day of the conference. The parties shall be prepared to discuss future proceedings in the case. The parties shall refrain from filing motions for summary judgment until any such proposed motions are discussed at the October 5, 2007 status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**