# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**HASLER, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-653C**
**Filed: July 31, 2007**

## O R D E R

Due to a scheduling conflict, defendant requested a schedule change, as a result of which a brief status conference was held on July 31, 2007, which the court conducted by telephone. As discussed with the parties at the conference, the parties shall continue with their monthly reporting, with the next joint status reports due on or before **Tuesday, September 4, 2007**; **Monday, October 1, 2007**; **Thursday, November 1, 2007**; and **Monday, December 3, 2007**. The joint status reports shall indicate the status of the submission of plaintiff's revised claims to the contracting officer, including the date of submission, or anticipated date of submission. The contracting officer is urged to expeditiously process the revised claims once they are submitted for review by the plaintiff, and the court will rely on defendant's attorney to help expedite the process. Within two days of the contracting officer's final decision on the plaintiff's revised claims, defendant shall file a copy of the final decision with the court.

Given the fact that plaintiff has yet to submit its claim to the contracting officer, discovery shall conclude on or before **Thursday, January 3, 2008**. The status conference previously scheduled for October 5, 2007 is **RESCHEDULED** for **Friday, January 4, 2008, 10:30 a.m. EST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for both parties shall appear in person for the conference. The courtroom number will be posted on the day of the conference. The parties shall be prepared to propose future proceedings for resolving the case, with proposed milestones and a proposed timeline. The parties shall refrain from filing motions for summary judgment until any such proposed motions are discussed at the January 4, 2008 status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**