IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HASLER, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-653C |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's June 11, 2007 and July 31, 2007 orders, the parties report that plaintiff continues to work on a revised claim to be submitted to the contracting officer presenting claims that the Court has dismissed without prejudice, and anticipates submitting that claim to the contracting officer by September 11, 2007. In addition, defendant is preparing responses to plaintiff's written discovery requests, to be served upon plaintiff by September 10, 2007.

Counsel for defendant has represented to counsel for plaintiff that defendant consents to the content of this joint status report.

Respectfully submitted,

RICHARD P. RECTOR, ESQ.
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
Telephone: (202) 861-6426
Facsimile: (202) 223-2085

Attorneys for Plaintiff

Sept. 4, 2007

Certificate of Filing

I hereby certify that on Sept. 4, 2007, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.