IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HASLER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-653C |
| v. | ) | |
| | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S FIRST UNOPPOSED MOTION
FOR AN ENLARGEMENT OF DISCOVERY OF THIRTY (30) DAYS
WITHIN WHICH TO COMPLETE DEPOSITIONS

Plaintiff, Hasler, Inc., respectfully requests that the Court grant Plaintiff and Defendant a thirty (30)-day enlargement of time, to and including February 4, 2008, within which to take depositions and complete discovery. Both Plaintiff and Defendant contemplate the need for thirty more days of discovery for the limited purpose of taking depositions.

Counsel for Defendant has informed counsel for Plaintiff that Defendant does not oppose this Motion for Enlargement of Discovery.

Respectfully submitted,

For Richard P. Rector.

RICHARD P. RECTOR, ESQ.
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
Telephone: (202) 861-6426
Facsimile: (202) 223-2085

Attorneys for Plaintiff
December 21, 2007

Certificate of Filing

I hereby certify that on December 21, 2007, a copy of the foregoing Motion for Enlargement of Discovery was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.