# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**HASLER, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-653C**
**Filed: December 21, 2007**

## O R D E R

The court is in receipt of plaintiff's December 21, 2007, unopposed motion for an enlargement of time of thirty days, to and including February 4, 2008, within which to complete discovery. Plaintiff's motion is **GRANTED**. On or before **Monday, February 4, 2008**, discovery shall close. As a result of this enlargement of time, the status conference previously scheduled for January 4, 2008 is **RESCHEDULED** for **Friday, February 15, 2008, 10:30 a.m. EST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for both parties shall appear in person for the conference. The courtroom number will be posted on the day of the conference. The parties shall consult prior to the conference and be prepared to propose future proceedings for resolving the case, with proposed milestones and a proposed time line. The parties shall refrain from filing motions for summary judgment until any such proposed motions are discussed at the February 6, 2008 status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**