**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HASLER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-653C |
| v. | ) | |
| | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF DISCOVERY FOR THE PURPOSE OF TAKING DEPOSITIONS**

Plaintiff, Hasler, Inc., respectfully requests that the Court grant Plaintiff and Defendant an extension of the discovery deadline solely for the purpose of allowing Plaintiff and Defendant to take additional depositions. Plaintiff previously requested, and was granted, a 30-day enlargement of time, up to and including February 4, 2008, for the same purpose. In support of this motion, the Parties state as follows:

1. Plaintiff plans to take the depositions of Ms. Caroline Conway, Ms. Jennifer Krause Burton and Mr. Thomas Verdun, and Defendant plans to take the deposition of Mr. Frank Crudo.

2. The earliest dates Ms. Conway, Ms. Burton and Mr. Verdun are available are, respectively, February 6, 7 and 8, 2008;

3. Mr. Crudo is not available until March 5, 2008;

3. Accordingly, the Plaintiff requests that the court grant Plaintiff and Defendant a 40-day enlargement of time, to and including March 15, 2008, within which to take depositions and complete discovery.

Counsel for Defendant has informed counsel for Plaintiff that Defendant does not oppose this Motion for Enlargement of Discovery.

Respectfully submitted,

RICHARD P. RECTOR
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
Telephone: (202) 861-6426
Facsimile: (202) 223-2085

Attorneys for Plaintiff

February 4, 2008

Certificate of Filing

I hereby certify that on February 4, 2008, a copy of the foregoing Motion for Enlargement of Discovery was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.