# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * | * | |
| | * | |
| **HASLER, INC.,** | * | |
| | * | |
| **Plaintiff,** | * | **No. 06-653C** |
| **v.** | * | **Filed: February 5, 2007** |
| | * | |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * * * * * | * | |

**O R D E R**

The court is in receipt of plaintiff's December 21, 2007, unopposed motion for an enlargement of time of forty days, to and including March 14, 2008, within which to complete discovery. Plaintiff's motion is **GRANTED**. On or before **Friday, March 14, 2008**, discovery shall close.

In addition, the parties contacted chambers and requested the court to reschedule the status conference previously set for February 15, 2008 to March 20, 2008. The status conference, therefore, is **RESCHEDULED** for **Wednesday, March 20, 2008, at 10:30 a.m. EST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for both parties shall appear in person for the conference. The courtroom number will be posted on the day of the conference. The parties shall consult prior to the conference and be prepared to propose future proceedings for resolving the case, with proposed milestones and a proposed time line. The parties shall refrain from filing motions for summary judgment until any such proposed motions are discussed at the March 20, 2008 status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**