# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **HASLER, INC.,** | |
| **Plaintiff,** | |
| **v.** | **No. 06-653C**<br>**Filed: March 19, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

On March 18, 2008, the parties contacted chambers and requested the court to reschedule the status conference previously set for March 20, 2008, to facilitate settlement discussions. As agreed to by the parties, the status conference is **RESCHEDULED** for **Monday, April 7, 2008, at 2:30 p.m. DST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, D.C. 20005. Counsel for both parties shall appear in person for the conference. The courtroom number will be posted on the day of the conference. The parties shall consult prior to the conference and be prepared to discuss settlement progress and, if necessary, to propose future proceedings for resolving the case, with proposed milestones and a time line. The parties shall refrain from filing motions for summary judgment until any such proposed motions are discussed at the April 7, 2008 status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**