# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**HASLER, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-653C**
**Filed: April 7, 2008**

**O R D E R**

On April 7, 2008, the parties advised the court of their settlement progress. The parties are to be commended for their cooperation and settlement efforts to date. The parties have requested additional time to continue to pursue settlement, which the court grants. As agreed to by the parties, the court **SCHEDULES** a status conference for **Monday, April 21, 2008, 10:30 a.m. DST**. The parties may appear by telephone for the conference. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 861-6426, and defendant's counsel at (202) 616-0342. Only the court can cancel the conference, and the conference will only be cancelled if the court has received a joint stipulation of dismissal of this case.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**