IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HASLER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-653C |
| v. | ) | |
| | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's direction during the April 21, 2008 status conference, the parties report that plaintiff has obtained the approval from its parent that is needed to proceed toward resolution of this action. Consequently, the parties have reached a tentative settlement, and plaintiff intends to submit a written settlement offer to the Government soon.

Counsel for defendant has represented to counsel for plaintiff that defendant consents to the content of this joint status report.

Respectfully submitted,

RICHARD P. RECTOR
DLA Piper US LLP
500 Eighth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 799-4400
Facsimile: (202) 799-5400

Attorney for Plaintiff

April 30, 2008

Certificate of Filing

I hereby certify that on April 30, 2008, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.