# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**HASLER, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-653C**
**Filed: May 6, 2008**

## O R D E R

The court is in receipt of the parties' April 30, 2008, joint status report, which reflects continued settlement progress for which the parties are to be commended. On or before **Wednesday, May 21, 2008**, and every three weeks thereafter, the parties shall file a joint status report, detailing their further progress, unless a joint stipulation of dismissal has been sooner received by the court. One party may file the joint status report with the consent of the other party. Based on the joint status report, the court will evaluate whether another status conference is needed.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**