IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HASLER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-653C |
| v. | ) | |
| | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PARTIES' STIPULATION TO VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, the parties stipulate to the dismissal of this action, without prejudice, with both parties to bear their own fees, expenses, and costs.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

For Richard P. Rector.
RICHARD P. RECTOR, ESQ.
DLA Piper US LLP
500 8th St., N.W.
Washington, D.C. 20004
Telephone: (202) 799-4400
Telephone: (202) 799-5400

Attorney for Plaintiff

May 21 , 2008

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL
MELISSA MORTIMER
Attorney
United States Postal Service
Washington, D.C.

Attorneys for Defendant

May 21, 2008

Certificate of Filing

I hereby certify that on May 21 , 2008, a copy of the foregoing Parties' Stipulation to Voluntary Dismissal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.