# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**HASLER, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-653C**
**Filed: May 22, 2008**

## O R D E R

The court is in receipt of the parties' May 21, 2008 stipulation for voluntary dismissal, without prejudice. The parties are commended for their successful settlement efforts. Pursuant to the joint stipulation of dismissal and Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the claims in the above-captioned case are, hereby, **DISMISSED**, without prejudice, with each party to bear its own costs, expenses and attorney's fees. The clerk's office shall enter **JUDGMENT** consistent with this order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**