# In the United States Court of Federal Claims

**No. 06-653 C**

**HASLER, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed May 22, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice, with each party to bear its own costs, expenses and attorney's fees.

John S. Buckley
Acting Clerk of Court

**May 23, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.